1  THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
   County of San Diego
2  By GEORGE W. BREWSTER JR., Chief Deputy (State Bar No. 123684)
   By RONALD LENERT, Senior Deputy (State Bar No. 277434)
3  By MORRIS G. HILL, Senior Deputy  (State Bar No. 97621)
   1600 Pacific Highway, Room 355
4  San Diego, California 92101-2469
   Telephone: (619) 531-4893; (619) 531-5805; (619) 531-5510
5  Fax: (619) 531-6005
   E-mail: george.brewster@sdcounty.ca.gov;
6  E-mail: ronald.lenert@sdcounty.ca.gov
   E-mail: morris.hill@sdcounty.ca.gov
7
8  JAMES F. HOLTZ, Esq.  (State Bar No. 95064)
   Law Offices of James F. Holtz, APC
9  2488 Historic Decatur Road, Suite 200
   San Diego, California 92106
10 Telephone: (619) 881-1246; Fax: (619) 924-5199
   E-mail: james.holtz@holtzapc.com
11 MILDRED K. O'LINN, Esq.  (State Bar No. 159055)
   AL M. DE LA CRUZ, Esq.  (State Bar No. 151388)
12 Manning & Kass
   Ellrod, Ramirez, Trester LLP
13 550 West C Street, Suite 1900
   San Diego, California 92101
14 Telephone: (619) 515-0269; Fax: (619) 515-0268
   E-mail: mko@manningllp.com; amd@manningllp.com
15
   Attorneys for Defendants County of San Diego and Jeremy Banks
16

17                IN THE UNITED STATES DISTRICT COURT

18           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

19

20  MICKAIL MYLES, an individual,          )   No. 15-cv-1985-BEN(BLM)
                                           )
21                Plaintiff,               )   NOTICE OF LODGMENT IN SUPPORT
                                           )   OF MOTION FOR SUMMARY
22        v.                               )   JUDGMENT OR ALTERNATIVELY
                                           )   PARTIAL SUMMARY JUDGMENT
23  COUNTY OF SAN DIEGO, by and            )
    through the SAN DIEGO COUNTY           )   Date:  December 12, 2016
24  SHERIFF'S DEPARTMENT, a public         )   Time: 10:30 a.m.
    entity; and DEPUTY J. BANKS, an        )   Dept.: 5A - Courtroom of the
25  individual,                            )   Honorable Roger T. Benitez
                                           )   Trial Date:  None
26                Defendants.              )
    _____)

27

28  ///

                                                        15-cv-1985-BEN(BLM)

Defendants County of San Diego and Jeremy Banks hereby lodge copies of the following exhibits in support of their motion for summary judgment, or alternatively partial summary judgment, as follows:

Exhibit A      CD Recording and Reporter's Transcript of Audio-Recorded 911 Call by Charles Sommer on September 5, 2014.

Exhibit B      Arrest Report by Jeremy Banks, CSD-000001-000022.

Exhibit C      CD Recording and Reporter's Transcript of Audio-Recorded Radio Dispatch Event E1930789.

Exhibit D      Expert Witness Declaration of Curtis J. Cope, dated May 31, 2016.

Exhibit E      Expert Witness Supplemental Declaration of Curtis J. Cope, dated August 29, 2016.

Exhibit F      Excerpts from the deposition transcript of Jeffrey J. Noble, dated June 6, 2016.

Exihibit G    Excerpts from the deposition transcript of Jeremy Banks (Volume I), dated December 7, 2015.

Exihibit H    Excerpts from the deposition transcript of Mickail Myles, dated February 23, 2016.

Exhibit I      CD Recording and Reporter's Transcript of Audio-Recorded Interview of Mickail Myles by Jeremy Banks at Fallbrook Hospital Dated September 6, 2014.

Exhibit J      CD Recording and Reporter's Transcript of Recording of Interview of Mickail Myles by Sergeant Brian Hout on September 6, 2014.

DATED: October 31, 2016          THOMAS E. MONTGOMERY, County Counsel

By: s/ MORRIS G. HILL, Senior Deputy
Attorneys for Defendants County of San Diego
and Jeremy Banks
E-mail: morris.hill@sdcounty.ca.gov

- 2 -

# EXHIBIT "A"

CD Recording and Reporter's Transcript of Audio-Recorded 911 Call by Charles Sommer on September 5, 2014

(copy of CD to be served on Plaintiff via U.S. Mail)



EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES, an individual, | ) |
|      Plaintiff, | ) |
|   vs. | ) Case No.: |
| COUNTY OF SAN DIEGO, by and | ) 15-cv-1585-BEN (BLM) |
| through the SAN DIEGO COUNTY | ) |
| SHERIFF'S DEPARTMENT, a public | ) |
| entity; and DEPUTY J. BANKS, an | ) |
| individual, | ) |
|      Defendants. | ) |
| _____ | ) |

REPORTER'S TRANSCRIPT OF AUDIO-RECORDED

911 CALL BY CHARLES SOMMER

ON SEPTEMBER 5, 2014

TRANSCRIBED BY:  KIMBERLY A. BROADHURST, CSR NO. 13814

TRANSCRIBED ON:  OCTOBER 19, 2016

**1**

Peterson Reporting Video & Litigation Services

Exhibit A

1          (Begin transcription of audio-recorded

2          radio dispatch, file name: CSD-000106 -

3          E1930789.wav.)

4

5          DISPATCH:  911 emergency (inaudible).

6          MR. SOMMER:  Hello.

7          DISPATCH:  Hi.  How can I help you?

8          MR. SOMMER:  Hey, can you send a patrol car

9     down to Avocado Vista in Fallbrook?

10          DISPATCH:  Sure.  What's the address on Avocado

11    Vista?

12          MR. SOMMER:  3362 is my address.  These guys

13    just took off in two different directions.  It looks

14    like some were around harassing the local residents.

15    The other two took off in a -- it looks like a white

16    sedan.  They're probably heading around the neighborhood

17    right now.  They're trying to it looks like break into a

18    vehicle.

19          DISPATCH:  It looked like they were breaking

20    into a vehicle?

21          MR. SOMMER:  Yeah.  There was four of them.

22    Two of them went in one direction sprinting, and then

23    the other two it looked like some neighbors are

24    confronting them.

25          DISPATCH:  Okay.  So --

2

Exhibit A

1          MR. SOMMER:  Hurry, hurry, hurry.  (Inaudible)

2     get them down here quickly.  It looks like there's going

3     to be an altercation.

4          DISPATCH:  Between who?  The neighbors?

5          MR. SOMMER:  Yeah.  They're saying to call the

6     sheriffs.  You're going to get another call.

7          DISPATCH:  Okay.  What's your name?

8          MR. SOMMER:  My name is Charles Sommer.  I'm

9     the resident here.  Please --

10         DISPATCH:  Okay.  So what's the address that

11    they're actually at?

12         MR. SOMMER:  3362 is my address --

13         DISPATCH:  I know.  I know --

14         MR. SOMMER:  They're a block down.

15         DISPATCH:  A block down.  So which way?

16         MR. SOMMER:  That would be south from my

17    residence.

18         DISPATCH:  Okay.  And you saw suspects run --

19         MR. SOMMER:  Yeah.

20         DISPATCH:  -- leaving in a white vehicle, white

21    sedan?

22         MR. SOMMER:  Yeah.  I couldn't tell.  They were

23    like 300 yards away.  I couldn't tell the exact color --

24         DISPATCH:  So who's still outside aside from

25    your neighbors?

3

Exhibit A

1      MR. SOMMER:  These two guys.  It looks like
2  there's an altercation.  There may be a fight going on
3  right now.  It's a good distance that I'm watching it.
4  There's yelling going on.
5      DISPATCH:  Okay.
6      MR. SOMMER:  You better hurry up and get a car
7  down here quickly.
8      DISPATCH:  They're already being dispatched.
9  Me talking to you is not going to hurt anything.  I just
10 need to give them the updates.  Okay?
11     MR. SOMMER:  Sure.
12     DISPATCH:  It's not delaying the process.
13     MR. SOMMER:  The other vehicle has probably
14 already left the neighborhood.  It looks like --
15 originally what happened is they pulled up in the
16 vehicle.  They walked down.  They looked suspicious in
17 front of my house.
18     They went down to a truck.  It looks like they
19 were breaking in.  One guy was sliding underneath it.
20 The other guys were checking the car underneath the
21 bumpers and stuff for a hide-a-key or something.
22     DISPATCH:  Um-hum.
23     MR. SOMMER:  And it looks like a neighbor came
24 out.  Two of them ran down the street and jumped in a
25 vehicle and took off.  The other two ran the other way,

4

Exhibit A

1    and that's when the neighbors confronted them.

2              DISPATCH:  Okay.  What did the people who were

3    running look like?

4              MR. SOMMER:  They were all probably between the

5    ages of 17 and 20 and Hispanic.

6              DISPATCH:  Okay.

7              MR. SOMMER:  Kids, basically.

8              DISPATCH:  So like teenagers?

9              MR. SOMMER:  Yeah.

10             DISPATCH:  Do you still hear an argument going

11   on?

12             MR. SOMMER:  Yeah.  There's something going on.

13   The door is opening and closing.  It's a pretty far

14   distance from me.  I've been hearing some sort of

15   conversation out loud.

16             DISPATCH:  And which -- which way did the white

17   sedan go, do you know?

18             MR. SOMMER:  It took off out of the

19   neighborhood.

20             DISPATCH:  Okay.

21             MR. SOMMER:  And I can't guarantee that it's

22   white, but there's two young Hispanic kids in there.

23   That's them.

24             DISPATCH:  Okay.  Two Hispanic teens?

25             MR. SOMMER:  Yeah.  And these other guys are

5

Exhibit A

```
 1    still -- okay.  They're still rolling around in the
 2    streets --
 3              DISPATCH:  What do you mean rolling in the
 4    street?
 5              MR. SOMMER:  I mean they're -- they're walking
 6    around.
 7              DISPATCH:  Okay.
 8              MR. SOMMER:  It looks like somebody is jumping
 9    over a fence in the backyard.  Somebody is going up to
10    the front door.  I keep hearing --
11              DISPATCH:  So you think there's more than two
12    total because there's still some people outside?
13              MR. SOMMER:  Oh, no.  There was four to start
14    with, you know --
15              DISPATCH:  Okay.
16              MR. SOMMER:  -- involved, and they split up.
17    Now there's two and two.
18              DISPATCH:  Do you see which fence they're
19    hopping?
20              MR. SOMMER:  Do you hear that?  What are they
21    saying down there?
22              DISPATCH:  Can you tell me where they're
23    hopping a fence?
24              MR. SOMMER:  Say that again?
25              DISPATCH:  Can you tell me which direction of
```

**6**

Exhibit A

1    the street they're hopping the fence?

2            MR. SOMMER:  Okay.  Somebody else was saying

3    they were calling the cops right now.  So they are about

4    one, two, three, four, five, six, seven houses down the

5    street to the south of my house.

6            DISPATCH:  Okay.

7            MR. SOMMER:  On the opposite end -- opposite

8    side of the street.  The neighbor's got their lights on

9    and stuff.  I hear yelling outside.

10           DISPATCH:  You still hear yelling?

11           MR. SOMMER:  Yeah.  If you get -- if you get a

12   car down here now, they could actually --

13           DISPATCH:  They're -- they're driving there.

14   We have three of them, and it looks like one of them are

15   going with their lights and sirens on, so they are

16   making this a priority.

17           MR. SOMMER:  So you guys got the other call

18   hopefully?

19           DISPATCH:  I don't have any other call yet.

20           MR. SOMMER:  Okay.  Do you hear some yelling

21   down there, Laurie?  Yeah.  I hear a neighbor saying,

22   What the hell are you doing out here?  Blah-blah-blah.

23   I can tell you they were trying to break into this

24   vehicle.  I can tell you which one too.

25           DISPATCH:  Okay.  And just from what you were

7

Exhibit A

1   able to see, could you see what they were trying to

2   break in the vehicle with, if they had any weapons?

3          MR. SOMMER:  No, I couldn't tell.  Again, it's

4   probably 150, 200 yards from my house.

5          DISPATCH:  Okay.

6          MR. SOMMER:  These guys (inaudible).  He said

7   that they started on Y -- by the time they get there,

8   these guys will probably be gone.

9          The other two kids came sprinting by here and

10  took off in a white vehicle about 100 yards down that

11  (inaudible).

12          They were trying -- yeah.  They were trying to

13  break into that truck down there.  I watched them.  The

14  one guy slid underneath it.  The other two were -- one

15  on the side and one was in the front, and they were

16  checking the bumpers.  Okay.  I'm not sure if that's the

17  neighbor or if that's one of them right there on the

18  corner walking up here.

19          DISPATCH:  What are you seeing?

20          MR. SOMMER:  I see a neighbor.  I don't know if

21  it's a neighbor.  It's got to be a neighbor.  It looks

22  like an older man walking around his yard trying to

23  figure out because I think some guys jumped the back of

24  the fence.

25          DISPATCH:  Okay.  And that's still to the south

**8**

Exhibit A

1    of you?

2              MR. SOMMER:  Yeah.

3              DISPATCH:  Okay.  And that's about seven houses

4    away?

5              MR. SOMMER:  Yeah, seven or eight houses away.

6    It's right on the corner.  If you go down -- if you can

7    see a map --

8              DISPATCH:  Yeah.  I'm -- I'm looking at a map.

9              MR. SOMMER:  Okay.  Go that first little street

10   to the right, go down one more street, the house on the

11   corner, catty-corner --

12             DISPATCH:  Are you talking about Riverview

13   Court or Avocado Vista?  It looks like your Avocado

14   Vista Lane crosses with the center of Avocado.

15             MR. SOMMER:  Yeah.  Hey, what's that street

16   there?  It's the one that cuts all the way across to --

17             DISPATCH:  Lake Circle?

18             MR. SOMMER:  Exactly.

19             DISPATCH:  Okay.  So it's actually listed as

20   Avocado Vista here too.

21             MR. SOMMER:  Okay.  So we're Avocado Vista

22   Lane.  It must be Avocado Vista something else.

23             DISPATCH:  Okay.

24             MR. SOMMER:  It looks like there's somebody

25   standing outside the house now with a phone.

**9**

Exhibit A

1              DISPATCH:  And you think you saw him jump the

2    fence there?  Is it going to be to the --

3              MR. SOMMER:  South of where I'm at.

4              DISPATCH:  South of where you are, but then

5    what's behind your back yard?  Is it just like open

6    land?

7              MR. SOMMER:  Nothing.  Yeah, open land.

8              DISPATCH:  Did you think that hopped that side?

9              MR. SOMMER:  No, no, no, no, no.

10             DISPATCH:  Okay.  The other side.

11             MR. SOMMER:  They're in the neighborhood.  I

12   could still see.  There's still -- it looks like the

13   neighbors looking (inaudible).  He's looking around his

14   yard trying to figure out.

15             And there's two guys that are kind of out front

16   moving, and I think it's those two leftover guys.  I

17   think they all came in that one vehicle, and that one

18   vehicle took off with two guys.

19             DISPATCH:  And left the two there?

20             MR. SOMMER:  Right.

21             DISPATCH:  So you think one suspect could

22   possibly still be outside with your neighbor?

23             MR. SOMMER:  Two.

24             DISPATCH:  Two.

25             (Speaking simultaneously.)

**10**

Exhibit A

1            DISPATCH:  Well, didn't you say one hopped the

2       fence?

3            MR. SOMMER:  Two are in that area.

4            DISPATCH:  Okay.

5            MR. SOMMER:  The neighbor is walking around the

6       street right now kind of looking around to see what's

7       going on.

8            DISPATCH:  Is your -- it doesn't look like --

9            MR. SOMMER:  What's the ETA?  How far are they

10      away?

11           DISPATCH:  Let me see.  It looks like he's on

12      Pala Road now.

13           MR. SOMMER:  On which road?

14           DISPATCH:  Pala Road.

15           MR. SOMMER:  Oh, (inaudible).

16           DISPATCH:  I mean, you are a bit of a ways away

17      from the town of Fallbrook --

18           (Speaking simultaneously.)

19           DISPATCH:  -- in the city, you know, where

20      they -- the station is.

21           MR. SOMMER:  Yeah.  This is the same place they

22      had that problem last week with that one guy.  Mr. San

23      Marcos on his lip.

24           DISPATCH:  I'm sorry.  What?

25           MR. SOMMER:  That guy last week, Mr. San

                                                            **11**

Exhibit A

1    Marcos.   I don't know if you -- he tattooed San Marcos

2    on his upper lip?

3              DISPATCH:  Oh, I'm not familiar with him.

4              MR. SOMMER:  (Laughing) yeah, a car jacking

5    (inaudible) --

6              DISPATCH:  Oh, it was something that happened

7    in your neighborhood?

8              MR. SOMMER:  Yeah.

9              DISPATCH:  Okay.  Is your neighbor still

10   outside?

11             MR. SOMMER:  Yeah, yeah.  He's standing right

12   in the middle of the street looking around trying to

13   figure out what's going on.  I bet those guys are --

14   they're in the area, but they're not -- I don't think

15   (inaudible) now.

16             DISPATCH:  Okay.  You don't have control of the

17   suspects.

18             MR. SOMMER:  Like the neighbors is kind of

19   walking around the house probably wondering what the

20   heck is going on because they had -- for some reason

21   they ran to the front door and then they ran to the side

22   and I saw one of the guys kind of hop the fence to the

23   side.

24             There had to be three people -- I think they're

25   still there.  That looks like one of them.  That white

Exhibit A

1    shirt is probably one of them.

2           DISPATCH:  Still waiting with the neighbor?

3           MR. SOMMER:  Yeah.

4           DISPATCH:  The neighbor hasn't -- it doesn't

5    look like anybody else has called in.

6           MR. SOMMER:  Okay.  Okay.  (Inaudible) I can't

7    tell because a couple people came out of the house.  I

8    don't know if there was two or three of them that came

9    out of the house, but there's now three of them standing

10   out front.  One guy's got his hand on his hip.  The

11   other guy is standing there just talking.

12          DISPATCH:  Okay.

13          MR. SOMMER:  If you go down there, you could

14   get an idea of what's happened down there.  Because for

15   me, I'm looking, like I said, several hundred yards down

16   the road.

17          DISPATCH:  All right.  It looks like we are

18   just getting another call now, so maybe it's your

19   neighbor calling.

20          MR. SOMMER:  Okay.

21          DISPATCH:  All right.  Well, I can let you go

22   for now.  If anything, just give us a call back if you

23   get any more information.

24          And then when the deputies get there, if you

25   want, you can go out and talk to them or they'll call

**13**

Exhibit A

1    you.  Okay?

2              MR. SOMMER:  Thank you.

3              DISPATCH:  You're welcome.

4              MR. SOMMER:  All right, bye.

5              DISPATCH:  Bye.

6              (End transcription of audio recording,

7              file name: CSD-000106 - E1930789.wav.)

8                   *    *    *    *    *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**14**

Peterson Reporting Video & Litigation Services

Exhibit A

1          I, KIMBERLY A. BROADHURST, a Certified

2     Shorthand Reporter for the State of California, do

3     hereby certify:

4          That the foregoing document is a verbatim

5     transcription prepared from the electronic sound

6     recording provided to me of the proceedings in the

7     above-entitled matter; that the foregoing is a true and

8     accurate transcription of said recording, to the best of

9     my ability.

10

11          Dated this 19th day of October, 2016.

12

13

14

15     _____

16          KIMBERLY A. BROADHURST, CSR 13814

17

18

19

20

21

22

23

24

25

**15**

Peterson Reporting Video & Litigation Services

Exhibit A

**A**

ability 15:9
able 8:1
above-entitled 15:7
accurate 15:8
address 2:10,12
   3:10,12
ages 5:5
altercation 3:3 4:2
anybody 13:5
area 11:3 12:14
argument 5:10
aside 3:24
audio 14:6
audio-recorded
   1:16 2:1
Avocado 2:9,10
   9:13,13,14,20,21
   9:22

**B**

back 8:23 10:5
   13:22
backyard 6:9
BANKS 1:10
basically 5:7
best 15:8
bet 12:13
better 4:6
bit 11:16
Blah-blah-blah
   7:22
BLM 1:7
block 3:14,15
break 2:17 7:23 8:2
   8:13
breaking 2:19 4:19
BROADHURST
   1:20 15:1,16
bumpers 4:21 8:16
bye 14:4,5

**C**

California 1:2 15:2
call 1:17 3:5,6 7:17
   7:19 13:18,22,25
called 13:5
calling 7:3 13:19
car 2:8 4:6,20 7:12
   12:4
Case 1:6
catty-corner 9:11
center 9:14
Certified 15:1
certify 15:3
Charles 1:17 3:8
checking 4:20 8:16
Circle 9:17

city 11:19
closing 5:13
color 3:23
confronted 5:1
confronting 2:24
control 12:16
conversation 5:15
cops 7:3
corner 8:18 9:6,11
COUNTY 1:7,8
couple 13:7
Court 1:1 9:13
crosses 9:14
CSD-000106 2:2
   14:7
CSR 1:20 15:16
cuts 9:16

**D**

Dated 15:11
day 15:11
Defendants 1:12
delaying 4:12
DEPARTMENT
   1:9
deputies 13:24
DEPUTY 1:10
DIEGO 1:7,8
different 2:13
direction 2:22 6:25
directions 2:13
dispatch 2:2,5,7,10
   2:19,25 3:4,7,10
   3:13,15,18,20,24
   4:5,8,12,22 5:2,6
   5:8,10,16,20,24
   6:3,7,11,15,18,22
   6:25 7:6,10,13,19
   7:25 8:5,19,25 9:3
   9:8,12,17,19,23
   10:1,4,8,10,19,21
   10:24 11:1,4,8,11
   11:14,16,19,24
   12:3,6,9,16 13:2,4
   13:12,17,21 14:3
   14:5
dispatched 4:8
distance 4:3 5:14
DISTRICT 1:1,2
document 15:4
doing 7:22
door 5:13 6:10
   12:21
driving 7:13

**E**

E1930789.wav 2:3
   14:7

eight 9:5
electronic 15:5
emergency 2:5
entity 1:10
ETA 11:9
exact 3:23
Exactly 9:18

**F**

Fallbrook 2:9 11:17
familiar 11:3
far 5:13 11:9
fence 6:9,18,23 7:1
   8:24 10:2 11:2
   12:22
fight 4:2
figure 8:23 10:14
   12:13
file 2:2 14:7
first 9:9
five 7:4
foregoing 15:4,7
four 2:21 6:13 7:4
front 4:17 6:10 8:15
   10:15 12:21 13:10

**G**

getting 13:18
give 4:10 13:22
go 5:17 9:6,9,10
   13:13,21,25
going 3:2,6 4:2,4,9
   5:10,12 6:9 7:15
   10:2 11:7 12:13
   12:20
good 4:3
guarantee 5:21
guy 4:19 8:14 11:22
   11:25 13:11
guy's 13:11
guys 2:12 4:1,20
   5:25 7:17 8:6,8,23
   10:15,16,18 12:13
   12:22

**H**

hand 13:10
happened 4:15 12:6
   13:14
harassing 2:14
heading 2:16
hear 5:10 6:20 7:9
   7:10,20,21
hearing 5:14 6:10
heck 12:20
hell 7:22
Hello 2:6
help 2:7

Hey 2:8 9:15
Hi 2:7
hide-a-key 4:21
hip 13:10
Hispanic 5:5,23,24
hop 12:22
hopefully 7:18
hopped 10:8 11:1
hopping 6:19,23 7:1
house 4:17 7:5 8:4
   9:10,25 12:19
   13:7,9
houses 7:4 9:3,5
hundred 13:15
hurry 3:1,1,1 4:6
hurt 4:9

**I**

idea 13:14
inaudible 2:5 3:1
   8:6,11 10:13
   11:15 12:5,15
   13:6
individual 1:4,11
information 13:23
involved 6:16

**J**

J 1:10
jacking 12:4
jump 10:1
jumped 4:24 8:23
jumping 6:8

**K**

keep 6:10
kids 5:7,22 8:9
KIMBERLY 1:20
   15:1,16
kind 10:15 11:6
   12:18,22
know 3:13,13 5:17
   6:14 8:20 11:19
   12:1 13:8

**L**

Lake 9:17
land 10:6,7
Lane 9:14,22
Laughing 12:4
Laurie 7:21
leaving 3:20
left 4:14 10:19
leftover 10:16
lights 7:8,15
lip 11:23 12:2
listed 9:19
little 9:9

local 2:14
look 5:3 11:8 13:5
looked 2:19,23 4:16
looking 9:8 10:13,13
   11:6 12:12 13:15
looks 2:13,15,17 3:2
   4:1,14,18,23 6:8
   7:14 8:21 9:13,24
   10:12 11:11 12:25
   13:17
loud 5:15

**M**

making 7:16
man 8:22
map 9:7,8
Marcos 11:23 12:1
   12:1
matter 15:7
mean 6:3,5 11:16
MICKAIL 1:4
middle 12:12
moving 10:16
MYLES 1:4

**N**

name 2:2 3:7,8 14:7
need 4:10
neighbor 4:23 7:21
   8:17,20,21,21
   10:22 11:5 12:9
   13:2,4,19
neighbor's 7:8
neighborhood 2:16
   4:14 5:19 10:11
   12:7
neighbors 2:23 3:4
   3:25 5:1 10:13
   12:18

**O**

October 1:21 15:11
Oh 4:13 11:15 12:3
   12:6
okay 2:25 3:7,10,18
   4:5,10 5:2,6,20,24
   6:1,7,15 7:2,6,20
   7:25 8:5,16,25 9:3
   9:9,19,21,23
   10:10 11:4 12:9
   12:16 13:6,6,12
   13:20 14:1
older 8:22
open 10:5,7
opening 5:13
opposite 7:7,7
originally 4:15
outside 3:24 6:12

7:9 9:25 10:22
12:10

**P**

**Pala** 11:12,14
**patrol** 2:8
**people** 5:2 6:12
  12:24 13:7
**phone** 9:25
**place** 11:21
**Plaintiff** 1:5
**Please** 3:9
**possibly** 10:22
**prepared** 15:5
**pretty** 5:13
**priority** 7:16
**probably** 2:16 4:13
  5:4 8:4,8 12:19
  13:1
**problem** 11:22
**proceedings** 15:6
**process** 4:12
**provided** 15:6
**public** 1:9
**pulled** 4:15

**Q**

**quickly** 3:2 4:7

**R**

**radio** 2:2
**ran** 4:24,25 12:21
  12:21
**reason** 12:20
**recording** 14:6 15:6
  15:8
**Reporter** 15:2
**REPORTER'S** 1:16
**residence** 3:17
**resident** 3:9
**residents** 2:14
**right** 2:17 4:3 7:3
  8:17 9:6,10 10:20
  11:6 12:11 13:17
  13:21 14:4
**Riverview** 9:12
**road** 11:12,13,14
  13:16
**rolling** 6:1,3
**run** 3:18
**running** 5:3

**S**

**San** 1:7,8 11:22,25
  12:1
**saw** 3:18 10:1 12:22
**saying** 3:5 6:21 7:2
  7:21

**sedan** 2:16 3:21
  5:17
**see** 6:18 8:1,1,20 9:7
  10:12 11:6,11
**seeing** 8:19
**send** 2:8
**SEPTEMBER** 1:18
**seven** 7:4 9:3,5
**SHERIFF'S** 1:9
**sheriffs** 3:6
**shirt** 13:1
**Shorthand** 15:2
**side** 7:8 8:15 10:8
  10:10 12:21,23
**simultaneously**
  10:25 11:18
**sirens** 7:15
**six** 7:4
**slid** 8:14
**sliding** 4:19
**somebody** 6:8,9 7:2
  9:24
**Sommer** 1:17 2:6,8
  2:12,21 3:1,5,8,8
  3:12,14,16,19,22
  4:1,6,11,13,23 5:4
  5:7,9,12,18,21,25
  6:5,8,13,16,20,24
  7:2,7,11,17,20 8:3
  8:6,20 9:2,5,9,15
  9:18,21,24 10:3,7
  10:9,11,20,23
  11:3,5,9,13,15,21
  11:25 12:4,8,11
  12:18 13:3,6,13
  13:20 14:2,4
**sorry** 11:24
**sort** 5:14
**sound** 15:5
**south** 3:16 7:5 8:25
  10:3,4
**SOUTHERN** 1:2
**Speaking** 10:25
  11:18
**split** 6:16
**sprinting** 2:22 8:9
**standing** 9:25 12:11
  13:9,11
**start** 6:13
**started** 8:7
**State** 15:2
**STATES** 1:1
**station** 11:20
**street** 4:24 6:4 7:1,5
  7:8 9:9,10,15 11:6
  12:12
**streets** 6:2
**stuff** 4:21 7:9

**sure** 2:10 4:11 8:16
**suspect** 10:21
**suspects** 3:18 12:17
**suspicious** 4:16

**T**

**talk** 13:25
**talking** 4:9 9:12
  13:11
**tattooed** 12:1
**teenagers** 5:8
**teens** 5:24
**tell** 3:22,23 6:22,25
  7:23,24 8:3 13:7
**Thank** 14:2
**think** 6:11 8:23 10:1
  10:8,16,17,21
  12:14,24
**three** 7:4,14 12:24
  13:8,9
**time** 8:7
**total** 6:12
**town** 11:17
**TRANSCRIBED**
  1:20,21
**TRANSCRIPT**
  1:16
**transcription** 2:1
  14:6 15:5,8
**truck** 4:18 8:13
**true** 15:7
**trying** 2:17 7:23 8:1
  8:12,12,22 10:14
  12:12
**two** 2:13,15,22,23
  4:1,24,25 5:22,24
  6:11,17,17 7:4 8:9
  8:14 10:15,16,18
  10:19,23,24 11:3
  13:8

**U**

**Um-hum** 4:22
**underneath** 4:19,20
  8:14
**UNITED** 1:1
**updates** 4:10
**upper** 12:2

**V**

**vehicle** 2:18,20 3:20
  4:13,16,25 7:24
  8:2,10 10:17,18
**verbatim** 15:4
**Vista** 2:9,11 9:13,14
  9:20,21,22
**vs** 1:6

**W**

**waiting** 13:2
**walked** 4:16
**walking** 6:5 8:18,22
  11:5 12:19
**want** 13:25
**watched** 8:13
**watching** 4:3
**way** 3:15 4:25 5:16
  9:16
**ways** 11:16
**we're** 9:21
**weapons** 8:2
**week** 11:22,25
**welcome** 14:3
**went** 2:22 4:18
**white** 2:15 3:20,20
  5:16,22 8:10
  12:25
**wondering** 12:19

**X**

**Y**

**Y** 8:7
**yard** 8:22 10:5,14
**yards** 3:23 8:4,10
  13:15
**yeah** 2:21 3:5,19,22
  5:9,12,25 7:11,21
  8:12 9:2,5,8,15
  10:7 11:21 12:4,8
  12:11,11 13:3
**yelling** 4:4 7:9,10,20
**young** 5:22

**Z**

**0**

**1**

**100** 8:10
**13814** 1:20 15:16
**15-cv-1585-BEN**
  1:7
**150** 8:4
**17** 5:5
**19** 1:21
**19th** 15:11

**2**

**20** 5:5
**200** 8:4
**2014** 1:18
**2016** 1:21 15:11

**3**

**300** 3:23

**3362** 2:12 3:12

**4**

**5**

**5** 1:18

**6**

**7**

**8**

**9**

**911** 1:17 2:5

EXHIBIT "B"

## San Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| CAD Event No.: E1930789 | Case No 14145536 | **1** |
|---|---|---|
| Primary Victim: **State of California** | Report No 14145536.1 | Page 1 of 13 |

| [X] | ARREST REPORT | | | |
|---|---|---|---|---|
| [ ] | JUVENILE CONTACT REPORT | WARRANT: [ ] LOCAL | [ ] OUT | |

### GENERAL CASE INFORMATION

| Primary Charge: **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)** | |
|---|---|
| Special Studies: | Related Cases: |
| Location, City, State, ZIP: **5000 Block Of Dulin Road, Fallbrook, CA 92028** | Occurred On: **09/06/2014 00:01:00 (Saturday)** |
| Jurisdiction: **Fallbrook - FALLBROOK** | Beat: **388** | Call Source: **ANI/ALI** | (and Between): |
| Means: | Motives: |

### VICTIM/S

### IBR/UCR OFFENSE/S

| Offense Description: **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)** | Level: **M** | Against: | Completed?: **Yes** | Counts: | Using: |
|---|---|---|---|---|---|
| Location Type: **13 - Highway/Road/Alley** | Hate/Bias: **88 - None (No Bias)** | | | Domestic Violence: **No** | |
| Criminal Activity: | Type Security: | | Gang Related: **No** | Entry: | Point of Entry: |
| Weapons/Force: | Tools: | | | Targets: | |

### ARRESTEE/S

**Arrestee #1**

| Name: **Myles, Mickail Dangelo** | County Residence: **R - Resident** | Interpreter Language: |
|---|---|---|

#### ALIAS / AKA / NICKNAME / MONIKER

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: **3350 Avocado Vista, Fallbrook, CA 92028** | Res. Country: **US** | Place of Birth: | Undocumented: |
|---|---|---|---|

| Race: **B** | Sex: **M** | Date of Birth / Age: **09/18/1987 - 26** | Height: **5' 8"** | Weight: **180 lbs** | Hair Color: **BLK** | Eye Color: **BRO** | Facial Hair: **05 - Goatee and Mustache** | Complexion: **BLK - Black** |
|---|---|---|---|---|---|---|---|---|

| Hair Style: **A - Afro/Natural** | Hair Length: **S - Short** | Build: **M - Medium** | Teeth: **1 - Normal** | Suspected User: |
|---|---|---|---|---|

| Employment Status: **E - Employed** | Occupation/Grade: **Day Caregiver** | Employer/School: **Browne Child Developement Center** | Employer Address, City, State, ZIP: **Camp Pendleton, Camp Pendleton, CA 92055** |
|---|---|---|---|

#### CONTACT INFORMATION

| Type: **MP - Mobile Phone** | Number/Address: **760 696-7256** |
|---|---|

#### IDENTIFICATION

| Type: **DLN - Drivers License Number** | Number: **D9391550** | State: **CA** | Country: |
|---|---|---|---|

#### SCARS, MARKS, TATTOOS, ODDITIES

| Attire: **white shirt and grey jeans** | Suspect Actions: |
|---|---|

### ARREST INFORMATION

| Arrest Type: **O - Probable Cause Arrest - New Case** | LE Disposition: **3 - Misdemeanor (Adult Only)** | JUS 750 Type: **1 - Cited** | Citation No.: **634733** | Booking No.: |
|---|---|---|---|---|

| Arrested For: **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)** | Level: **M** | Completed: **Yes** | Counts: |
|---|---|---|---|

| Arrested By: **SH7123 - BANKS, JEREMY** | Arrest Date and Time: **09/06/2014 00:15:00** | Arrest Location, City, State, ZIP: **5000 Block Dulin Rd, Fallbrook, CA 92028** | Beat: **388** |
|---|---|---|---|

| Reporting Officer: **SH7123 - BANKS, JEREMY** | Division / Organization: **Fallbrook Substation FALLBROOK PATROL** | Reviewed By: **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date: **9/6/2014 2:31:05 AM** | Detective Assigned: **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date: **09/09/2014 12:10:49** |

| NetRMS_CASDCR rtf v11-15-06 | Printed By SH2423 | Printed, March 11, 2015 - 7:31 AM |
|---|---|---|

# Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | | | |
|---|---|---|---|
| CAD Event No.: E1930789 | Case No 14145536 | | **2** |
| Primary Victim: **State of California** | Report No 14145536.1 | | Page 2 of 13 |

| Arrest Assisted By: | Transported By: |
|---|---|
| SH2184 - POCKLINGTON, DAVID<br>SH5112 - ERTZ, DAVID<br>SH6936 - BRUMFIELD, ANDREW<br>SH7328 - HARRIS, ZACHARY<br>SH7898 - ALLISON, SHANE<br>SH0600 - BUSHNELL, RONALD | |

| Miranda Read: Yes | Admonished By: SH7123 - BANKS, JEREMY | Miranda Response: YES/YEA | Jail Billing Code: SD Sheriff's Office | Booked Location: |
|---|---|---|---|---|
| Armed With: **01 - Unarmed** | | Use of Force to effect Arrest: **Yes** | | |

### JUVENILES

| Adult Present: | Person Notified: | Juvenile Disposition: | Detention Name: |
|---|---|---|---|
| Parents Notified By: | Notification Method: | Date and Time Notified: | Juvenile Released To: |

### RELEASE INFORMATION

| Released Location: 624 E. Elder Street Fallbrook Hospital | Released On: 09/06/2014 02:00:00 | Released By: SH7123 - BANKS, JEREMY | Release Reason: 02 - Cite and Release |
|---|---|---|---|

### SUSPECT/S (Not Yet Arrested)
### WITNESSES

## Witness #1

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator ☐ 14-Other |

| Name: Sauls, Elisic Emanuel | Person Code: 06 - Other Lay Witness | County Residence: R - Resident |
|---|---|---|

#### ALIAS / AKA / NICKNAME / MONIKER

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: 3350 Avocado Vista Ln, Fallbrook, CA 92028 | Res. Country: US | Place of Birth: | Undocumented: No |
|---|---|---|---|

| Race: B | Sex: M | Date of Birth / Age: 03/12/1994 - 20 | Height: 5' 7" | Weight: 150 lbs | Hair Color: BLK | Eye Color: BRO | Facial Hair: 01 - Clean Shaven | Complexion: BLK - Black |
|---|---|---|---|---|---|---|---|---|

| Employment Status: E - Employed | Occupation/Grade: Clerk | Employer/School: United Sullivan and Storage | Employer Address, City, State, ZIP: 2611 Island Way, Vista, CA 92083 |
|---|---|---|---|

#### CONTACT INFORMATION

| Type: MP - Mobile Phone | Number/Address: 760 689-8714 |
|---|---|

#### IDENTIFICATION

| Type: DLN - Drivers License Number | Number: F2598491 | State: CA | Country: US |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|

## Witness #2

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator ☐ 14-Other |

| Name: Dorsett, Michael | Person Code: 06 - Other Lay Witness | County Residence: R - Resident |
|---|---|---|

#### ALIAS / AKA / NICKNAME / MONIKER

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: 5020 Dulin Road, Fallbrook, CA 92028 | Res. Country: US | Place of Birth: | Undocumented: No |
|---|---|---|---|

| Race: W | Sex: M | Date of Birth / Age: 11/30/1950 - 63 | Height: | Weight: | Hair Color: GRY | Eye Color: | Facial Hair: 12 - None/Fuzz | Complexion: LGT - Light |
|---|---|---|---|---|---|---|---|---|

| Reporting Officer: SH7123 - BANKS, JEREMY | Division / Organization: Fallbrook Substation FALLBROOK PATROL | Reviewed By: SH2720 - BAGGS, AMBER |
|---|---|---|
| Report Date: 9/6/2014 2:31:05 AM | Detective Assigned: SH7549 - MAYORDELEON, YANCEY | Reviewed Date: 09/09/2014 12:10:49 |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|

CSD-000002

Exhibit B

## Diego County Sheriff's Department
### Arrest/Juvenile Contact Report

| CAD Event No : | E1930789 | Case No | 14145536 | **3** |
|---|---|---|---|---|
| Primary Victim: | **State of California** | Report No | 14145536.1 | Page 3 of 13 |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

| CONTACT INFORMATION | |
|---|---|
| Type: **MP - Mobile Phone** | Number/Address: **818 331-6242** |

| IDENTIFICATION | | | |
|---|---|---|---|
| Type: **DLN - Drivers License Number** | Number: ▮▮▮▮ | State: **CA** | Country: **US** |
| Injury: | | Extent of Treatment: | |

### Witness #3

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Dorsett, Taylor** | Person Code: **06 - Other Lay Witness** | County Residence: **R - Resident** |
|---|---|---|

| ALIAS / AKA / NICKNAME / MONIKER | | | | |
|---|---|---|---|---|
| Name Type: | First: | Middle: | Last: | Suffix: |

| Home Address, City, State, ZIP: **5020 Dulin Road, Fallbrook, CA  92028** | | Res. Country: **US** | Place of Birth: | Undocumented: **No** |
|---|---|---|---|---|
| Race: **W** | Sex: **F** | Date of Birth / Age: **08/29/1992 - 22** | Height: **5' 0"** | Weight: **200 lbs** | Hair Color: **BRO** | Eye Color: | Facial Hair: **12 - None/Fuzz** | Complexion: **LGT - Light** |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

| CONTACT INFORMATION | |
|---|---|
| Type: **MP - Mobile Phone** | Number/Address: **760 681-7278** |

| IDENTIFICATION | | | |
|---|---|---|---|
| Type: | Number: | State: | Country: |
| Injury: | | Extent of Treatment: | |

### Witness #4

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Vanni, Steven Eugene** | Person Code: **06 - Other Lay Witness** | County Residence: **R - Resident** |
|---|---|---|

| ALIAS / AKA / NICKNAME / MONIKER | | | | |
|---|---|---|---|---|
| Name Type: | First: | Middle: | Last: | Suffix: |

| Home Address, City, State, ZIP: **1086 Inverlochy Dr, Fallbrook, CA  92028** | | Res. Country: **US** | Place of Birth: | Undocumented: **No** |
|---|---|---|---|---|
| Race: **W** | Sex: **M** | Date of Birth / Age: **03/27/1965 - 49** | Height: **5' 9"** | Weight: **165 lbs** | Hair Color: **BRO** | Eye Color: **BRO** | Facial Hair: **12 - None/Fuzz** | Complexion: **LGT - Light** |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

| CONTACT INFORMATION | |
|---|---|
| Type: **MP - Mobile Phone** | Number/Address: **760 458-1580** |
| Type: **HP - Home Phone** | Number/Address: **760 731-2793** |

| IDENTIFICATION | | | |
|---|---|---|---|
| Type: **DLN - Drivers License Number** | Number: ▮▮▮▮ | State: **CA** | Country: **US** |
| Injury: | | Extent of Treatment: | |

| Reporting Officer **SH7123 - BANKS, JEREMY** | Division / Organization **Fallbrook Substation FALLBROOK PATROL** | Reviewed By **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date **9/6/2014 2:31:05 AM** | Detective Assigned **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date **09/09/2014 12:10:49** |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|

# San Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| CAD Event No. | E1930789 | Case No | 14145536 | **4** |
|---|---|---|---|---|
| Primary Victim: | State of California | Report No | 14145536.1 | Page 4 of 13 |

### Witness #5

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator ☐ 14-Other |

| Name: | Person Code: | County Residence: |
|---|---|---|
| **Sales, Errol** | **06 - Other Lay Witness** | **R - Resident** |

**ALIAS / AKA / NICKNAME / MONIKER**

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|
| **5097 Avocado Vista Lane, Fallbrook, CA 92028** | **US** | | **No** |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| **F** | **M** | **06/17/1976 - 38** | **5' 7"** | **165 lbs** | **BRO** | **BLU** | **12 - None/Fuzz** | **LBR - Light Brown** |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

**CONTACT INFORMATION:**

| Type: | Number/Address: |
|---|---|
| **MP - Mobile Phone** | **858 752-7247** |

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|

### Witness #6

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator ☐ 14-Other |

| Name: | Person Code: | County Residence: |
|---|---|---|
| **Sales, Stephne** | **06 - Other Lay Witness** | **R - Resident** |

**ALIAS / AKA / NICKNAME / MONIKER**

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|
| **5097 Avocado Vista Lane, Fallbrook, CA 92028** | **US** | | **No** |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| **F** | **F** | **04/23/1981 - 33** | **5' 7"** | **175 lbs** | **BLK** | **BRO** | **12 - None/Fuzz** | **LBR - Light Brown** |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

**CONTACT INFORMATION:**

| Type: | Number/Address: |
|---|---|

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|
| **DLN - Drivers License Number** | ███████ | **CA** | **US** |

| Injury: | Extent of Treatment: |
|---|---|

### Witness #7

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator ☐ 14-Other |

| Name: | Person Code: | County Residence: |
|---|---|---|
| **Sommer, Charles** | **06 - Other Lay Witness** | **R - Resident** |

**ALIAS / AKA / NICKNAME / MONIKER**

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|
| **3362 Avocado Vista Lane, Fallbrook, CA 92028** | **US** | | **No** |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| **W** | **M** | **04/16/1965 - 49** | | | | | | |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| **SH7123 - BANKS, JEREMY** | **Fallbrook Substation FALLBROOK PATROL** | **SH2720 - BAGGS, AMBER** |
| Report Date | Detective Assigned | Reviewed Date |
| **9/6/2014 2:31:05 AM** | **SH7549 - MAYORDELEON, YANCEY** | **09/09/2014 12:10:49** |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|

# Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | | | | |
|---|---|---|---|---|
| CAD Event No.: | E1930789 | Case No. | 14145536 | **5** |
| Primary Victim: | **State of California** | Report No. | **14145536.1** | Page 5 of 13 |

### CONTACT INFORMATION

| Type: | Number/Address: |
|---|---|
| **MP - Mobile Phone** | **760 809-2940** |

#### IDENTIFICATION

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |
| Injury: | | Extent of Treatment: | |

## Witness #8

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: | Person Code: | County Residence: |
|---|---|---|
| **Ference, Michael** | | **R - Resident** |

### ALIAS / AKA / NICKNAME / MONIKER

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|
| **3382 Avocado Vista Lane, Fallbrook, CA  92028** | **US** | | **No** |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| **E - Employed** | **Lieutenant** | **State of California - Fish and Game** | **3883 Ruffin Road, San Diego, CA  92123** |

### CONTACT INFORMATION

| Type: | Number/Address: |
|---|---|
| **MP - Mobile Phone** | **760 535-5735** |
| Type: | Number/Address: |
| **WP - Work Phone** | **760 723-5963** |

#### IDENTIFICATION

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |
| Injury: | | Extent of Treatment: | |

## Witness #9

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | |
|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: | Person Code: | County Residence: |
|---|---|---|
| **Ordonez, Osvuldo** | **06 - Other Lay Witness** | **R - Resident** |

### ALIAS / AKA / NICKNAME / MONIKER

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|
| **738 Knoll Oark Lane, Fallbrook, CA  92028** | **US** | | **No** |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| **H** | **M** | **12/14/1995 - 18** | **5' 7"** | **160 lbs** | **BLK** | **BRO** | **12 - None/Fuzz** | **LBR - Light Brown** |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| | | | |

### CONTACT INFORMATION

| Type: | Number/Address: |
|---|---|
| | |

#### IDENTIFICATION

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |
| Injury: | | Extent of Treatment: | |

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| **SH7123 - BANKS, JEREMY** | **Fallbrook Substation FALLBROOK PATROL** | **SH2720 - BAGGS, AMBER** |
| Report Date | Detective Assigned | Reviewed Date |
| 9/6/2014 2:31:05 AM | **SH7549 - MAYORDELEON, YANCEY** | 09/09/2014 12:10:49 |

NetRMS_CASDCR.rtf v11-15-06                Printed by SH2423

CSD-000005

Exhibit B

# Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | |
|---|---|
| CAD Event No.: **E1930789** | Case No. **14145536** |
| Primary Victim: **State of California** | Report No. **14145536.1** |

**6**
Page 6 of 13

## Witness #10

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Garcia, Elizabeth** | Person Code: | County Residence: **R - Resident** |
|---|---|---|

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: **5020 Dulin Rd., Fallbrook, CA  92028** | Res. Country: **US** | Place of Birth: | Undocumented: **No** |
|---|---|---|---|

| Race: | Sex: **F** | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|

IDENTIFICATION:

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|

## Witness #11

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Barajas, Guillimena** | Person Code: | County Residence: |
|---|---|---|

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: **5012 Dulin Road, Fallbrook, CA  92028** | Res. Country: | Place of Birth: | Undocumented: |
|---|---|---|---|

| Race: | Sex: **F** | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|

IDENTIFICATION:

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Injury: | Extent of Treatment: |
|---|---|

## Witness #12

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Uriostegul, Heidi** | Person Code: | County Residence: **R - Resident** |
|---|---|---|

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|

| Home Address, City, State, ZIP: **5012 Dulin Road, Fallbrook, CA  92028** | Res. Country: **US** | Place of Birth: | Undocumented: **No** |
|---|---|---|---|

| Race: | Sex: **F** | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|

| Reporting Officer **SH7123 - BANKS, JEREMY** | Division / Organization **Fallbrook Substation FALLBROOK PATROL** | Reviewed By **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date **9/6/2014 2:31:05 AM** | Detective Assigned **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date **09/09/2014 12:10:49** |

| NetRMS_CASOCR rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|

CSD-000006

Exhibit B

# San Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | | | |
|---|---|---|---|
| CAD Event No : | **E1930789** | Case No **14145536** | **7** |
| Primary Victim: | **State of California** | Report No **14145536.1** | Page 7 of 13 |

### CONTACT INFORMATION
| Type: | | Number/Address: |
|---|---|---|

### IDENTIFICATION
| Type: | Number: | State: | Country: |
|---|---|---|---|
| Injury: | | Extent of Treatment | |

### OTHER ENTITIES

### PROPERTY

**Property Item #1.000 - Photo/ Audio CD**

| Derivative No.: | 0 | Property Category: | **1311 - Recording - Interview or Case related - Video/Photo CD, DVD, Tape, Film, Digital storage, Negative** |
|---|---|---|---|
| Status: | **ES - Evidence (Seized)** | Count: **1** | Value: |
| Manufacturer: | | Model: | |
| Serial No : | | Model Year: | OAN: |
| Color: | | Caliber: | |
| Body Style: | | Recovered/ Seized Date: **09/06/2014** | |
| Owner: | | Disposition: **Evidence** | |
| Evidence Tag: | | Alert(s): | |
| Drug Type: | | Drug Quantity: | |
| Search Warrant: | | | |
| Notes: | | | |

**Property Item #2.000 - Ford F-250**

| Derivative No.: | 0 | Property Category: | **3501 - Automobile/Light Truck (not Stolen or Recovered)** |
|---|---|---|---|
| Status: | **I - Information Only** | Count: **1** | Value: |
| Manufacturer: **Ford** | | Model: **F250 Supercab (pickup)** | |
| Serial No : | | Model Year: **2008** | OAN: |
| Color: | | Caliber: | |
| Body Style: **PK - Pickup** | | Recovered/ Seized Date: | |
| Owner: **RO: W8 - Ference, Michael** **LO: W8 - Ference, Michael** | | Disposition: **Info Only** | |
| Evidence Tag: | | Alert(s): | |
| Drug Type: | | Drug Quantity: | |
| Search Warrant: | | | |
| Notes: | | | |

#### Additional Vehicle / Plate Information

| License No.: | License Type: **CO - Commercial** | License Year: **2008** | License State: **CA - California** | Number of Plates: **2** | Registration Expiration: **May 2015** | Odometer Reading: |
|---|---|---|---|---|---|---|
| VIN: | | | VIN Clear SVS? **Yes** | Lic. Clear SVS? **Yes** | Engine Number: | Owner's Valuation: |
| Vehicle Condition: | | | | Vehicle Items: | | |

##### Vehicle Tires/Wheels
| Left Front: | Right Front: | Left Rear: | Right Rear: | Spare: | Hub Caps: | Special Wheels: |
|---|---|---|---|---|---|---|

| Identifying Marks, Damage, Interior (Describe Color(s). If Customized, Etc.) | | | | | | |
|---|---|---|---|---|---|---|
| Insurance Carrier: | | Policy Number: | | Vehicle Payments Current? | | |
| Vehicle Security / Anti-Theft Devices: | | Towed To / Stored At: | | Drivable? | | |

| Reporting Officer **SH7123 - BANKS, JEREMY** | Division / Organization **Fallbrook Substation FALLBROOK PATROL** | Reviewed By **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date **9/6/2014 2:31:05 AM** | Detective Assigned **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date **09/09/2014 12:10:49** |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|

CSD-000007

Exhibit B

**Diego County Sheriff's Department**
**Arrest/Juvenile Contact Report**

| | | | |
|---|---|---|---|
| CAD Event No.: E1930789 | | Case No: **14145536** | **8** |
| Primary Victim: **State of California** | | Report No.: **14145536.1** | Page 8 of 13 |

| Location Towed / Recovered From: | | Location Stolen From: | |
|---|---|---|---|
| Tow Company: | Tow Company Address: | Tow Company Phone: | |
| Storage Authority / Reason: | | Release to Owner Authorized: | Agency Hold: |
| Originating Agency: | | Org. Agency Case Number: | Org. Agency Date of Theft: |

**Property Item #3.000 - 2004 Mitsubishi Eclipse**

| Derivative No.: 0 | Property Category: **3501 - Automobile/Light Truck (not Stolen or Recovered)** | | |
|---|---|---|---|
| Status: **I - Information Only** | | Count: **1** | Value: |
| Manufacturer: **Mitsubishi** | Model: **Eclipse** | | |
| Serial No.: | Model Year: **2004** | OAN: | |
| Color: **White** | Caliber: | | |
| Body Style: **2D - Sedan, 2-door, automobile** | Recovered/Seized Date: | | |
| Owner: **RO: A1 - Myles, Mickail Dangelo** **LO: A1 - Myles, Mickail Dangelo** | Disposition: **Info Only** | | |
| Evidence Tag: | Alert(s): | | |
| Drug Type: | Drug Quantity: | | |
| Search Warrant: | | | |
| Notes: | | | |

**Additional Vehicle / Plate Information**

| License No.: **5MFS363** | License Type: **PC - Regular Passenger Auto** | License Year: **2004** | License State: **CA - California** | Number of Plates: **2** | Registration Expiration: **Feb 2015** | Odometer Reading: |
|---|---|---|---|---|---|---|
| VIN: **4A3AC84H94E038150** | | VIN Clear SVS? **Yes** | Lic. Clear SVS? **Yes** | Engine Number: | Owner's Valuation: | |
| Vehicle Condition: | | | Vehicle Items: | | | |

**Vehicle Tires/Wheels**

| Left Front: | Right Front: | Left Rear: | Right Rear: | Spare: | Hub Caps: | Special Wheels: |
|---|---|---|---|---|---|---|
| Identifying Marks, Damage, Interior (Describe Color(s), If Customized, Etc.) | | | | | | |
| Insurance Carrier: | | Policy Number: | | Vehicle Payments Current? | | |
| Vehicle Security / Anti-Theft Devices: | | Towed To / Stored At: | | Drivable? | | |
| Location Towed / Recovered From: | | | Location Stolen From: | | | |
| Tow Company: | Tow Company Address: | | Tow Company Phone: | | | |
| Storage Authority / Reason: | | Release to Owner Authorized: | | Agency Hold: | | |
| Originating Agency: | | Org. Agency Case Number: | | Org. Agency Date of Theft: | | |

**REPORT NARRATIVE**

Synopsis:
On 09/05/2014, at about 2345 hours, Charles Sommer observed four unknown race males by a 2008 Ford F-250 ([████]/CA).  The vehicle was parked by 3362 Avocado Vista Lane, Fallbrook.  One of the

| Reporting Officer: **SH7123 - BANKS, JEREMY** | Division / Organization: **Fallbrook Substation FALLBROOK PATROL** | Reviewed By: **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date: **9/6/2014 2:31:05 AM** | Detective Assigned: **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date: **09/09/2014 12:10:49** |

CSD-000008

Exhibit B



| Diego County Sheriff's Department | | |
|---|---|---|
| Arrest/Juvenile Contact Report | | |

| CAD Event No.: **E1930789** | Case No. **14145536** | **9** |
|---|---|---|
| Primary Victim: **State of California** | Report No **14145536.1** | Page 9 of 13 |

males crawled under the truck and tampered with the vehicle. All of a sudden the males ran from the area. Two males entered a white sedan. Michael Ference detained one of the suspects, Osvuldo Ordonez. Deputy Ertz, Deputy Allison, Deputy Brumfield, Deputy Bushnell, and I arrived on scene. A white 2004 Mitsubishi Eclipse ( [redacted] /CA) drove by. Witnesses, Stephne Sales and Errol Sales, identified it as the suspect vehicle. Deputy Allison, Deputy Brumfield, Deputy Bushnell, and I conducted a high risk vehicle stop of the Mitsubishi. Mickail Myles and Elisic Sauls are detained. Force was used to detain Myles and my canine partner, Bubo, made contact with Myles. I arrested Myles for 148(a)(1) PC Obstructing a Peace Officer. A curbside line-up of Myles and Sauls was conducted. They were identified as not being involved in the incident. North County Fire Department (NCFD) arrived on scene and evaluated Myles' injuries. Myles did not need to be transported to the hospital by ambulance. Instead Deputy Brumfield and Deputy Bushnell transported Myles to Fallbrook Hospital. Myles was cited and released at Fallbrook Hospital. It was later determined there was no evidence of vehicle tampering to the Ford F-250. A photo/audio CD was placed into evidence. Taylor Dorsett and Michael Dorsett were witnesses.

Origin:
On 09/05/2014, at 2344 hours, I received a radio call to investigate a vehicle burglary in progress at 3362 Avocado Vista Lane, Fallbrook (Event # E1930789). The reporting party, Charles Sommer, observed a vehicle burglary involving 3-4 male suspects. Sommer's heard an argument between his neighbor and one of the suspects.

Investigation:
Based on the information I received, I feared there would be a violent confrontation between one of the suspects and a neighbor. I decided to utilize my lights and sirens to drive "Code-3" to the scene. While I was en-route, the dispatcher updated the call stating two suspects entered a white sedan and drove away from the area. At about 2353 hours, Deputy Ertz, Deputy Allison, and I arrived on scene. I observed a group of people at the corner of Avocado Vista Lane and Avocado Vista. I observed a Hispanic male, later identified as Osvuldo Ordonez, sitting on a nearby curb detained in handcuffs. I contacted Charles Sommer and received the following statement.

Statement of Charles Sommer (Witness):
On 09/05/2014, at about 2345 hours, Sommer observed four unknown race males standing by Michael Ference's 2008 Ford F-250 ( [redacted] /CA). One of the suspects climbed underneath the truck and appeared to be tampering with the vehicle. The suspect was under the truck for approximately 30-seconds. All of a sudden, the males stood up and ran from the area. Sommer heard a neighbor arguing with one of the suspects down the road. Sommer observed two males enter a white sedan and drive away. Another male jumped a nearby fence into a backyard. Sommer later saw Ference had placed handcuffs on one of the suspects. Ference is a lieutenant for Fish and Game.

Investigation (Cont.):
While I was taking Sommer's statement, I observed a white 2004 Mitsubishi Eclipse ( [redacted] /CA) driving southbound on Avocado Vista Lane towards Avocado Vista. The vehicle matched the description

| Reporting Officer **SH7123 - BANKS, JEREMY** | Division / Organization **Fallbrook Substation FALLBROOK PATROL** | Reviewed By **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date **9/6/2014 2:31:05 AM** | Detective Assigned **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date **09/09/2014 12:10:49** |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |
|---|---|---|



**San Diego County Sheriff's Department**
**Arrest/Juvenile Contact Report**

| CAD Event No.: | E1930789 | Case No. | 14145536 | **10** |
| Primary Victim: | State of California | Report No | 14145536.1 | Page 10 of 13 |

of a vehicle driven by two of the suspects. The Mitsubishi drove slowly on the street towards my location. I observed two unknown race males sitting in the driver seat and front passenger seat. The Mitsubishi drove westbound on Avocado Vista. All of a sudden, multiple bystanders began to yell, "That's the car, that's the car." Deputy Allison ran to his vehicle. When Deputy Allison ran to his vehicle, the Mitsubishi quickly sped away westbound on Avocado Vista from Avocado Vista Lane.

Deputy Allison quickly caught up to the vehicle and conducted a traffic enforcement stop of the vehicle. The Mitsubishi yielded in the 5000 block of Dulin Road. Deputy Brumfield and Deputy Bushnell arrived on scene to assist Deputy Allison. I arrived on scene to assist Deputy Allison. Deputy Allison, Deputy Brumfield, Deputy Bushnell, and I conducted a high risk vehicle stop. The rear window of the Mitsubishi were darkly tinted and I could not see how many suspects were in the vehicle and if they were armed with weapons. I decided to remove my canine partner, Bubo, from my vehicle. The presence of the canine could bring about a peaceful apprehension of the occupants of the Mitsubishi.

Deputy Allison gave verbal commands for the driver to exit the vehicle. A black male, later identified by his California Driver's License as Mickail Myles, exited the vehicle. Myles exited the vehicle and faced us. Deputy Allison ordered Myles to face away from us and put his hands up in the air. Myles yelled, "I can't hear what you are saying." I ordered Myles to face away from us and put his hands in the air. Myles complied with my order. I gave Myles a canine announcement, "Follow my orders or you will be bit by the dog." I repeated my canine announcement. I ordered Myles to walk backwards towards my location. Myles turned around, faced us, put his hands down and began to walk towards us. I ordered Myles to stop, face away from us and placed his hands in the air. Myles complied with my order. I ordered Myles to walk backwards to the sound of my voice and he complied. I had Myles walk backwards to the back of Deputy Allison's trunk. I ordered Myles to stop and get on his knees. Myles did not comply with my command. Deputy Allison and I at the same time ordered Myles to get on his knees. Myles did not comply with both of our orders. While giving Myles commands, Bubo, was barking at Myles. I was able to project my voice over the sound of Bubo barking and gave clear and concise commands to Myles.

At this time, I was faced with a non-compliant suspect, who was suspected of burglarizing a vehicle. Burglary suspects use tools to burglarize cars. These tools can be used as unconventional weapons to injure or kill deputies. I could not immediately tell if Myles had any weapons concealed on his person and Myles had not been patted down for weapons. I feared Myles could access a weapon on his person and injure or kill myself or another deputy. The tint on the windows of the Mitsubishi was very dark. I could not see how many suspects were occupying the vehicle. I know there was at least one other suspect in the vehicle and was not sure if this suspect or another suspect was accessing a weapon from the vehicle. Myles had been non-compliant throughout the entire incident. Myles would not follow clear and concise commands given to him.

I decided quick and decisive action was needed to take Myles into custody to lower injury to myself, my partners and Myles. I used my right hand to grasp Myles by the back of his neck. My plan was to push Myles down to his knees, so Myles could be handcuffed. I grasped Myles' neck and began to push his

| Reporting Officer | Division / Organization | Reviewed By |
| SH7123 - BANKS, JEREMY | Fallbrook Substation FALLBROOK PATROL | SH2720 - BAGGS, AMBER |
| Report Date | Detective Assigned | Reviewed Date |
| 9/6/2014 2:31:05 AM | SH7549 - MAYORDELEON, YANCEY | 09/09/2014 12:10:49 |

CSD-000010

Exhibit B



| | Diego County Sheriff's De tment | | 11 |
|---|---|---|---|
| | **Arrest/Juvenile Contact Report** | | |
| CAD Event No.: **E1930789** | | Case No **14145536** | |
| Primary Victim: **State of California** | | Report No. **14145536.1** | Page 11 of 13 |

head down and forward. Myles ducked his head down and escaped my grasp. After Myles escaped my grasp, he walked backwards out of my view and was behind me. Deputy Allison, Deputy Bushnell and Deputy Brumfield were on the right side of Deputy Allison's patrol vehicle. I did not know how close my partners were to me. I feared Myles was going to assault me from behind, causing injury to me. Myles would have an advantage over me, if he attacked me from behind. I believed Myles was an imminent threat to me by approaching from me behind. To prevent Myles from attacking me from behind, I turned to my right and gave Bubo the apprehension command. Bubo bit Myles on the left side of his torso, released and then bit Myles' shirt. Deputy Allison grabbed Myles' left arm and Deputy Brumfield grabbed Myles' right arm. Deputy Allison and Deputy Brumfield pushed Myles against the trunk of Deputy Allison's patrol vehicle. This caused Myles to bend over at the waist and Myles' head and torso lay on top of the trunk. Myles was resisting and struggling to escape the grasp of Deputy Allison and Deputy Brumfield. During the struggle with Myles, Deputy Bushnell was covering the white Mitsubishi with his department issued sidearm, in case one of the suspects tried to escape and assault us.

There were one or more unsecure suspects inside of the vehicle. I could not tell if the suspects in the vehicle were armed with weapons. I knew a prolonged struggle with Myles could give a suspect in the vehicle an opportunity to escape or access a weapon to assault us. Also, if Myles was able to escape the grasp of Deputy Allison or Deputy Brumfield, Myles could have accessed a weapon on his person. In an attempt to gain Myles' compliance and prevent injury to myself or my partners, I used my right fist to strike Myles twice in the face, while I ordered him to stop resisting. Myles had already tried to approach me from behind, had ignored numerous verbal commands and potentially had access to weapons on his person or inside his car. I believed Myles was an imminent threat to me and my partners. Had I not delivered the two hand strikes to Myles' face, he could have escaped and caused harm to me or my partners. Once I delivered the two hand strikes to Myles' face, Myles immediately stopped resisting and Deputy Brumfield and Deputy Allison were able to handcuff Myles and placed him in the rear seat of Deputy Allison's patrol vehicle.

I ordered the passenger out of the vehicle. I had the passenger exit the vehicle out of the driver's door. A black male, later identified by his California Driver's License as Elisic Sauls, exited the vehicle. I ordered Sauls to face away from me, put his hands in the air and walk backwards to the sound of my voice. Sauls complied with my orders. I had Sauls walk backwards to the trunk of Deputy Allison's patrol vehicle. I ordered Sauls to get on his knees and he complied. Deputy Brumfield handcuffed Sauls and placed him in the rear seat of Deputy Brumfield's patrol vehicle. I conducted a phantom call out for anymore suspects to exit the vehicle. No other suspects exited the vehicle. I used Bubo to clear the interior of the Mitsubishi. There were no other suspects inside the vehicle. I arrested Myles for violation of California Penal Code Section 148(a)(1) PC Obstructing a Peace Officer.

I requested North County Fire Department to medically evaluate Myles' injuries. They arrived on scene and treated his wounds. Myles had minor puncture wounds and scrapes caused by Bubo's teeth. Myles did not need to be transported to the hospital by ambulance.

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| **SH7123 - BANKS, JEREMY** | **Fallbrook Substation** **FALLBROOK PATROL** | **SH2720 - BAGGS, AMBER** |
| Report Date | Detective Assigned | Reviewed Date |
| **9/6/2014 2:31:05 AM** | **SH7549 - MAYORDELEON, YANCEY** | **09/09/2014 12:10:49** |
| NetRMS_CASDCR rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |

CSD-000011

Exhibit B



**Diego County Sheriff's Department**
**Arrest/Juvenile Contact Report**

| CAD Event No.: | E1930789 | Case No. | 14145536 | **12** |
| Primary Victim: | State of California | Report No | 14145536.1 | Page 12 of 13 |

I noticed a group of bystanders standing in the front of 5020 Dulin Road. I approached them and asked if they saw our use of force. I spoke to Michael Dorsett, Taylor Dorsett, and Elizabeth Garcia. They stated they witnessed the incident. Deputy Allison took recorded statements from Michael Dorsett and Taylor Dorsett (See Deputy Allison's Deputy Report.) Deputy Bushnell took a statement from Elizabeth Garcia (Deputy Bushnell's Deputy Report). Also, Deputy Bushnell contacted witnesses at 5012 Dulin Road. Deputy Bushnell took statements from Guillimena Barajas and Heidi Uriostegui. Deputy Bushnell took multiple digital photographs of the Mitsubishi and the scene. Deputy Bushnell took digital photographs of the view from 5020 Dulin Road.

Deputy Ertz was still at Avocado Vista Lane and Avocado Vista, with Osvuldo Ordonez detained. Deputy Ertz notified me there was a witness, identified as Steven Vanni, who could conduct a curbside line-up of Myles and Sauls. Deputy Allison picked up Vanni and brought him to the Dulin Road location to conduct a curbside line-up. Vanni stated Myles and Sauls did not match any suspects. Deputy Allison returned Vanni to Avocado Vista Lane and Avocado Vista. Deputy Ertz contacted the registered owner of the Ford F-250, Michael Ference. Ference stated there was no damage or tampering to his vehicle. I telephoned Deputy Ertz. Deputy Ertz told me Ordonez was playing pranks in the neighborhood by playing the "doorbell ditch game." Ordonez and his friends were not tampering with the truck; they were hiding behind the truck. On 09/06/2014, at about 0130 hours, Deputy Ertz released Ordonez from the scene since no crime had been committed.

Deputy Allison took witness statements from Stephne Sales and Errol Sales, who stated the Mitsubishi, was involved in this incident (Deputy Allison's Deputy Report). Deputy Allison recorded their statements. I un-handcuffed Sauls and notified him that he was not under arrest. I spoke to Sauls and received the following statement.

Statement of Elisic Sauls (Witness):
Sauls and Myles were returning from Murrieta. They parked in their driveway located at 3350 Avocado Vista Lane. They saw the patrol vehicles at Avocado Vista Lane and Avocado Vista. Sauls and Myles decided to drive by and see what was going on. Sauls stated they slowly drove by us to see if a neighbor had been arrested. Sauls stated it was hard for him to hear my verbal commands because of the canine barking. I asked Sauls if he heard me tell him to get on his knees and Sauls said, "Yes, I heard you because I was close to you."

Investigation (Cont.):
At about 0130 hours, I released Sauls from the scene. The parents of Myles and Sauls came by and drove the Mitsubishi home. Deputy Brumfield and Deputy Bushnell transported Myles to Fallbrook Hospital. At the hospital, I Mirandized Myles utilizing my department issued Deputy's notebook. Myles stated, "Yes," he understood his rights and, "Yea," he was willing to talk to me. I recorded Myles statement.

Statement of Mickail Myles (Arrestee):

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH7123 - BANKS, JEREMY | Fallbrook Substation FALLBROOK PATROL | SH2720 - BAGGS, AMBER |
| Report Date | Detective Assigned | Reviewed Date |
| 9/6/2014 2:31:05 AM | SH7549 - MAYORDELEON, YANCEY | 09/09/2014 12:10:49 |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |

CSD-000012

Exhibit B



**Diego County Sheriff's De...tment
Arrest/Juvenile Contact Report**

| CAD Event No.: | E1930789 | Case No. | 14145536 | **13** |
|---|---|---|---|---|
| Primary Victim: | State of California | Report No. | 14145536.1 | Page 13 of 13 |

Myles and Sauls were returning from the roller rink "Epic" in Murrieta.  Sauls and Myles saw the commotion down the street and drove by to see what was happening.  I asked why Myles quickly drove away when we went to our vehicles and Myles replied, "I did not see you guys going towards your cars."  I asked Myles if he could hear my commands and he stated, "Yes and no."  I asked him what commands he heard and Myles stated, "Step back; Open your door and put your hands up."  I asked Myles if he heard me tell him to get down on his knees and he replied," I did but....."  I asked if there was any reason why he did not comply with my command and he replied, "I was scared."  Myles understood we were Deputy Sheriff's and we were giving him lawful orders.  Myles did not know why he pulled away from me when I tried to grab him.  Myles understood this incident would not have escalated, if he simply followed our verbal commands.

Investigation (Cont.):
I ended my interview of Myles.  I cited Myles for 148(a)(1) PC Obstructing a Peace Officer.  At about 0200 hours, Myles was released from my custody at Fallbrook Hospital.  At the station, I transferred all digital photographs to a photo/audio CD and placed the CD into evidence.

Evidence:
Item 1: Photo/ Audio CD

Injuries:
Myles had minor puncture wounds and scrapes caused by Bubo's teeth.

Related Reports:
Citation #634733
Deputy Allison's Deputy Report
Deputy Brumfield's Deputy Report
Deputy Bushnell's Deputy Report


Background/Property Damage/Follow-Up: None

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH7123 - BANKS, JEREMY | Fallbrook Substation FALLBROOK PATROL | SH2720 - BAGGS, AMBER |
| Report Date | Detective Assigned | Reviewed Date |
| 9/6/2014 2:31:05 AM | SH7549 - MAYORDELEON, YANCEY | 09/09/2014 12:10:49 |

| NetRMS_CASDCR.rtf v11-15-06 | Printed By SH2423 | Printed: March 11, 2015 - 7:31 AM |

CSD-000013

Exhibit B

| COURT # | | **STATEMENT OF CASE – PART 1** | OPID | |
|---|---|---|---|---|
| DESIGNATION | | SYSTEM CONTROL NUMBER | REFILED ☐ YES ☐ NO | |
| DA # | | **San Diego County Sheriff's Department** | CMS # | |

☐ RI05    ☐ SR02    ☐ DA09    ☐ DF05    ☐ MA09    ☐ PR17

### DEFENDANT INFORMATION

| DEFENDANT NAME | | RACE | SEX | DOB / AGE |
|---|---|---|---|---|
| **Myles, Mickail Dangelo** | | **Black** | **M - Male** | **9/18/1987 - 26** |
| HEIGHT | WEIGHT | EYE | HAIR | # OF DEFENDANTS |
| **5' 8"** | **180 lbs** | **Brown** | **Black** | **1** |
| ID TYPE | | ID NUMBER | | |
| **DLN - Drivers License Number** | | **D9391550** | | |
| DEFENDANT'S ADDRESS | | | COUNTY RESIDENCE | DURATION |
| **3350 Avocado Vista, Fallbrook, CA 92028** | | | **R - Resident** | |
| EMPLOYER | EMPLOYMENT STATUS | EMPLOYMENT TYPE | BOOKING NUMBER | |
| **Browne Child Developement Center** | **E - Employed** | | | |
| SUSPECTED USER | UNDOCUMENTED PERSON | INTERPRETER LANGUAGE | PROPERTY/EVIDENCE/NARCOTICS TAG # | |

### OFFENSE AND ARREST INFORMATION

| DATE/TIME OF OFFENSE | OFFENSE LOCATION | |
|---|---|---|
| **09/06/2014 00:01:00** | **5000 Block Of Dulin Road, Fallbrook, CA 92028** | |
| AGENCY | DATE/TIME OF ARREST | ARREST LOCATION |
| **Fallbrook - FALLBROOK** | **09/06/2014 00:15:00** | **5000 Block Dulin Rd, Fallbrook, CA 92028** |

ARRESTED AT SCENE? ☐ YES ☐ NO

| RELEASE STATUS OF THIS OFFENSE | BOOKING BAIL | AGENCY INVESTIGATION CONTINUING |
|---|---|---|
| ☐ BAIL    OR    ☐ CUSTODY    ☐ WT    ☐ NL | | ☐ YES ☐ NO |

### CASE INFORMATION (If Applicable)

| VICTIMS ONLY – WHETHER CAUSED BY ABOVE DEF OR NOT | WHETHER STOLEN BY ABOVE DEF OR NOT | | |
|---|---|---|---|
| INJURY ☐ YES ☒ NO | PROPERTY STOLEN | VALUE | PROP. RECOVERED |
| ☐ TREATED ☐ HOSPITALIZED ☐ DEATH | ☐ YES ☒ NO | **$0.00** | ☐ YES ☒ NO |

### CHARGE INFORMATION

| | CODE SECTION AND DESCRIPTION | COMPL? | COUNT | TYPE | CRIME | SEQ | ATT | ALLEGATIONS | AGENCY ID |
|---|---|---|---|---|---|---|---|---|---|
| AGENCY ORIGINATED CHARGE | **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)** | **Yes** | | | | | | | **SH - Sheriff** |
| REJECTION REASONS | PRIMARY        SECONDARY _____ - _____ | | | | | | | REPORT # (CASE NUMBER) **14145536** | |
| DA'S ORIGINATED CHARGE | CODE SECTION | | COUNT | TYPE | CRIME **F 4 M I** | SEQ | ATT | DIVISION **Fallbrook Substation** | |

### ADDITIONAL INFORMATION

| DEFENDANT'S PROBATION/PAROLE/REGISTRANTS STATUS AT THE TIME OF ARREST OR COMMISSION OF CURRENT CRIME |
|---|
| |

| ISSUANCE OR REJECTION DATE | BY DEPUTY DISTRICT ATTORNEY | SPECIAL ID FOR CASE |
|---|---|---|
| | | |

DA-160 Part 1 (08/05)
NetRMS_CASDCR Statement of Case.rtf v11-17-06

Page 1 of 1
Printed By SH2423

CSD-000014

Printed: March 11, 2015 - 7:31 AM
Exhibit B



S.  Diego County Sheriff's Dep  nent
## Property and Evidence Report

Case No. **14145536**   **1**

Page 1 of 1

### GENERAL CASE INFORMATION

| REPORTING AGENCY: **SH - Sheriff** | | | | | CASE NUMBER: **14145536** |
|---|---|---|---|---|---|
| CALL FOR SERVICE NUMBER (CAD) **E1930789** | OFFENSE TYPE: **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)** | | DIVISION: **Fallbrook Substation** | BILLING CODE: **SDSO - SD Sheriff's Office** | SEARCH WARRANT NUMBER: |
| DATE OF INCIDENT: **09/06/2014 00:01:00 (Saturday)** | INCIDENT LOCATION, CITY, STATE, ZIP: **5000 Block Of Dulin Road, Fallbrook, CA  92028** | | | | KEY CASE NUMBER: |
| REPORTING OFFICER: **SH7123 - BANKS, JEREMY** | | | ID: **SH7123** | | DIVISION: **Fallbrook Substation** |
| ASSIGNED DETECTIVE: **SH7549 - MAYORDELEON, YANCEY** | | | ID: **SH7549** | | DIVISION: **Fallbrook Substation** |

### INVOLVED PEOPLE

| AFFILIATION: **A1** | NAME (Last, First, Middle): **Myles, Mickail Dangelo** | DOB: **9/18/1987** | AGE: **26** | SEX: **M** | RACE: **B** |
|---|---|---|---|---|---|
| | HOME ADDRESS, CITY, STATE, ZIP: **3350 Avocado Vista, Fallbrook, CA  92028** | | HOME PHONE: | | |

### EVIDENCE INFORMATION SECTION

| ITEM NUMBER: **1.000** | PROPERTY DESCRIPTION: **Photo/ Audio CD** | | SEIZED ON DATE: **09/06/2014** | |
|---|---|---|---|---|
| VALUE: | COUNT: **1** | MAKE / MANUFACTURER: | MODEL: | **PLACE BAR CODE LABEL HERE** |
| CALIBER: | SERIAL NUMBER: | PROPERTY TYPE: **1311 - Recording - Interview or Case related - Video/Photo CD, DVD, Tape, Film, Digital storage, Negative** | | |
| PROPERTY STATUS: **ES - Evidence (Seized)** | | | SEARCH WARRANT: | FWTC: |
| PROPERTY DISPOSITION: **Evidence** | | | | |
| NOTES: | | | | |

CSD-000015

Exhibit B

**San Diego County Sheriff's Department**
**Witness List**

☐ A  Case Addition
☐ D  Case Deletions
☐ C  Case Changes

Case No. **14145536**

**1**
Page 1 of 5

## GENERAL CASE INFORMATION

Primary Charge: **148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M)**

| Location, City, State, ZIP: 5000 Block Of Dulin Road, Fallbrook, CA 92028 | Beat: 388 | District: |
|---|---|---|

### VICTIM/S
### WITNESSES

**Witness #1**

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: Sauls, Elisic Emanuel | Home Address, City, State, ZIP: 3350 Avocado Vista Ln, Fallbrook, CA 92028 | | | |
|---|---|---|---|---|
| Race: B | Sex: M | Date of Birth / Age: 03/12/1994 - 20 | Interpreter Language: | County Residence: R - Resident | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |

| Employment Status: E - Employed | Occupation/Grade: Clerk | Employer/School: United Sullivan and Storage | Employer Address: 2611 Island Way, Vista, CA 92083 |
|---|---|---|---|

RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):

| Offender/Victim: | Relationship: |
|---|---|

CONTACTS:

| Type: MP - Mobile Phone | Number/Address: 760 689-8714 |
|---|---|

IDENTIFICATION:

| Type: DLN - Drivers License Number | Number: F2598491 | State: CA | Country: US |
|---|---|---|---|

Statement:

**Witness #2**

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: Dorsett, Michael | Home Address, City, State, ZIP: 5020 Dulin Road, Fallbrook, CA 92028 | | | |
|---|---|---|---|---|
| Race: W | Sex: M | Date of Birth / Age: 11/30/1950 - 63 | Interpreter Language: | County Residence: R - Resident | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: |
|---|---|---|---|

RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):

| Offender/Victim: | Relationship: |
|---|---|

CONTACTS:

| Type: MP - Mobile Phone | Number/Address: 818 331-6242 |
|---|---|

IDENTIFICATION:

| Type: DLN - Drivers License Number | Number: ▓▓▓▓ | State: CA | Country: US |
|---|---|---|---|

Statement: **Witness to Use of Force**

**Witness #3**

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Reporting Officer: SH7123 - BANKS, JEREMY | Division / Organization: Fallbrook Substation FALLBROOK PATROL | Reviewed By: SH2720 - BAGGS, AMBER |
|---|---|---|
| Report Date: 9/6/2014 2:31:05 AM | Detective Assigned: SH7549 - MAYORDELEON, YANCEY | Reviewed Date: 09/09/2014 12:10:49 |

ARJIS Deputy Handbook Rev Ver7c 10-20-04
NetRMS_CASDCR Witness List.rtf v11-21-06

Printed By SH2423

Printed: March 11, 2015 - 7:32 AM

CSD-000016

Exhibit B

# San Diego County Sheriff's Department
## Witness List

- [A] Case Addition
- [D] Case Deletions
- [C] Case Changes

Case No. 14145536

**2**

Page 2 of 5

| Name: Dorsett, Taylor | | | | Home Address, City, State, ZIP: 5020 Dulin Road, Fallbrook, CA  92028 | | | | |
|---|---|---|---|---|---|---|---|---|
| Race: W | Sex: F | Date of Birth / Age: 08/29/1992 - 22 | Interpreter Language: | County Residence: R - Resident | V/W Assist [ ] YES [ ] NO | | Days Off: | Work Hours: |
| Employment Status: | | Occupation/Grade: | | Employer/School: | | Employer Address: | | |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | Relationship: |
|---|---|

**CONTACTS:**

| Type: MP - Mobile Phone | Number/Address: 760 681-7278 |
|---|---|

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Statement: Witness to Use of Force |
|---|

## Witness #4

| Person Code: | [ ] Secured Premise | [ ] Discovered Crime | [ ] Reporting Party | [ ] Law Enforcement Officer |
|---|---|---|---|---|
| Witness Type Code: | [ ] 01-Arresting Officer | [X] 06-Other Lay Witness | [ ] 07-Narc Chemist | [ ] 12-Other Expert   [ ] 13-Investigator   [ ] 14-Other |

| Name: Vanni, Steven Eugene | | | | Home Address, City, State, ZIP: 1086 Inverlochy Dr, Fallbrook, CA  92028 | | | | |
|---|---|---|---|---|---|---|---|---|
| Race: W | Sex: M | Date of Birth / Age: 03/27/1965 - 49 | Interpreter Language: | County Residence: R - Resident | V/W Assist [ ] YES [ ] NO | | Days Off: | Work Hours: |
| Employment Status: | | Occupation/Grade: | | Employer/School: | | Employer Address: | | |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | Relationship: |
|---|---|

**CONTACTS:**

| Type: MP - Mobile Phone | Number/Address: 760 458-1580 |
|---|---|
| Type: HP - Home Phone | Number/Address: 760 731-2793 |

**IDENTIFICATION:**

| Type: DLN - Drivers License Number | Number: ▓▓▓▓ | State: CA | Country: US |
|---|---|---|---|

| Statement: Curbside Line-Up Witness |
|---|

## Witness #5

| Person Code: | [ ] Secured Premise | [ ] Discovered Crime | [ ] Reporting Party | [ ] Law Enforcement Officer |
|---|---|---|---|---|
| Witness Type Code: | [ ] 01-Arresting Officer | [X] 06-Other Lay Witness | [ ] 07-Narc Chemist | [ ] 12-Other Expert   [ ] 13-Investigator   [ ] 14-Other |

| Name: Sales, Errol | | | | Home Address, City, State, ZIP: 5097 Avocado Vista Lane, Fallbrook, CA  92028 | | | | |
|---|---|---|---|---|---|---|---|---|
| Race: F | Sex: M | Date of Birth / Age: 06/17/1976 - 38 | Interpreter Language: | County Residence: R - Resident | V/W Assist [ ] YES [ ] NO | | Days Off: | Work Hours: |
| Employment Status: | | Occupation/Grade: | | Employer/School: | | Employer Address: | | |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | Relationship: |
|---|---|

**CONTACTS:**

| Type: MP - Mobile Phone | Number/Address: 858 752-7247 |
|---|---|

| Reporting Officer SH7123 - BANKS, JEREMY | Division / Organization Fallbrook Substation FALLBROOK PATROL | Reviewed By SH2720 - BAGGS, AMBER |
|---|---|---|
| Report Date 9/6/2014 2:31:05 AM | Detective Assigned SH7549 - MAYORDELEON, YANCEY | Reviewed Date 09/09/2014 12:10:49 |

CSD-000017

Exhibit B

# San Diego County Sheriff's Department
## Witness List

| A | Case Addition |
| D | Case Deletions |
| C | Case Changes |

Case No. 14145536

**3**

Page 3 of 5

| IDENTIFICATION: | | | | |
|---|---|---|---|---|
| Type: | Number: | State: | | Country: |

Statement:
**Identified Mitsubishi**

## Witness #6

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Sales, Stephne** | | Home Address, City, State, ZIP: **5097 Avocado Vista Lane, Fallbrook, CA  92028** | | | | |
|---|---|---|---|---|---|---|
| Race: **F** | Sex: **F** | Date of Birth / Age: **04/23/1981 - 33** | Interpreter Language: | County Residence: **R - Resident** | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |
| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: | | | |

| RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S): | |
|---|---|
| Offender/Victim: | Relationship: |

| CONTACTS: | |
|---|---|
| Type: | Number/Address: |

| IDENTIFICATION: | | | |
|---|---|---|---|
| Type: **DLN - Drivers License Number** | Number: ███████ | State: **CA** | Country: **US** |

Statement:

## Witness #7

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Sommer, Charles** | | Home Address, City, State, ZIP: **3362 Avocado Vista Lane, Fallbrook, CA  92028** | | | | |
|---|---|---|---|---|---|---|
| Race: **W** | Sex: **M** | Date of Birth / Age: **04/16/1965 - 49** | Interpreter Language: | County Residence: **R - Resident** | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |
| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: | | | |

| RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S): | |
|---|---|
| Offender/Victim: | Relationship: |

| CONTACTS: | |
|---|---|
| Type: **MP - Mobile Phone** | Number/Address: **760 809-2940** |

| IDENTIFICATION: | | | |
|---|---|---|---|
| Type: | Number: | State: | Country: |

Statement:

## Witness #8

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: **Ference, Michael** | | Home Address, City, State, ZIP: **3382 Avocado Vista Lane, Fallbrook, CA  92028** | | | | |
|---|---|---|---|---|---|---|
| Race: | Sex: | Date of Birth / Age: | Interpreter Language: | County Residence: **R - Resident** | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |

| Reporting Officer **SH7123 - BANKS, JEREMY** | Division / Organization **Fallbrook Substation FALLBROOK PATROL** | Reviewed By **SH2720 - BAGGS, AMBER** |
|---|---|---|
| Report Date **9/6/2014 2:31:05 AM** | Detective Assigned **SH7549 - MAYORDELEON, YANCEY** | Reviewed Date **09/09/2014 12:10:49** |

ARJIS Deputy Handbook Rev Ver7c 10-20-04
NetRMS_CASDCR Witness List rtf v11-21-06

Printed By SH2423

Printed: March 11, 2015 - 7:32 AM

CSD-000018

Exhibit B

## San Diego County Sheriff's Department
## Witness List

- [A] Case Addition
- [D] Case Deletions
- [C] Case Changes

Case No. **14145536**

**4**

Page 4 of 5

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: |
|---|---|---|---|
| E - Employed | Lieutenant | State of California - Fish and Game | 3883 Ruffin Road, San Diego, CA  92123 |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | | Relationship: |
|---|---|---|
| | | |

**CONTACTS:**

| Type: | Number/Address: |
|---|---|
| MP - Mobile Phone | 760 535-5735 |
| WP - Work Phone | 760 723-5963 |

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |

Statement:

## Witness #9

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☒ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: | | Home Address, City, State, Zip: | | | | |
|---|---|---|---|---|---|---|
| Ordonez, Osvuldo | | 738 Knoll Oark Lane, Fallbrook, CA  92028 | | | | |
| Race: | Sex: | Date of Birth / Age: | Interpreter Language: | County Residence: | V/W Assist | Days Off: | Work Hours: |
| H | M | 12/14/1995 - 18 | | R - Resident | ☐ YES  ☐ NO | | |
| Employment Status: | | Occupation/Grade: | | Employer/School: | Employer Address: | |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | | Relationship: |
|---|---|---|
| | | |

**CONTACTS:**

| Type: | Number/Address: |
|---|---|
| | |

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |

Statement:

## Witness #10

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

| Name: | | Home Address, City, State, ZIP: | | | | |
|---|---|---|---|---|---|---|
| Garcia, Elizabeth | | 5020 Dulin Rd., Fallbrook, CA  92028 | | | | |
| Race: | Sex: | Date of Birth / Age: | Interpreter Language: | County Residence: | V/W Assist | Days Off: | Work Hours: |
| | F | | | R - Resident | ☐ YES  ☐ NO | | |
| Employment Status: | | Occupation/Grade: | | Employer/School: | Employer Address: | |

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | | Relationship: |
|---|---|---|
| | | |

**CONTACTS:**

| Type: | Number/Address: |
|---|---|
| | |

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |

Statement:

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH7123 - BANKS, JEREMY | Fallbrook Substation FALLBROOK PATROL | SH2720 - BAGGS, AMBER |
| Report Date | Detective Assigned | Reviewed Date |
| 9/6/2014 2:31:05 AM | SH7549 - MAYORDELEON, YANCEY | 09/09/2014 12:10:49 |

CSD-000019

Exhibit B

# San Diego County Sheriff's Department
## Witness List

| | |
|---|---|
| A | Case Addition |
| D | Case Deletions |
| C | Case Changes |

**5**

Case No. **14145536**

Page 5 of 5

---

## Witness #11

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

**Name:** Barajas, Guillimena

**Home Address, City, State, ZIP:** 5012 Dulin Road, Fallbrook, CA 92028

| Race: | Sex: F | Date of Birth / Age: | Interpreter Language: | County Residence: | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |
|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: |
|---|---|---|---|

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | Relationship: |
|---|---|

**CONTACTS:**

| Type: | Number/Address: |
|---|---|

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Statement: |
|---|

---

## Witness #12

| Person Code: | ☐ Secured Premise | ☐ Discovered Crime | ☐ Reporting Party | ☐ Law Enforcement Officer | | |
|---|---|---|---|---|---|---|
| Witness Type Code: | ☐ 01-Arresting Officer | ☐ 06-Other Lay Witness | ☐ 07-Narc Chemist | ☐ 12-Other Expert | ☐ 13-Investigator | ☐ 14-Other |

**Name:** Uriostegui, Heidi

**Home Address, City, State, ZIP:** 5012 Dulin Road, Fallbrook, CA 92028

| Race: | Sex: F | Date of Birth / Age: | Interpreter Language: | County Residence: R - Resident | V/W Assist ☐ YES ☐ NO | Days Off: | Work Hours: |
|---|---|---|---|---|---|---|---|

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address: |
|---|---|---|---|

**RELATIONSHIP TO OFFENDER(S) AND/OR VICTIM(S):**

| Offender/Victim: | Relationship: |
|---|---|

**CONTACTS:**

| Type: | Number/Address: |
|---|---|

**IDENTIFICATION:**

| Type: | Number: | State: | Country: |
|---|---|---|---|

| Statement: |
|---|

---

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH7123 - BANKS, JEREMY | Fallbrook Substation FALLBROOK PATROL | SH2720 - BAGGS, AMBER |
| **Report Date** | **Detective Assigned** | **Reviewed Date** |
| 9/6/2014 2:31:05 AM | SH7549 - MAYORDELEON, YANCEY | 09/09/2014 12:10:49 |

CSD-000020

Exhibit B

# San Diego Regional
## Notice To Appear Citation

| Citation #: | 634733 | Case #: | 14145536 | **1** |
|---|---|---|---|---|
| Citation Type#: | NTA | | | Page 1 of 1 |

| Agency: Sheriff | Beat: 388 - FALLBROOK UNINCORPORATED | Date/Time: 09/06/2014 12:15:00 AM | Day of Week Saturday | Total Citation Amount: |
|---|---|---|---|---|

Location, City, State, ZIP:
**5000 Dulin Rd Fallbrook, CA  92028**

Owners Responsibility (VC40001)

Arresting Officer (if Different):

Notes:

## PERSON INFORMATION

### Person #1

Name:
**MYLES, MICKAIL DANGELO**

Home Address, City, State, ZIP:
**3350 Avocado Vista Ln Fallbrook, CA 92028**

| Race: Black | Sex: M | Date of Birth / Age: 9/18/1987 | Height: 5' 8" | Weight: 185 lbs | Hair Color: Black | Eye Color: Brown |
|---|---|---|---|---|---|---|

| Type: Drivers License Number | Number: D9391550 | State: California | Country: UNITED STATES |
|---|---|---|---|

SCAR, MARKS, TATTOOS, ODDITIES:

## VEHICLE INFORMATION

### Vehicle #1.000 -

| Vehicle Stored or Impounded? | | | |
|---|---|---|---|
| License Plate: | | License State: | License Expiration: |
| VIN: | | VIN Clear in SVS? | |
| Body Style: | | Property Type: | |
| Color 1 | | Color 2: | |
| Commercial Vehicle: | | Hazardous Material: | |
| Owner Same as Driver? | | Owner Name: | |
| Address Same as Driver? | | Owner Address: | |
| Evidence of Financial Responsibility | | | |
| Damage / Customization: | | | |
| Notes: | | | |

## VIOLATIONS

### Violations

| Violation: | 148 (A)(1) - PC - OBSTRUCT/RESIST PEACE OFCR/EMER MED TECH (M) | Correctable? | No |
|---|---|---|---|

### ADDITIONAL INFORMATION

| Booking Required: | | Radar: | | | |
|---|---|---|---|---|---|
| Approx Speed: | | P.F. Max Speed: | | Veh Speed Limit: | Safe Speed |
| Weather Conditions: | | Road Conditions: | | Traffic Conditions: | |

### COURT INFORMATION

| Court | North County | Court Address | 325 S Melrose Dr Vista, CA  92081 | | |
|---|---|---|---|---|---|
| Department: | CRIMINAL | Court Phone | 760 806-6200 | | |
| Court Date: | 10/16/2014 | Court Time: | 08:00:00 AM | Bail mount: | To Be Notified: |
| Appear in Night Court: | | | | | |
| Notes: | | | | | |

## PROPERTY

| Issuing Officer SH7123 - BANKS, JEREMY | Station / Division Fallbrook Substation | Organization FALLBROOK PATROL |
|---|---|---|

NetRMS_CASDCitationsNTA_rtf v08-05-08

CSD-000021

Exhibit B



CSD-000022

Exhibit B

# EXHIBIT "C"

CD Recording and Reporter's
Transcript of Audio-Recorded
Radio Dispatch Event
E1930789

(copy of CD to be served on
Plaintiff via U.S. Mail)



EXHIBIT C

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| MICKAIL MYLES, an individual,          ) | |
|          Plaintiff,                             ) | |
|     vs.                                              ) | Case No.: |
| COUNTY OF SAN DIEGO, by and      ) | 15-cv-1585-BEN (BLM) |
| through the SAN DIEGO COUNTY      ) | |
| SHERIFF'S DEPARTMENT, a public    ) | |
| entity; and DEPUTY J. BANKS, an   ) | |
| individual,                                       ) | |
|          Defendants.                          ) | |
| _____  ) | |



REPORTER'S TRANSCRIPT OF AUDIO-RECORDED

RADIO DISPATCH

EVENT E1930789


TRANSCRIBED BY:  KIMBERLY A. BROADHURST, CSR NO. 13814

TRANSCRIBED ON:  OCTOBER 19, 2016


**1**

Peterson Reporting Video & Litigation Services

Exhibit C

```
1              (Begin transcription of audio-recorded

2              radio dispatch, file name: CSD-000108 -

3              E1930789 radio.wav.)

4

5              UNKNOWN MALE:  What's the address on that auto

6    alarm?

7              DISPATCH:  932 Vista Village, 932 Vista

8    Village.

9              UNKNOWN MALE:  I'm going to break some of that.

10   I've got to pass it out on my way to the other call.

11             DISPATCH:  10-4.

12             UNKNOWN MALE:  32 King 2, (inaudible) 594.

13             DISPATCH:  10-4.

14             All working units, info only, CHP is 10-4, a

15   possible 23, 152, 1425 South Mission, a red hatchback

16   just pulled into the parking lot, unknown plates.  I'm

17   pulling (inaudible) up.

18             UNKNOWN MALE:  Paul 1, 97.

19             DISPATCH:  Paul, 97.

20             32 Paul 5, 459 vehicle?

21             DISPATCH:  King 2, I copy on tack.

22             It's 3362 Avocado Vista Lane, 3362 Avocado

23   Vista Lane just an attempt of a vehicle break-in with

24   more to follow.  32 King 2.

25             UNKNOWN MALE:  (Inaudible).
```

2

Peterson Reporting Video & Litigation Services

Exhibit C

1          DISPATCH:  32-5 to cover.  32 King 2 and 32-5,

2    they're advising it's just south of the location.  The

3    RP came out here at 415 possibly between a neighbor and

4    the suspect.

5          UNKNOWN MALE:  32-1, I'll (inaudible).

6          DISPATCH:  32 Paul 1, 10-4.

7          UNKNOWN MALE:  30 Paul 1.

8          DISPATCH:  30 Paul 1.

9          UNKNOWN MALE:  Ten A SA and clear 11 and

10   (inaudible).

11         DISPATCH:  10-4, 11, copy.

12         UNKNOWN MALE:  (Inaudible).

13         UNKNOWN FEMALE:  (Inaudible).

14         UNKNOWN MALE:  32 King (inaudible) if they

15   think somebody is confronting the suspect and for

16   dispatch.

17         DISPATCH:  I copy.  And en route code 32 Paul

18   Sam copy.

19         UNKNOWN MALE:  Copy code.

20         DISPATCH:  32 King 2, do you have further on

21   that?  There were two subjects that were running and got

22   into a white sedan, unknown DOT out of the neighborhood.

23         UNKNOWN MALE:  10-4.  Can you notify CHP and

24   border checkpoint?

25         DISPATCH:  10-4.

Exhibit C

1          31 Paul 2, 415 family.

2          UNKNOWN FEMALE:  (Inaudible).

3          DISPATCH:  Five, 10-4, with unit to cover 415

4   family.  1124 Mulin (phonetic), 1124 Mulin.  RP is

5   calling from LA County advising 15 ago they received a

6   1021 from her husband who is 97 location, and he is

7   going to throw everything out of the (inaudible) and her

8   daughter's room if they were not home by midnight.

9          The RP's concerned of daughter's school

10  equipment and other property at the location, is

11  requesting respond to make sure this has not occurred.

12  There's three Chihuahuas and a bulldog in the house, and

13  RP is also requesting a 1021 prior to responding, 31-5?

14          UNKNOWN FEMALE:  (Inaudible).

15          DISPATCH:  (Inaudible).

16          UNKNOWN MALE:  Eleven.

17          DISPATCH:  Eleven, 10-4.

18          32 King 2 and all the RP can still hear an

19  active 415.  Too far for descriptions and unknown any

20  weapons.

21          UNKNOWN MALE:  10-4.

22          (Inaudible).

23          DISPATCH:  32-7, (inaudible).

24          DISPATCH:  7, 10-4.

25          UNKNOWN MALE:  32 Charles 4.

4

Exhibit C

1          DISPATCH:  32 Charles 4.

2          UNKNOWN MALE:  (Inaudible).

3          DISPATCH:  3362 Avocado Vista Lane.

4          UNKNOWN MALE:  Clear my last AS and

5    (inaudible).

6          DISPATCH:  Copy en route code.

7          Vista units.  (Inaudible) medical leave 240

8    North Santa Fe at the Sprinter station, info only.

9          Fallbrook units.  On the 459 vehicle, we're

10   also getting a 415 argument, 442 ammunition, possibly

11   related, repeated (inaudible) 415 between gang members.

12   One of the males was heard saying he had a gun

13   (inaudible) heard only.

14         UNKNOWN MALE:  32 Paul Sam.  Send me that call.

15         DISPATCH:  10-4.

16         UNKNOWN MALE:  We've got three units en route

17   to that other call.  Break one of them.

18         DISPATCH:  10-4.  Unit to break and cover Paul

19   Sam on the 415 argument.

20         UNKNOWN MALE:  Charles 4, I'm closest.

21         DISPATCH:  32 Charles 4, 10-4.

22         UNKNOWN MALE:  Follow with the info

23   (inaudible).

24         DISPATCH:  It's 442 ammunition.  It's possibly

25   going to be related to the 459 vehicle.  The RP is

5

Peterson Reporting Video & Litigation Services

Exhibit C

1   anonymous, advising there's a 415 argument possibly

2   between gang members.  One of the males was heard saying

3   he had a gun only at this time.

4        UNKNOWN MALE:  30 Paul 1 to 97.

5        DISPATCH:  10-4.

6        UNKNOWN MALE:  32 Paul 1.

7        DISPATCH:  32 Paul 1.

8        UNKNOWN MALE:  Do you have any further vehicle

9   description reference 459 vehicle?

10       DISPATCH:  Negative.

11       UNKNOWN MALE:  Charles 4.

12       DISPATCH:  Charles 4.

13       UNKNOWN MALE:  97.  I parked at 426.  I'm going

14   to go ahead and walk in.

15       DISPATCH:  Copy.  97 is parked at 426.  32 Paul

16   Sam, copy?

17       UNKNOWN MALE:  10-9.

18       DISPATCH:  32 Charles 4 is 97 on your call.

19   He's parked at 426 ammunition and will be walking in.

20       UNKNOWN MALE:  10-4 from 32.

21       DISPATCH:  Copy from 32.

22       UNKNOWN MALE:  Charles 4, (inaudible) units

23   from CVS (inaudible).

24       DISPATCH:  Unit from CVS to cover Charles 4.

25   Any unit at CVS to break and cover Charles 4, 442

**6**

Peterson Reporting Video & Litigation Services

Exhibit C

1   ammunition.  32-11, 10-4.

2          UNKNOWN MALE:  30 Paul 1.

3          DISPATCH:  30 Paul 1.

4          UNKNOWN MALE:  10A, TA (inaudible).

5          DISPATCH:  10-4, 7 copy.

6          UNKNOWN MALE:  7 copy.

7          DISPATCH:  Fallbrook units.  On the 459

8   vehicle, we're getting another call of suspicious person

9   5097 Avocado Vista.  They're advising there's unknown

10   subjects who were 602ing and ringing the doorbell and

11   leaving.  The neighbors have one detained.  It's

12   possibly related to the 459 vehicle.  Any unit on the

13   459 vehicle copy the last.

14          UNKNOWN MALE:  10-4.

15          DISPATCH:  10-4.  32 King 2, CHP wanted to know

16   if you want assistance.

17          UNKNOWN MALE:  Negative just BOL for the

18   vehicle for now.

19          DISPATCH:  10-4.

20          UNKNOWN MALE:  Charles 4, so far it's QA at

21   442.

22          DISPATCH:  Copy.  QA so far at 442.

23          UNKNOWN MALE:  Checking the rest of the

24   complex.

25          DISPATCH:  Copy checking the rear.

7

Exhibit C

1          30 Paul 1, 415 party.

2          UNKNOWN MALE:  30 Paul 1.

3          DISPATCH:  30 Paul 1 units cover 415 party.

4   3010 Winters Hill, 3010 Winters Hill.  Approximately 30

5   subjects outside are HPD, possibly underage with loud

6   music.  RP is a signer.  30 Paul 1.

7          UNKNOWN MALE:  (Inaudible).

8          DISPATCH:  32 Paul 3, your status.  32 Paul 3,

9   your status.  32 Paul 3, your status at the CVS.

10          UNKNOWN MALE:  Paul 3 (inaudible) can you

11   assign (inaudible).

12          DISPATCH:  1414, 5530, 5530.

13          UNKNOWN MALE:  (Inaudible).

14          UNKNOWN MALE:  32 Paul 11.

15          DISPATCH:  32, 11.

16          UNKNOWN MALE:  I'll be 10-8 with Charles 4

17   (inaudible), and I'll be back on 32 Paul (inaudible).

18          DISPATCH:  10-4.

19          UNKNOWN MALE:  32 Paul 97.

20          DISPATCH:  10-4.

21          UNKNOWN MALE:  32 Paul Sam.

22          DISPATCH:  32 Paul Sam.

23          UNKNOWN MALE:  Right now it's GAUL.  I'm going

24   to check the area and then clear.

25          DISPATCH:  10-4.

**8**

Exhibit C

1          UNKNOWN FEMALE:  31-5.

2          DISPATCH:  31-5.

3          UNKNOWN FEMALE:  (Inaudible) 1021 on Vista.

4          UNKNOWN MALE:  (Inaudible).

5          UNKNOWN MALE:  32 Paul Sam.

6          DISPATCH:  32 Paul Sam.

7          UNKNOWN MALE:  (Inaudible) 31, 10 A, TA.

8          DISPATCH:  10-4.

9          UNKNOWN MALE:  32 Paul 1 (inaudible).

10         DISPATCH:  ET only.

11         UNKNOWN MALE:  Give me 1149 on the suspect

12    vehicle.  California 5 Mary Frank Sam 363.

13         DISPATCH:  10-4 on your 20.

14         UNKNOWN MALE:  Give me the fifth -- 5000 block

15    of Dulin.

16         DISPATCH:  5000 block of Dulin units cover.

17         UNKNOWN MALE:  (Inaudible).

18         DISPATCH:  10-4.

19         DISPATCH:  32 Charles 4, I copy you're en

20    route.  32-7 is looking.

21         Continue ET.

22         32 Paul 1, the plate is 1129, current, February

23    2015, 2004 Mitsubishi two-door hatchback out of

24    Fallbrook, 3350 Avocado Vista Lane.

25         Continue ET.

Peterson Reporting Video & Litigation Services

Exhibit C

1          32 Paul Sam, confirm your 10-4.

2          UNKNOWN MALE:  Affirm.

3          DISPATCH:  10-4.  Continue ET.  Continue ET.

4     Continue ET.

5          UNKNOWN MALE:  (Inaudible).

6          DISPATCH:  You have background 10A.  32-7, you

7     have background 10A.

8          Fallbrook, 32 Paul 7, 10A your last.

9          32-1, cannot copy 32 Paul 7's traffic.  Any

10    Fallbrook unit copy 32-7's last.

11         UNKNOWN MALE:  32 Paul Sam, I didn't copy.  Who

12    do we have 97 with 1.

13         DISPATCH:  32 Paul 1's 97 with.

14         UNKNOWN MALE:  (Inaudible) we have the driver

15    detained.  Working on the passenger.

16         We have the driver detained.  Working on the

17    passenger.

18         DISPATCH:  Driver detained, working on the

19    passenger.

20         Continue ET.

21         Continue ET.

22         Continue ET.

23         UNKNOWN MALE:  32-7, (inaudible).

24         DISPATCH:  10-4.

25         UNKNOWN MALE:  The vehicle is clear.

**10**

Exhibit C

1          DISPATCH:  The vehicle is clear.

2          Continue ET.

3          UNKNOWN MALE:  32 King 2, Code 4.  Clear ET.

4    K9 contact.  Start 1141.

5          DISPATCH:  Copy Code 4, K9 contact and also

6    1141.  Station is clear.

7          UNKNOWN MALE:  32 Zebra 1.

8          DISPATCH:  32 Zebra 1.

9          UNKNOWN MALE:  Yeah.  Can you log me on ARJIS

10   8032, and I'll be en route to VDF point 1?

11         DISPATCH:  10-4.

12         UNKNOWN MALE:  32 Paul Sam on your clear.

13         DISPATCH:  32 Paul Sam.  Go ahead.

14         UNKNOWN MALE:  Go ahead and just put me out on

15   1's call.

16         DISPATCH:  10-4.

17         32 King 2, FD is 10-4 en route.

18         31 Paul 9 commercial audible.

19         UNKNOWN MALE:  31-9.

20         DISPATCH:  (Inaudible) unit to cover commercial

21   audible 450 West Vista Way, North County Ford.  450 West

22   Vista Way at North County Ford.  Peruse the second floor

23   display perimeter door.  I have the wrong call back

24   31-9.

25         UNKNOWN MALE:  En route.

**11**

Exhibit C

1           DISPATCH:  (Inaudible).

2           UNKNOWN MALE:  31-7, 149.

3           DISPATCH:  31-7, go ahead.

4           UNKNOWN MALE:  300 block North Santa Fe, 7

5    Charles North Sam 509.

6           DISPATCH:  300 block North Santa Fe.

7           31 Paul 7, your plate's 1129, current, February

8    2015, 1998 Pontiac four-door out of Vista on Woodland

9    Drive.

10           UNKNOWN MALE:  10-4.

11           DISPATCH:  10-4.

12           UNKNOWN MALE:  (Inaudible) Paul 1 for plate

13   (inaudible).

14           DISPATCH:  (Inaudible) go ahead.

15           UNKNOWN MALE:  6 Edward x-ray Adam 072.

16           DISPATCH:  10-4.

17           UNKNOWN MALE:  I just need the RO's address.

18           DISPATCH:  10-4.  It'll be 3030 Winters Hill,

19   3030 Winters Hill.

20           UNKNOWN MALE:  10-4.  Thanks.  Confirm the RP

21   was calling from 3011 Winters Hill?

22           DISPATCH:  Affirm.

23           UNKNOWN MALE:  32 Paul 11, can you send me the

24   459 name, please.

25           DISPATCH:  Confirm.

**12**

Exhibit C

1          UNKNOWN MALE:  32-5, clear and tags plate.

2          DISPATCH:  Go ahead.

3          UNKNOWN MALE:  8 unit 13495, and I don't need

4     the information.

5          DISPATCH:  10-4.  32-5, can you just advise if

6     the suspicious person on Avocado Vista that's pending

7     will be related.

8          UNKNOWN MALE:  I believe they're going to be

9     related.  There's four altogether, and they split up in

10    different directions.

11         DISPATCH:  10-4.  I'll relate them.

12         UNKNOWN MALE:  32 Charles 4.

13         DISPATCH:  32 Charles 4.

14         UNKNOWN MALE:  Out with Paul 1 (inaudible).

15         DISPATCH:  Go ahead.

16         UNKNOWN MALE:  What was the original RP's

17    location?

18         DISPATCH:  3362 Avocado Vista Lane, 3362

19    Avocado Vista Lane.

20         UNKNOWN MALE:  10-4.  I'll be going to that

21    location.

22         DISPATCH:  10-4.

23         UNKNOWN MALE:  31-7, 97 the alarm (inaudible).

24         DISPATCH:  10-4.

25         UNKNOWN MALE:  32 Paul 11, 97.

**13**

Peterson Reporting Video & Litigation Services

Exhibit C

1                 DISPATCH:  11, 10-4.

2                 UNKNOWN MALE:  Charles 4.

3                 DISPATCH:  Charles 4.

4                 UNKNOWN MALE:  (Inaudible) already contacted

5      the RP.  I'll be back out at the hot stop location.

6                 DISPATCH:  10-4.

7                 DISPATCH:  32 Paul 3, your status.

8                 UNKNOWN MALE:  Paul 3 I'm 10A RF and on with 32

9      Paul 11.

10                DISPATCH:  10-4.

11                UNKNOWN MALE:  31-9, 97.

12                DISPATCH:  10-4.

13                UNKNOWN MALE:  31-7 (inaudible) K9 police.

14                DISPATCH:  (Inaudible) 13 to start 450 West

15     SOA.

16                UNKNOWN MALE:  (Inaudible) 13, 10-4.

17                DISPATCH:  10-4 (inaudible).

18                DISPATCH:  Continue ET.

19                UNKNOWN MALE:  Eleven, 97 North County Ford

20     with an (inaudible).

21                DISPATCH:  Eleven, I copy your 97.  7, can you

22     advise?

23                UNKNOWN MALE:  You could just stand by on the

24     ground level near the Ford (inaudible).

25                DISPATCH:  11 copy.


                                                          **14**

Exhibit C

```
 1              UNKNOWN MALE:  10-4.

 2              DISPATCH:  Continue ET.

 3              UNKNOWN MALE:  32 Paul 11, CN please.

 4              DISPATCH:  Continue ET for Vista.

 5              UNKNOWN MALE:  11, I'm at (inaudible) in vista

 6      village.

 7              DISPATCH:  11 (inaudible) Vista Village.

 8      Continue ET.  Continue ET for Vista.

 9              UNKNOWN MALE:  Hey (inaudible) what do you got

10      so far?

11              UNKNOWN MALE:  We have an unlocked door

12      upstairs which is I think where the alarm was coming

13      from and we heard some noises inside.

14              UNKNOWN MALE:  10-4, are you on the north side

15      of the building?

16              UNKNOWN MALE:  Yes, sir.  We're at the --

17      you'll see the parking garage on the west side of the

18      building.  We're on the second floor.

19              UNKNOWN MALE:  Okay.  10-4.  I'm at the dead

20      end of (inaudible) we're (inaudible).

21              DISPATCH:  (Inaudible).

22              UNKNOWN MALE:  Paul 7.

23              DISPATCH:  Did you want (inaudible) started?

24              UNKNOWN MALE:  If (inaudible) busy unless their

25      (inaudible) ETA.
```

**15**

Exhibit C

1    DISPATCH:  10 King 13, your ETA.

2    UNKNOWN MALE:  Five out.

3    DISPATCH:  Copy five out.

4    UNKNOWN MALE:  Seven, 10-4.  You can clear the

5 (inaudible).  We don't hear any more noises.

6    DISPATCH:  The station is clear.

7    DISPATCH:  31 Paul 51, clear check (inaudible)

8 10-21.

9    UNKNOWN FEMALE:  (Inaudible).

10    DISPATCH:  10-4.

11    UNKNOWN MALE:  31-7, you can cancel (inaudible)

12 myself and Paul 91B.  Clearing this room that we have

13 that's unlocked and we'll (inaudible) for now.  There's

14 no forced entry.

15    DISPATCH:  (Inaudible).

16    UNKNOWN MALE:  (Inaudible).

17    DISPATCH:  10-4.

18    UNKNOWN MALE:  31 send the Code 4 clear ET.

19    DISPATCH:  I copy Code 4 (inaudible) clear for

20 normal traffic.

21    10 King 13, copy.

22    UNKNOWN MALE:  (Inaudible).

23    DISPATCH:  10-4.  And 31-5 copy.

24    UNKNOWN FEMALE:  (Inaudible).

25    DISPATCH:  10-4 and I'll send you the 21.

**16**

Exhibit C

1          UNKNOWN FEMALE:  (Inaudible).

2          UNKNOWN MALE:  32 Paul 1.

3          DISPATCH:  32 Paul 1.

4          UNKNOWN MALE:  We're conducting a curbside

5     lineup at 32 Paul 7's location starting mileage 62588.

6          DISPATCH:  Midnight 30 hours.

7          UNKNOWN MALE:  32 Paul 97 (inaudible) 62588.2.

8          DISPATCH:  Midnight 31 hours.

9          UNKNOWN MALE:  It's going to be a negative on

10    suspect ID.

11         DISPATCH:  Copy negative on suspect ID.

12         UNKNOWN MALE:  It's a negative on the second

13    suspect.

14         DISPATCH:  Negative on the second suspect.

15         UNKNOWN MALE:  And it's a negative on the car

16    as well.

17         DISPATCH:  Negative on the vehicle as well.

18         UNKNOWN MALE:  31 (inaudible) coming back on

19    alarm call at Ford.

20         DISPATCH:  Affirm.  30 Paul 1, repeat your

21    status.

22         UNKNOWN MALE:  10-4.

23         DISPATCH:  (Inaudible).

24         UNKNOWN MALE:  32 King 2, can you send me

25    (inaudible).

**17**

Exhibit C

1          DISPATCH:  32 King 2, it's going to be 1414,

2     5536, 5536.

3          UNKNOWN MALE:  32-5.

4          DISPATCH:  32-5.

5          UNKNOWN MALE:  (Inaudible) 32F1.

6          DISPATCH:  32F1 (inaudible).

7          31 Paul 1 for a suspicious circumstance.

8          UNKNOWN MALE:  31 Paul 1.

9          DISPATCH:  (Inaudible) suspicious circumstance

10    1022 Clearbrook Lane, 1022 Clearbrook.  RP heard a noise

11    two ago coming from your roommate's room advising the

12    roommate is not 1097.  She hasn't heard anything since.

13    She's home alone with her two-year-old daughter and

14    standing by the front door.  31 Paul.

15         UNKNOWN MALE:  10-4.

16         DISPATCH:  (Inaudible).

17         UNKNOWN MALE:  7.

18         DISPATCH:  7's out for (inaudible).

19         31 Paul 9, for a 415 party.

20         UNKNOWN MALE:  Paul 9, go.

21         DISPATCH:  (Inaudible) unit to cover 415 party.

22    RP's anonymous advising at 311 West Los Angeles, Unit A,

23    Adam, 311 West Los Angeles, A, Adam, that there's party,

24    ten or more subjects, possible HPD, no fine NFD.

25         UNKNOWN MALE:  9, 10-4 (inaudible).

**18**

Exhibit C

1           DISPATCH:  (Inaudible).

2           UNKNOWN MALE:  31-7, 97.  Can I have the RP

3    come outside?

4           DISPATCH:  Confirm.

5           DISPATCH:  RP is en route outside.  She's

6    wearing a green shirt and black shorts.

7           UNKNOWN MALE:  10-4.  Does she have an

8    apartment number?

9           DISPATCH:  (Inaudible).

10          UNKNOWN MALE:  7, 1022.

11          DISPATCH:  10-4.

12          UNKNOWN MALE:  32 Paul 7.

13          DISPATCH:  32 Paul 7.

14          UNKNOWN MALE:  En route to Fallbrook with

15   110-16.

16          DISPATCH:  10-4 en route Fallbrook with 110-16

17   (inaudible).

18          UNKNOWN MALE:  32 Charles 4.

19          DISPATCH:  32 Charles 4.

20          UNKNOWN MALE:  10-98 the last view S and A.

21          DISPATCH:  10-4 (inaudible).

22          UNKNOWN MALE:  32 Paul 7, for clarification

23   Fallbrook Hospital.

24          DISPATCH:  10-4.  En route Fallbrook Hospital.

25          UNKNOWN MALE:  32 King 2.

**19**

Exhibit C

1                DISPATCH:  King 2.

2                UNKNOWN MALE:  (Inaudible) transport a 110-16

3     to Fallbrook Hospital.

4                DISPATCH:  10-4 (inaudible).

5                UNKNOWN MALE:  32 Paul 11, can you attach a

6     plate, please?

7                DISPATCH:  Go ahead.

8                UNKNOWN MALE:  5 Henry George Unit 598.

9                DISPATCH:  32-11, the plate's 1129, current

10    April 2015, 2004 Honda four-door, El Cajon.

11               UNKNOWN MALE:  10-4, can you give me the RRO,

12    please.

13               DISPATCH:  Last of Austin, first of Ryan.

14               UNKNOWN MALE:  10-4, thanks.

15               DISPATCH:  (Inaudible).

16               UNKNOWN MALE:  31 Tom 411, 49.

17               DISPATCH:  Go ahead.

18               UNKNOWN MALE:  Unplated Chevrolet, (inaudible)

19    Vista Way and Hillside.

20               DISPATCH:  East Vista Way and Hillside on an

21    unplated Chevy, over.

22               UNKNOWN MALE:  Tom 2, en route.

23               DISPATCH:  10-4.

24               UNKNOWN MALE:  32-1.

25               DISPATCH:  32, go on.

**20**

Exhibit C

1          UNKNOWN MALE:  10-19 (inaudible).

2          DISPATCH:  10-4.

3          DISPATCH:  Fallbrook units, (inaudible) CHP

4     10-4 abandon vehicle in the area of 38898 Duluth Road

5     (inaudible).  31 Paul 7, update your status.

6          UNKNOWN MALE:  7 (inaudible).

7          UNKNOWN MALE:  32 Paul 11.

8          DISPATCH:  32, 7.

9          UNKNOWN MALE:  32 Paul 11, if you could change

10    this to a 40 BE, please.

11         DISPATCH:  10-4.

12         UNKNOWN MALE:  32 King 2 and 7, 97.

13         DISPATCH:  10-4.

14         UNKNOWN MALE:  32-5, 97.

15         DISPATCH:  97.  31 Tom 4 and 31 Tom 2, update

16    your status.

17         UNKNOWN MALE:  Code 4, we're on a DUI eval.

18         DISPATCH:  Code 4 on a DUI eval.

19         DISPATCH:  31-11, 415 (inaudible).

20         UNKNOWN MALE:  11.

21         DISPATCH:  11 unit to cover 415 noise 1813

22    Mancinita Court (phonetic).  1813 Mancinita Court.  Loud

23    subjects unknown number of subjects.  RP is a signer.

24    31-11.

25         UNKNOWN MALE:  (Inaudible).

**21**

Peterson Reporting Video & Litigation Services

Exhibit C

```
1              UNKNOWN MALE:  32-5 (inaudible).

2              DISPATCH:  32 Paul 5.  32 Paul 5.

3              UNKNOWN MALE:  CM police.

4              DISPATCH:  There's already one assigned to the

5     event.  Did you want a second?

6              UNKNOWN MALE:  (Inaudible).

7              DISPATCH:  10-4.  1414, 5539, 5539.

8              UNKNOWN MALE:  10-4, thanks.

9              DISPATCH:  (Inaudible).

10             DISPATCH:  31 Paul in suspicious person.

11             UNKNOWN MALE:  31 Paul 1.

12             DISPATCH:  31 Paul 1 unit to cover suspicious

13    person Monte Vista and Cyprus, Monte Vista and Cyprus.

14    RP advising there's a white Ford Explorer driving around

15    the neighborhood possibly casing.  Last seen pulling

16    over on Monte Vista just east of Cyprus.  White Ford

17    Explorer with a plate 4 John Paul Baker 596.  31 Paul 1.

18             UNKNOWN MALE:  10-4 advise.

19             UNKNOWN FEMALE:  (Inaudible).

20             DISPATCH:  5, 97.

21             UNKNOWN FEMALE:  Paul 5, 51 on four.

22             DISPATCH:  51 on four.  31-11, copy.

23             UNKNOWN MALE:  (Inaudible).

24             UNKNOWN FEMALE:  (Inaudible).

25             DISPATCH:  10-4.  31-11, copy.
```

22

Exhibit C

1               UNKNOWN MALE:  (Inaudible).

2               DISPATCH:  31 Paul 9, 637.

3               UNKNOWN MALE:  31-9.

4               DISPATCH:  9, with unit to cover 647 S 311 West

5     Los Angeles, Unit A, Adam, 311 West Los Angeles, Unit A,

6     Adam.  Group of males from a 14 party outside of the

7     residence seen urinating per HBD.  No signer for the

8     party.  209.

9               UNKNOWN MALE:  En route.

10              DISPATCH:  Change cover.

11              UNKNOWN MALE:  31-7.

12              DISPATCH:  7, 10-4.

13              UNKNOWN MALE:  32 Paul 11.

14              DISPATCH:  32 Paul 11.

15              UNKNOWN MALE:  (Inaudible) one back at 32 and

16    it was an LP (inaudible).

17              DISPATCH:  10-4.

18              DISPATCH:  31-11, suspicious circumstance.

19              UNKNOWN MALE:  11.

20              DISPATCH:  11, with unit to cover suspicious

21    circumstance, Lupine Hills and Sheffield Drive.  Lupine

22    Hills and Sheffield Drive.  RP is calling from

23    Cobblestone Lane advising (inaudible) vehicle going down

24    Lupine Hills heard subjects talking in a vehicle going

25    up the hill.  This all heard only.  Concern there was

23

Exhibit C

1    some sort of accident.  RP did not hear an accident, did

2    not (inaudible) requesting (inaudible) the area.  31-11.

3              UNKNOWN MALE:  (Inaudible).

4              UNKNOWN FEMALE:  31-5.

5              DISPATCH:  31 Paul 5.

6              UNKNOWN FEMALE:  97, Paul 1 checking.

7              DISPATCH:  10-4.

8              UNKNOWN MALE:  31-7, 97.

9              DISPATCH:  10-4.

10             UNKNOWN MALE:  31-7, 10 AWC.

11             DISPATCH:  10-4.  9 copy.

12             UNKNOWN MALE:  (Inaudible).

13             UNKNOWN FEMALE:  (Inaudible).

14             DISPATCH:  31-5 (inaudible).  32 Paul 1, copy.

15             UNKNOWN MALE:  Affirm.  (Inaudible).

16             DISPATCH:  31-7, 14 party.

17             UNKNOWN MALE:  (Inaudible).

18             DISPATCH:  Send out with unit to cover 415

19   party, 2112 East Vista Way, 2112 East Vista Way.  Near

20   the pool area.  Approximately ten subjects are being

21   loud.  RP is a signer.  31-7.

22             UNKNOWN MALE:  10-4.

23             UNKNOWN MALE:  32 King 2.

24             DISPATCH:  King 2.

25             UNKNOWN MALE:  10 King Sam is 97, Fallbrook

Peterson Reporting Video & Litigation Services

Exhibit C

1    Hospital.

2          DISPATCH:  Copy.  10 King 10 is 97, Fallbrook

3    Hospital.

4          UNKNOWN MALE:  10 King Sam.

5          DISPATCH:  10-4.  32 King 2, did you have an

6    ARJIS?

7          UNKNOWN MALE:  2284.

8          DISPATCH:  10-4.

9          32 Paul 3 commercial (inaudible).

10         UNKNOWN MALE:  Paul 3.

11         DISPATCH:  (Inaudible) unit to cover a

12   commercial auto (inaudible), 1215 South Mission at the

13   Got Gold, 1215 South Mission.  Push in front door

14   interior answering machine on call back.  The key holder

15   first have done it in route with 20 (inaudible) black

16   Mercedes.  32-3.

17         UNKNOWN MALE:  Copy.

18         DISPATCH:  Unit to cover?  (Inaudible) 10-4

19   (inaudible).

20         UNKNOWN MALE:  Tom 2, 1185.

21         DISPATCH:  Tom 2, 10-4.

22         UNKNOWN MALE:  32 King 2, can you (inaudible)

23   number, please.

24         DISPATCH:  1414, 5536, 5536.

25         UNKNOWN MALE:  King 2.  Do you have a 1016

25

Exhibit C

1    time?  If not, just the one that the stop was made.

2            DISPATCH:  Unit on 1016, time the stop was put

3    out at 23:59 hours.

4            UNKNOWN MALE:  10-4.  Thanks.

5            King 2, if you want to you could just make 1016

6    time midnight 15.

7            DISPATCH:  1016 at midnight 15.

8            UNKNOWN MALE:  Tom 4.

9            DISPATCH:  Tom 4.

10           UNKNOWN MALE:  I have a 1016, please.  Can I

11   get a CN and I believe my partner already got an 1185.

12           DISPATCH:  Confirm.  I'm on landline with them

13   now.  Stand by for your scan.

14           Tom 4 your stand 1414, 5542, 5542.

15           UNKNOWN MALE:  Just so I don't have to bug you

16   after, what's my 1016 time I just gave you.  I don't

17   know what time it is.

18           DISPATCH:  0145 hours.

19           UNKNOWN MALE:  10-4 (inaudible).

20           UNKNOWN FEMALE:  5, 977 call.

21           DISPATCH:  5, 10-4.

22           DISPATCH:  31 Tom 4, Rantadel Road (phonetic),

23   (inaudible).  10-4, EJ20.

24           UNKNOWN MALE:  (Inaudible).

25           UNKNOWN FEMALE:  5 (inaudible).

**26**

Exhibit C

1                    DISPATCH:  31-5 (inaudible) 31-7 copy.

2                    UNKNOWN MALE:  31-7 (inaudible).

3                    UNKNOWN MALE:  32 King 2, what's my beat?

4                    DISPATCH:  388.

5                    UNKNOWN MALE:  (Inaudible).

6                    DISPATCH:  Fallbrook units, info only.  CHP is

7      10-4 on a black Saturn left southbound on Old Stage Road

8      from 821 Old Stage Road, unit 15, and that male was seen

9      HBD prior to leaving.  Info only (inaudible).

10                   UNKNOWN MALE:  32 Paul 11, we have an open

11     door.  We're making entry.

12                   DISPATCH:  ET only.

13                   DISPATCH:  Continue ET.

14                   UNKNOWN MALE:  32 Paul 11, you can clear ET,

15     and if you can call for an air crew responder.

16                   DISPATCH:  Station is clear and the responder

17     was en route.  I've been handling the calls an ETA of 20

18     (inaudible) and will be in a black Mercedes.

19                   UNKNOWN MALE:  (Inaudible).

20                   UNKNOWN MALE:  32 Paul 3 (inaudible) should be

21     a valid 459.

22                   DISPATCH:  32 Paul 3, I copy valid 459.

23                   UNKNOWN MALE:  King Sam.

24                   DISPATCH:  King Sam.

25                   UNKNOWN MALE:  Can you have on call DIS

27

Exhibit C

1    sergeant give me a 1021.

2              DISPATCH:  Confirm.  Can you switch to tack and

3    give me your 21?

4              UNKNOWN MALE:  (Inaudible).

5              (End transcription of audio recording,

6              file name: CSD-000108 - E1930789

7              radio.wav.)

8                   *     *     *     *     *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

Peterson Reporting Video & Litigation Services

Exhibit C

1          I, KIMBERLY A. BROADHURST, a Certified

2     Shorthand Reporter for the State of California, do

3     hereby certify:

4          That the foregoing document is a verbatim

5     transcription prepared from the electronic sound

6     recording provided to me of the proceedings in the

7     above-entitled matter; that the foregoing is a true and

8     accurate transcription of said recording, to the best of

9     my ability.

10

11          Dated this 19th day of October, 2016.

12

13

14

15     _____

16          KIMBERLY A. BROADHURST, CSR 13814

17

18

19

20

21

22

23

24

25

**29**

Peterson Reporting Video & Litigation Services

Exhibit C

**A**

abandon 21:4
ability 29:9
above-entitled 29:7
accident 24:1,1
accurate 29:8
active 4:19
Adam 12:15 18:23
  18:23 23:5,6
address 2:5 12:17
advise 13:5 14:22
  22:18
advising 3:2 4:5 6:1
  7:9 18:11,22
  22:14 23:23
Affirm 10:2 12:22
  17:20 24:15
ago 4:5 18:11
ahead 6:14 11:13,14
  12:3,14 13:2,15
  20:7,17
air 27:15
alarm 2:6 13:23
  15:12 17:19
altogether 13:9
ammunition 5:10,24
  6:19 7:1
Angeles 18:22,23
  23:5,5
anonymous 6:1
  18:22
answering 25:14
apartment 19:8
Approximately 8:4
  24:20
April 20:10
area 8:24 21:4 24:2
  24:20
argument 5:10,19
  6:1
ARJIS 11:9 25:6
assign 8:11
assigned 22:4
assistance 7:16
attach 20:5
attempt 2:23
audible 11:18,21
audio 28:5
audio-recorded
  1:16 2:1
Austin 20:13
auto 2:5 25:12
Avocado 2:22,22
  5:3 7:9 9:24 13:6
  13:18,19
AWC 24:10

**B**

back 8:17 11:23
  14:5 17:18 23:15
  25:14
background 10:6,7
Baker 22:17
BANKS 1:10
beat 27:3
believe 13:8 26:11
best 29:8
black 19:6 25:15
  27:7,18
BLM 1:7
block 9:14,16 12:4,6
BOL 7:17
border 3:24
break 2:9 5:17,18
  6:25
break-in 2:23
BROADHURST
  1:20 29:1,16
bug 26:15
building 15:15,18
bulldog 4:12
busy 15:24

**C**

Cajon 20:10
California 1:2 9:12
  29:2
call 2:10 5:14,17
  6:18 7:8 11:15,23
  17:19 25:14 26:20
  27:15,25
calling 4:5 12:21
  23:22
calls 27:17
cancel 16:11
car 17:15
Case 1:6
casing 22:15
Certified 29:1
certify 29:3
change 21:9 23:10
Charles 4:25 5:1,20
  5:21 6:11,12,18
  6:22,24,25 7:20
  8:16 9:19 12:5
  13:12,13 14:2,3
  19:18,19
check 8:24 16:7
checking 7:23,25
  24:6
checkpoint 3:24
Chevrolet 20:18
Chevy 20:21
Chihuahuas 4:12
CHP 2:14 3:23 7:15
  21:3 27:6

circumstance 18:7,9
  23:18,21
clarification 19:22
clear 3:9 5:4 8:24
  10:25 11:1,3,6,12
  13:1 16:4,6,7,18
  16:19 27:14,16
Clearbrook 18:10
  18:10
Clearing 16:12
closest 5:20
CM 22:3
CN 15:3 26:11
Cobblestone 23:23
code 3:17,19 5:6
  11:3,5 16:18,19
  21:17,18
come 19:3
coming 15:12 17:18
  18:11
commercial 11:18
  11:20 25:9,12
complex 7:24
Concern 23:25
concerned 4:9
conducting 17:4
confirm 10:1 12:20
  12:25 19:4 26:12
  28:2
confronting 3:15
contact 11:4,5
contacted 14:4
Continue 9:21,25
  10:3,3,4,20,21,22
  11:2 14:18 15:2,4
  15:8,8 27:13
copy 2:21 3:11,17
  3:18,19 5:6 6:15
  6:16,21 7:5,6,13
  7:22,25 9:19 10:9
  10:10,11 11:5
  14:21,25 16:3,19
  16:21,23 17:11
  22:22,25 24:11,14
  25:2,17 27:1,22
County 1:7,8 4:5
  11:21,22 14:19
Court 1:1 21:22,22
cover 3:1 4:3 5:18
  6:24,25 8:3 9:16
  11:20 18:21 21:21
  22:12 23:4,10,20
  24:18 25:11,18
crew 27:15
CSD-000108 2:2
  28:6
CSR 1:20 29:16
curbside 17:4

current 9:22 12:7
  20:9
CVS 6:23,24,25 8:9
Cyprus 22:13,13,16

**D**

Dated 29:11
daughter 18:13
daughter's 4:8,9
day 29:11
dead 15:19
Defendants 1:12
DEPARTMENT
  1:9
DEPUTY 1:10
description 6:9
descriptions 4:19
detained 7:11 10:15
  10:16,18
DIEGO 1:7,8
different 10:13
directions 13:10
DIS 27:25
dispatch 1:17 2:2,7
  2:11,13,19,21 3:1
  3:6,8,11,16,17,20
  3:25 4:3,15,17,23
  4:24 5:1,3,6,15,18
  5:21,24 6:5,7,10
  6:12,15,18,21,24
  7:3,5,7,15,19,22
  7:25 8:3,8,12,15
  8:18,20,22,25 9:2
  9:6,8,10,13,16,18
  9:19 10:3,6,13,18
  10:24 11:1,5,8,11
  11:13,16,20 12:1
  12:3,6,11,14,16
  12:18,22,25 13:2
  13:5,11,13,15,18
  13:22,24 14:1,3,6
  14:7,10,12,14,17
  14:18,21,25 15:2
  15:4,7,21,23 16:1
  16:3,6,7,10,15,17
  16:19,23,25 17:3
  17:6,8,11,14,17
  17:20,23 18:1,4,6
  18:9,16,18,21
  19:1,4,5,9,11,13
  19:16,19,21,24
  20:1,4,7,9,13,15
  20:17,20,23,25
  21:2,3,8,11,13,15
  21:18,19,21 22:2
  22:4,7,9,10,12,20
  22:22,25 23:2,4
  23:10,12,14,17,18

  23:20 24:5,7,9,11
  24:14,16,18,24
  25:2,5,8,11,18,21
  25:24 26:2,7,9,12
  26:18,21,22 27:1
  27:4,6,12,13,16
  27:22,24 28:2
display 11:23
DISTRICT 1:1,2
document 29:4
door 11:23 15:11
  18:14 25:13 27:11
doorbell 7:10
DOT 3:22
Drive 12:9 23:21,22
driver 10:14,16,18
driving 22:14
DUI 21:17,18
Dulin 9:15,16
Duluth 21:4

**E**

E1930789 1:18 2:3
  28:6
east 20:20 22:16
  24:19,19
Edward 12:15
EJ20 26:23
El 20:10
electronic 29:5
Eleven 4:16,17
  14:19,21
en 3:17 5:6,16 9:19
  11:10,17,25 19:5
  19:14,16,24 20:22
  23:9 27:17
entity 1:10
entry 16:14 27:11
equipment 4:10
ET 9:10,21,25 10:3
  10:3,4,20,21,22
  11:2,3 14:18 15:2
  15:4,8,8 16:18
  27:12,13,14
ETA 15:25 16:1
  27:17
eval 21:17,18
event 1:18 22:5
Explorer 22:14,17

**F**

Fallbrook 5:9 7:7
  9:24 10:8,10
  19:14,16,23,24
  20:3 21:3 24:25
  25:2 27:6
family 4:1,4
far 4:19 7:20,22

15:10
FD 11:17
Fe 5:8 12:4,6
February 9:22 12:7
FEMALE 3:13 4:2
4:14 9:1,3 16:9,24
17:1 22:19,21,24
24:4,6,13 26:20
26:25
fifth 9:14
file 2:2 28:6
fine 18:24
first 20:13 25:15
five 4:3 16:2,3
floor 11:22 15:18
follow 2:24 5:22
forced 16:14
Ford 11:21,22 14:19
14:24 17:19 22:14
22:16
foregoing 29:4,7
four 13:9 22:21,22
four-door 12:8
20:10
Frank 9:12
front 18:14 25:13
further 3:20 6:8

**G**
gang 5:11 6:2
garage 15:17
GAUL 8:23
George 20:8
getting 5:10 7:8
give 9:11,14 20:11
28:1,3
go 6:14 11:13,14
12:3,14 13:2,15
18:20 20:7,17,25
going 2:9 4:7 5:25
6:13 8:23 13:8,20
17:9 18:1 23:23
23:24
Gold 25:13
green 19:6
ground 14:24
Group 23:6
gun 5:12 6:3

**H**
handling 27:17
hatchback 2:15
9:23
HBD 23:7 27:9
hear 4:18 16:5 24:1
heard 5:12,13 6:2
15:13 18:10,12
23:24,25

Henry 20:8
Hey 15:9
hill 8:4,4 12:18,19
12:21 23:25
Hills 23:21,22,24
Hillside 20:19,20
holder 25:14
home 4:8 18:13
Honda 20:10
Hospital 19:23,24
20:3 25:1,3
hot 14:5
hours 17:6,8 26:3
26:18
house 4:12
HPD 8:5 18:24
husband 4:6

**I**
ID 17:10,11
inaudible 2:12,17
2:25 3:5,10,12,13
3:14 4:2,7,14,15
4:22,23 5:2,5,7,11
5:13,23 6:22,23
7:4 8:7,10,11,13
8:17,17 9:3,4,7,9
9:17 10:5,14,23
11:20 12:1,12,13
12:14 13:14,23
14:4,13,14,16,17
14:20,24 15:5,7,9
15:20,20,21,23,24
15:25 16:5,7,9,11
16:13,15,16,19,22
16:24 17:1,7,18
17:23,25 18:5,6,9
18:16,18,21,25
19:1,9,17,21 20:2
20:4,15,18 21:1,3
21:5,6,19,25 22:1
22:6,9,19,23,24
23:1,15,16,23
24:2,2,3,12,13,14
24:15,17 25:9,11
25:12,15,18,19,22
26:19,23,24,25
27:1,2,5,9,18,19
27:20 28:4
individual 1:4,11
info 2:14 5:8,22 27:6
27:9
information 13:4
inside 15:13
interior 25:14
It'll 12:18

**J**

J 1:10
John 22:17

**K**
K9 11:4,5 14:13
key 25:14
KIMBERLY 1:20
29:1,16
King 2:12,21,24 3:1
3:14,20 4:18 7:15
11:3,17 16:1,21
17:24 18:1 19:25
20:1 21:12 24:23
24:24,25 25:2,4,5
25:22,25 26:5
27:3,23,24
know 7:15 26:17

**L**
LA 4:5
landline 26:12
Lane 2:22,23 5:3
9:24 13:18,19
18:10 23:23
leave 5:7
leaving 7:11 27:9
left 27:7
level 14:24
lineup 17:5
location 3:2 4:6,10
13:17,21 14:5
17:5
log 11:9
looking 9:20
Los 18:22,23 23:5,5
lot 2:16
loud 8:5 21:22 24:21
LP 23:16
Lupine 23:21,21,24

**M**
machine 25:14
making 27:11
male 2:5,9,12,18,25
3:5,7,9,12,14,19
3:23 4:16,21,25
5:2,4,14,16,20,22
6:4,6,8,11,13,17
6:20,22 7:2,4,6,14
7:17,20,23 8:2,7
8:10,13,14,16,19
8:21,23 9:4,5,7,9
9:11,14,17 10:2,5
10:11,14,23,25
11:3,7,9,12,14,19
11:25 12:2,4,10
12:12,15,17,20,23
13:1,3,8,12,14,16

13:20,23,25 14:2
14:4,8,11,13,16
14:19,23 15:1,3,5
15:9,11,14,16,19
15:22,24 16:2,4
16:11,16,18,22
17:2,4,7,9,12,15
17:18,22,24 18:3
18:5,8,15,17,20
18:25 19:2,7,10
19:12,14,18,20,22
19:25 20:2,5,8,11
20:14,16,18,22,24
21:1,6,7,9,12,14
21:17,20,25 22:1
22:3,6,8,11,18,23
23:1,3,9,11,13,15
23:19 24:3,8,10
24:12,15,17,22,23
24:25 25:4,7,10
25:17,20,22,25
26:4,8,10,15,19
26:24 27:2,3,5,8
27:10,14,19,20,23
27:25 28:4
males 5:12 6:2 23:6
Mancinita 21:22,22
Mary 9:12
matter 29:7
medical 5:7
members 5:11 6:2
Mercedes 25:16
27:18
MICKAIL 1:4
midnight 4:8 17:6,8
26:6,7
mileage 17:5
Mission 2:15 25:12
25:13
Mitsubishi 9:23
Monte 22:13,13,16
Mulin 4:4,4
music 8:6
MYLES 1:4

**N**
name 2:2 12:24 28:6
near 14:24 24:19
need 12:17 13:3
negative 6:10 7:17
17:9,11,12,14,15
17:17
neighbor 3:3
neighborhood 3:22
22:15
neighbors 7:11
NFD 18:24
noise 18:10 21:21

13:20,23,25 14:2
14:4,8,11,13,16
14:19,23 15:1,3,5
15:9,11,14,16,19
15:22,24 16:2,4
16:11,16,18,22
17:2,4,7,9,12,15
17:18,22,24 18:3
18:5,8,15,17,20
18:25 19:2,7,10
noises 15:13 16:5
normal 16:20
north 5:8 11:21,22
12:4,5,6 14:19
15:14
notify 3:23
number 19:8 21:23
25:23

**O**
occurred 4:11
October 1:21 29:11
Okay 15:19
Old 27:7,8
open 27:10
original 13:16
outside 8:5 19:3,5
23:6

**P**
parked 6:13,15,19
parking 2:16 15:17
partner 26:11
party 8:1,3 18:19,21
18:23 23:6,8
24:16,19
pass 2:10
passenger 10:15,17
10:19
Paul 2:18,19,20 3:6
3:7,8,17 4:1 5:14
5:18 6:4,6,7,15
7:2,3 8:1,2,3,6,8,8
8:9,10,14,17,19
8:21,22 9:5,6,9,22
10:1,8,9,11,13
11:12,13,18 12:7
12:12,23 13:14,25
14:7,8,9 15:3,22
16:7,12 17:2,3,5,7
17:20 18:7,8,14
18:19,20 19:12,13
19:22 20:5 21:5,7
21:9 22:2,2,10,11
22:12,17,17,21
23:2,13,14 24:5,6
24:14 25:9,10
27:10,14,20,22
pending 13:6
perimeter 11:23
person 7:8 13:6
22:10,13
Peruse 11:22
phonetic 4:4 21:22
26:22
Plaintiff 1:5
plate 9:22 12:12
13:1 20:6 22:17

**plate's** 12:7 20:9
**plates** 2:16
**please** 12:24 15:3
  20:6,12 21:10
  25:23 26:10
**point** 11:10
**police** 14:13 22:3
**Pontiac** 12:8
**pool** 24:20
**possible** 2:15 18:24
**possibly** 3:3 5:10,24
  6:1 7:12 8:5 22:15
**prepared** 29:5
**prior** 4:13 27:9
**proceedings** 29:6
**property** 4:10
**provided** 29:6
**public** 1:9
**pulled** 2:16
**pulling** 2:17 22:15
**Push** 25:13
**put** 11:14 26:2

**Q**

**QA** 7:20,22

**R**

**radio** 1:17 2:2
**radio.wav** 2:3 28:7
**Rantadel** 26:22
**rear** 7:25
**received** 4:5
**recording** 28:5 29:6
  29:8
**red** 2:15
**reference** 6:9
**relate** 13:11
**related** 5:11,25 7:12
  13:7,9
**repeat** 17:20
**repeated** 5:11
**Reporter** 29:2
**REPORTER'S** 1:16
**requesting** 4:11,13
  24:2
**residence** 23:7
**respond** 4:11
**responder** 27:15,16
**responding** 4:13
**rest** 7:23
**RF** 14:8
**Right** 8:23
**ringing** 7:10
**RO's** 12:17
**Road** 21:4 26:22
  27:7,8
**room** 4:8 16:12
  18:11

**roommate** 18:12
**roommate's** 18:11
**route** 3:17 5:6,16
  9:20 11:10,17,25
  19:5,14,16,24
  20:22 23:9 25:15
  27:17
**RP** 3:3 4:4,13,18
  5:25 8:6 12:20
  14:5 18:10 19:2,5
  21:23 22:14 23:22
  24:1,21
**RP's** 4:9 13:16
  18:22
**RRO** 20:11
**running** 3:21
**Ryan** 20:13

**S**

**S** 19:20 23:4
**SA** 3:9
**Sam** 3:18 5:14,19
  6:16 8:21,22 9:5,6
  9:12 10:1,11
  11:12,13 12:5
  24:25 25:4 27:23
  27:24
**SAN** 1:7,8
**Santa** 12:4,6
**Saturn** 27:7
**saying** 5:12 6:2
**scan** 26:13
**school** 4:9
**second** 11:22 15:18
  17:12,14 22:5
**sedan** 3:22
**see** 15:17
**seen** 22:15 23:7 27:8
**send** 5:14 12:23
  16:18,25 17:24
  24:18
**sergeant** 28:1
**Seven** 16:4
**Sheffield** 23:21,22
**SHERIFF'S** 1:9
**shirt** 19:6
**Shorthand** 29:2
**shorts** 19:6
**side** 15:14,17
**signer** 8:6 21:23
  23:7 24:21
**sir** 15:16
**SOA** 14:15
**somebody** 3:15
**sort** 24:1
**sound** 29:5
**south** 2:15 3:2 25:12
  25:13

**southbound** 27:7
**SOUTHERN** 1:2
**split** 13:9
**Sprinter** 5:8
**Stage** 27:7,8
**stand** 14:23 26:13
  26:14
**standing** 18:14
**start** 11:4 14:14
**started** 15:23
**starting** 17:5
**State** 29:2
**STATES** 1:1
**station** 5:8 11:6 16:6
  27:16
**status** 8:8,9,9 14:7
  17:21 21:5,16
**stop** 14:5 26:1,2
**subjects** 3:21 7:10
  8:5 18:24 21:23
  21:23 23:24 24:20
**sure** 4:11
**suspect** 3:4,15 9:11
  17:10,11,13,14
**suspicious** 7:8 13:6
  18:7,9 22:10,12
  23:18,20
**switch** 28:2

**T**

**TA** 7:4 9:7
**tack** 2:21 28:2
**tags** 13:1
**talking** 23:24
**ten** 3:9 18:24 24:20
  22:8 26:4
**thanks** 12:20 20:14
**think** 3:15 15:12
**three** 4:12 5:16
**throw** 4:7
**time** 6:3 26:1,2,6,16
  26:17
**Tom** 20:16,22 21:15
  21:15 25:20,21
  26:8,9,14,22
**traffic** 10:9 16:20
**TRANSCRIBED**
  1:20,21
**TRANSCRIPT**
  1:16
**transcription** 2:1
  28:5 29:5,8
**transport** 20:2
**true** 29:7
**two** 3:21 18:11
**two-door** 9:23
**two-year-old** 18:13

**U**

**underage** 8:5
**unit** 4:3 5:18 6:24
  6:25 7:12 10:10
  11:20 13:3 18:21
  18:22 20:8 21:21
  22:12 23:4,5,5,20
  24:18 25:11,18
  26:2 27:8
**UNITED** 1:1
**units** 2:14 5:7,9,16
  6:22 7:7 8:3 9:16
  21:3 27:6
**unknown** 2:5,9,12
  2:16,18,25 3:5,7,9
  3:12,13,14,19,22
  3:23 4:2,14,16,19
  4:21,25 5:2,4,14
  5:16,20,22 6:4,6,8
  6:11,13,17,20,22
  7:2,4,6,9,14,17,20
  7:23 8:2,7,10,13
  8:14,16,19,21,23
  9:1,3,4,5,7,9,11,14
  9:17 10:2,5,11,14
  10:23,25 11:3,7,9
  11:12,14,19,25
  12:2,4,10,12,15
  12:17,20,23 13:1
  13:3,8,12,14,16
  13:20,23,25 14:2
  14:4,8,11,13,16
  14:19,23 15:1,3,5
  15:9,11,14,16,19
  15:22,24 16:2,4,9
  16:11,16,18,22,24
  17:1,2,4,7,9,12,15
  17:18,22,24 18:3
  18:5,8,15,17,20
  18:25 19:2,7,10
  19:12,14,18,20,22
  19:25 20:2,5,8,11
  20:14,16,18,22,24
  21:1,6,7,9,12,14
  21:17,20,23,25
  22:1,3,6,8,11,18
  22:19,21,23,24
  23:1,3,9,11,13,15
  23:19 24:3,4,6,8
  24:10,12,13,15,17
  24:22,23,25 25:4
  25:7,10,17,20,22
  25:25 26:4,8,10
  26:15,19,20,24,25
  27:2,3,5,10,14,19
  27:20,23,25 28:4
**unlocked** 15:11
  16:13

**unplated** 20:18,21
**update** 21:5,15
**upstairs** 15:12
**urinating** 23:7

**V**

**valid** 27:21,22
**VDF** 11:10
**vehicle** 2:20,23 5:9
  5:25 6:8,9 7:8,12
  7:13,18 9:12
  10:25 11:1 17:17
  21:4 23:23,24
**verbatim** 29:4
**view** 19:20
**village** 2:7,8 15:6,7
**vista** 2:7,7,22,23 5:3
  5:7 7:9 9:3,24
  11:21,22 12:8
  13:6,18,19 15:4,5
  15:7,8 20:19,20
  22:13,13,16 24:19
  24:19
**vs** 1:6

**W**

**walk** 6:14
**walking** 6:19
**want** 7:16 15:23
  22:5 26:5
**wanted** 7:15
**way** 2:10 11:21,22
  20:19,20 24:19,19
**we'll** 16:13
**we're** 5:9 7:8 15:16
  15:18,20 17:4
  21:17 27:11
**We've** 5:16
**weapons** 4:20
**wearing** 19:6
**west** 11:21,21 14:14
  15:17 18:22,23
  23:4,5
**white** 3:22 22:14,16
**Winters** 8:4,4 12:18
  12:19,21
**Woodland** 12:8
**working** 2:14 10:15
  10:16,18
**wrong** 11:23

**X**

**x-ray** 12:15

**Y**

**Yeah** 11:9

**Z**

**Zebra** 11:7,8

**0**

**0145** 26:18
**072** 12:15

**1**

**1** 2:18 3:6,7,8 6:4,6
  6:7 7:2,3 8:1,2,3,6
  9:9,22 10:12 11:7
  11:8,10 12:12
  13:14 17:2,3,20
  18:7,8 22:11,12
  22:17 24:6,14
**1's** 10:13 11:15
**10** 9:7 16:1,21 24:10
  24:25 25:2,2,4
**10-19** 21:1
**10-21** 16:8
**10-4** 2:11,13,14 3:6
  3:11,23,25 4:3,17
  4:21,24 5:15,18
  5:21 6:5,20 7:1,5
  7:14,15,19 8:18
  8:20,25 9:8,13,18
  10:1,3,24 11:11
  11:16,17 12:10,11
  12:16,18,20 13:5
  13:11,20,22,24
  14:1,6,10,12,16
  14:17 15:1,14,19
  16:4,10,17,23,25
  17:22 18:15,25
  19:7,11,16,21,24
  20:4,11,14,23
  21:2,4,11,13 22:7
  22:8,18,25 23:12
  23:17 24:7,9,11
  24:22 25:5,8,18
  25:21 26:4,19,21
  26:23 27:7
**10-8** 8:16
**10-9** 6:17
**10-98** 19:20
**1016** 25:25 26:2,5,7
  26:10,16
**1021** 4:6,13 9:3 28:1
**1022** 18:10,10 19:10
**1097** 18:12
**10A** 7:4 10:6,7,8
  14:8
**11** 3:9,11 8:14,15
  12:23 13:25 14:1
  14:9,25 15:3,5,7
  20:5 21:7,9,20,21
  23:13,14,19,20
  27:10,14
**110-16** 19:15,16

20:2
**1124** 4:4,4
**1129** 9:22 12:7 20:9
**1141** 11:4,6
**1149** 9:11
**1185** 25:20 26:11
**1215** 25:12,13
**13** 14:14,16 16:1,21
**13495** 13:3
**13814** 1:20 29:16
**14** 23:6 24:16
**1414** 8:12 18:1 22:7
  25:24 26:14
**1425** 2:15
**149** 12:2
**15** 4:5 26:6,7 27:8
**15-cv-1585-BEN**
  1:7
**152** 2:15
**1813** 21:21,22
**19** 1:21
**1998** 12:8
**19th** 29:11

**2**

**2** 2:12,21,24 3:1,20
  4:1,18 7:15 11:3
  11:17 17:24 18:1
  19:25 20:1,22
  21:12,15 24:23,24
  25:5,20,21,22,25
  26:5 27:3
**20** 9:13 25:15 27:17
**2004** 9:23 20:10
**2015** 9:23 12:8
  20:10
**2016** 1:21 29:11
**209** 23:8
**21** 16:25 28:3
**2112** 24:19,19
**2284** 25:7
**23** 2:15
**23:59** 26:3
**240** 5:7

**3**

**3** 8:8,8,9,10 14:7,8
  25:9,10 27:20,22
**30** 3:7,8 6:4 7:2,3
  8:1,2,3,4,6 17:6
  17:20
**300** 12:4,6
**3010** 8:4,4
**3011** 12:21
**3030** 12:18,19
**31** 4:1 9:7 11:18
  12:7 16:7,18 17:8
  17:18 18:7,8,14

18:19 20:16 21:5
  21:15,15 22:10,11
  22:12,17 23:2
  24:5 26:22
**31-11** 21:19,24
  22:22,25 23:18
  24:2
**31-5** 4:13 9:1,2
  16:23 24:4,14
  27:1
**31-7** 12:2,3 13:23
  14:13 16:11 19:2
  23:11 24:8,10,16
  24:21 27:1,2
**31-9** 11:19,24 14:11
  23:3
**311** 18:22,23 23:4,5
**32** 2:12,20,24 3:1,6
  3:14,17,20 4:18
  4:25 5:1,14,21 6:6
  6:7,15,18,20,21
  7:15 8:8,8,9,14,15
  8:17,19,21,22 9:5
  9:6,9,19,22 10:1,8
  10:9,11,13 11:3,7
  11:8,12,13,17
  12:23 13:12,13,25
  14:7,8 15:3 17:2,3
  17:5,7,24 18:1
  19:12,13,18,19,22
  19:25 20:5,25
  21:7,8,9,12 22:2,2
  23:13,14,15 24:14
  24:23 25:5,9,22
  27:3,10,14,20,22
**32-1** 3:5 10:9 20:24
**32-11** 7:1 20:9
**32-3** 25:16
**32-5** 3:1,1 13:1,5
  18:3,4 21:14 22:1
**32-7** 4:23 9:20 10:6
  10:23
**32-7's** 10:10
**32F1** 18:5,6
**3350** 9:24
**3362** 2:22,22 5:3
  13:18,18
**363** 9:12
**388** 27:4
**38898** 21:4

**4**

**4** 4:25 5:1,20,21
  6:11,12,18,22,24
  6:25 7:20 8:16
  9:19 11:3,5 13:12
  13:13 14:2,3
  16:18,19 19:18,19

21:15,17,18 22:17
  26:8,9,14,22
**40** 21:10
**411** 20:16
**415** 3:3 4:1,3,19
  5:10,11,19 6:1 8:1
  8:3 18:19,21
  21:19,21 24:18
**426** 6:13,15,19
**442** 5:10,24 6:25
  7:21,22
**450** 11:21,21 14:14
**459** 2:20 5:9,25 6:9
  7:7,12,13 12:24
  27:21,22
**49** 20:16

**5**

**5** 2:20 9:12 20:8
  22:2,2,20,21 24:5
  26:20,21,25
**5000** 9:14,16
**509** 12:5
**5097** 7:9
**51** 16:7 22:21,22
**5530** 8:12,12
**5536** 18:2,2 25:24
  25:24
**5539** 22:7,7
**5542** 26:14,14
**594** 2:12
**596** 22:17
**598** 20:8

**6**

**6** 12:15
**602ing** 7:10
**62588** 17:5
**62588.2** 17:7
**637** 23:2
**647** 23:4

**7**

**7** 4:24 7:5,6 10:8
  12:4,7 14:21
  15:22 18:17 19:10
  19:12,13,22 21:5
  21:6,8,12 23:12
**7's** 10:9 17:5 18:18

**8**

**8** 13:3
**8032** 11:10
**821** 27:8

**9**

**9** 11:18 18:19,20,25
  23:2,4 24:11

**91B** 16:12
**932** 2:7,7
**97** 2:18,19 4:6 6:4
  6:13,15,18 8:19
  10:12,13 13:23,25
  14:11,19,21 17:7
  19:2 21:12,14,15
  22:20 24:6,8,25
  25:2
**977** 26:20

EXHIBIT "D"

CURTIS J. COPE / CONSULTANT
8531 PALERMO DRIVE
HUNTINGTON BEACH, CA 92646-2626
714-962-1931

## EXPERT WITNESS DECLARATION

## MICKAIL MYLES V. COUNTY OF SAN DIEGO, ET AL.
## USDC CASE # 15-CV-1585 BEN

## IT IS MY UNDERSTANDING DISCOVERY IS STILL IN PROGRESS IN THIS CASE. AS SUCH, I RESERVE THE RIGHT TO ADD, ALTER, AMEND, DELETE, OR REVISE ANY OPINIONS AS NEW INFORMATION IS PROVIDED.

1)      My full and complete name is CURTIS JEFFREY COPE. I am currently a resident of Orange County in Southern California where I maintain my consulting firm and business office.

2)      I am a retired police officer (effective 10-30-97), attaining the rank of Lieutenant for the City of Huntington Beach, California. In addition to my former law enforcement duties, I am also active in the fields of training as an instructor, developer, lecturer, author and consultant. I started in my career as a police officer in 1968 and worked in that field until retirement. I held the rank of Police Officer for approximately nine years, another thirteen years as a Sergeant, and finished my career at the rank of Lieutenant for approximately 7 ½ years. Some of the assignments that I have worked were Patrol Officer, Motor Officer, Field Training Officer, SWAT Officer, Special Enforcement Unit Officer, Helicopter Observer, Background Investigator, Patrol Sergeant, FTO Supervisor, SWAT Supervisor, Motor Sergeant, Accident Investigation Sergeant, Special Enforcement /Gang Detail Sergeant, Watch Commander, SWAT Commander, COP Area Commander and General Investigation Bureau Commander. Throughout my career I was the lead arrest and control instructor for the department. For approximately half of my active law enforcement career I was vested with planning and writing the operations orders for all of the major special events that occurred in the City. I also worked with other City Departments in developing the Conditional Use Permits for events or businesses operating within the City. These events included 4th of July Parades & Fireworks Celebrations, Surfing Contests, Annual Church, Vietnamese Tet Festivals and others. Typically, the 4th of July activities required assigning and coordinating the Department's police activities, staffing issues plus coordinating allied agencies that assisted in the events. I have been involved in many riot/crowd control events as an officer, sergeant and lieutenant. I have participated or supervised in the writing and service of in excess of 100 search warrants. I have conducted in excess of thirty internal affairs investigations. I received in excess of 125 official

1

Exhibit D

commendations or awards through my career. I have worked special assignments as a motor officer and motor sergeant in detecting driving while under the influence task force. During those assignments I have made in excess of 1,000 driving under the influence arrests and have acted as a follow-up officer for an additional 1500 driving under the influence arrests. I have testified as an expert in criminal and civil cases regarding DUI detection and apprehension. During these assignments I also participated in and conducted four alcohol detection training workshops. During these workshops, persons would be provided measured quantities of alcohol over measured time frames. Throughout the consumption time, the drinkers would be given field sobriety examinations by police officers and chemical tests to determine their level of sobriety. The workshops provided training for law enforcement, district attorney's officials and judges. During my assignments as a traffic motor officer, traffic motor sergeant and accident investigation sergeant I have investigated thousands of traffic accidents. While assigned to the Special Enforcement Detail, I developed an expertise in gang activity, which included gangs identified as Blood or Crip, Hispanic, Neo-Nazi or White Skin-head types. I was qualified as a gang expert in both Municipal and Superior Courts and provided training to a variety of entities regarding the gang related criminal activity.

3)      I obtained my first teaching certificate from the California Commission on Peace Officer Standards and Training (P.O.S.T.) in 1970. I began teaching the Department's personnel arrest and control techniques upon completion of the instructor's course. I started on staff as an Instructor at the Criminal Justice Training Center at Golden West College in Huntington Beach in 1975. I have taught subjects in arrest and control, defense tactics, baton, use of force, patrol procedures, traffic stops, traffic accident investigation, report writing, S.W.A.T. Operations, Gang Awareness and other law enforcement related topics. I am a certified Master Instructor by the State of California Commission on Peace Officers Standards and Training (POST). I was granted a Lifetime California Department of Education Teaching Credential, Community College level, in 1976, which certifies me to teach and train law enforcement personnel at Colleges and POST Commission approved training facilities. I am a consultant for POST in the Robert Presley Institute of Criminal Investigation, Instructor Update Course, where I provide training for law enforcement personnel in how to develop training and teaching techniques. I also have acted as a consultant for POST in course and curricula development, mentoring, recommended training changes, assisted in tele-course productions and training procedures. In November of 1997, I was requested by POST to accept a position as Program Administrator in the Institute of Criminal Investigation Instructor Development Workshop Series. My position was to administer instruction, management of existing programs, and developing new training material or new training programs for all instructors teaching within the Institute. **I was awarded the Excellence in Instruction Award for the years of 2000 –2001 by the Institute. In 2006 I was awarded the Institute's Founders Award for Leadership in Instructional Excellence. I was awarded the Mentoring Excellence Award,**

2

**California POST Instructor Symposium, 2009. I was awarded the Award of Excellence for Redesigning the Institute of Criminal Investigation Instructor Development Course, 2010 & 2011. I was awarded a Certificate of Excellence for outstanding work and dedication to the Instructor Development Institute – Mentor Program in 2013.** I was certified as a T.A.S.E.R. instructor by Taser International in 2008. I presently continue teaching in the ICII program, other POST courses and also provide training for law enforcement making presentations for local, state, federal and international personnel on a variety of topics. I also continue training in the field on a regular basis to keep abreast with issues facing law enforcement. I have trained over 15,000 police personnel.

4)      I have attached and incorporate by reference my Professional Resume to establish my background, training, and experience within the law enforcement field as well as my formal education, teaching credentials, assignments and tactical police command experience.

5)      I have published a text book on the subject of weaponless control entitled, **Weaponless Control for Police and Security Guard Personnel**, publisher C. Charles Thomas, Springfield, IL, 1979. I submitted my Master Instructor's thesis, **Arrest and Control Techniques Student Syllabus for Instructors**, to POST in 1993, who authorized its publication. It has been used for student development at basic police academies, reserve academies, Basic State Investigators Academy, Instructor Development Course and others, plus it is used as resource material at POST headquarters. I have also published twenty-five articles. The first is entitled **Documenting the Use of Force**, published in the Journal of California Law Enforcement, Volume 30, Number 1, March 1996. The second is entitled **Five-Step Method To Regional Crime Analysis**, published in The Police Chief Magazine, May 1998. The third is entitled **California Investigator Training**. It was published by the American Society of Law Enforcement Trainers in their magazine The Law Enforcement Trainer, January / February 1999. The fourth is entitled **A Trainer's Perspective**. It was published by The Follow-up, a training newsletter for California Law Enforcement Investigators, Robert Presley Institute of Criminal Investigation, Commission on Peace Officers Standards & Training, Volume 4, Number 2, October, 1999. The fifth is **Report Writing Review A Supervisor's Mandate**, The Law Enforcement Trainer, The Journal of the American Society of Law Enforcement Trainers, Volume 17, Number 8 May/June, 2002. The sixth article is **Building Training from Lessons Learned – A Checklist to Successful Training**, The Journal of California Law Enforcement, California Peace Officer's Association, Volume 37, Number 1, 2003. The seventh article is **Course Development: How Long Should It Take**, The Law Enforcement Trainer, The Journal of the American Society for Law Enforcement Trainers, Volume 18, Number 6 November/December 2003. The eighth article is **Using Forensic Equipment to Enhance Use of Force Investigations**, Journal of California Law Enforcement, Volume 39, Number 3, 2005. The ninth article is **Enhancing Use of Force Training**, Illinois Law

Exhibit D

Enforcement Training & Standards Board Executive Institute FORUM, Volume 7, Number 3, March / 2007 and Law Officer Magazine, Volume 3, Issue 6, June 2007. The tenth article is **A Guide To Life After Law Enforcement,** LawOfficer.com, May 30, 2008. The eleventh article is **What Is The Standard On Use Of Force**, LawOfficer.com, July 29, 2008. Article number twelve is, **Understanding the Objectively Reasonable Standard,** LawOfficer.com, September 30, 2008. Article number thirteen is **Applying the Objectively Reasonable Standard**, LawOfficer.com, October 30, 2008. Article number fourteen is **Understanding the Objectively Reasonable Standard: Self Defense**, LawOfficer.com, December 29, 2008. The fifteenth article is **Understanding the Objectively Reasonable Standard: Defense of Others**, LawOfficer.com, January 2, 2009. The sixteenth article is **Understanding the Objectively Reasonable Standard; Effectuating An Arrest,** LawOfficer.com, January 26, 2009. The seventeenth article is **Understanding the Objectively Reasonable Standard: Prevent an Escape,** LawOfficer.com, March 30, 2009. The eighteenth article is **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part One**, LawOfficer.com, June 17, 2009. The nineteenth article is **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part Two**, LawOfficer.com, September 2, 2009. The twentieth article is **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part Three**, LawOfficer.com, September 23, 2009.  The twenty-first article is **Understanding the Objectively Reasonable Standard – Taser: Objectively Reasonable Force**, LawOfficer.com, November 4, 2009. The twenty-second article is Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part One**, LawOfficer.com, May 24, 2010. The twenty-third article is Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part Two**, LawOfficer.com, August 27, 2010. The twenty-fourth article is Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part Three**, LawOfficer.com, December 21, 2010. The twenty-fifth article is Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part Four**, LawOfficer.com, July 8, 2011. The twenty-sixth article is Cope, Curtis and Michael Gray, **Meeting Your Training Needs Simply and Effectively**, California Peace Officers' Association, Training Magazine, July, 2015

6)      Since the early 1980's, I have been called upon to consult and render expert opinions on law enforcement matters in Federal and State Courts within the State of California and other States. I have been so qualified in numerous cases including criminal matters, civil litigation, law enforcement labor or personnel litigation and civil disputes. My opinions have not always favored the law enforcement position as I have opined and testified on cases on behalf of plaintiff. I have testified on behalf of law enforcement management, where I have recommended discipline, termination or criminal charges against police

4

Exhibit D

personnel. I have also made recommendations to settle cases where law enforcement personnel have made tactical or policy errors.

7)      In compliance with Federal Rule 26 (Civil Procedure), I have attached a listing of my testimonial work from 2012 to present.

8)      I generally charge fees for my time and services. I usually have an initial One Thousand ($1000.00) dollar charge to open a case or file fee. Clients are usually billed at Three hundred ($300.00) dollars per hour for case review and case preparation. Clients are billed at Four Hundred ($400.00) per hour with a one (1) hour minimum for testimonial work at Depositions and Two Thousand Five Hundred ($2500.00) per day at Trial or Hearings plus usual and customary travel and per diem.

9)      I was retained as a consultant in the matter of, Mickail Myles v County of San Diego et al. in January of 2016 and have since been provided with or reviewed the following relevant research materials and documents:

   a. Plaintiff's Complaint for Damages
   b. Court's Order Regulating Discovery & Other Pre-Trial Proceedings
   c. San Diego County Sheriff's Department (SDSD) Canine Unit Policy & Procedures Manual
   d. Documents Bates Stamped CSD-000001 – 000069; CSD 000093 – 000103; CSD 000112 – 000130; CSD 000150 – 000184; CSD 001624 – 001635
   e. Audio Recordings Bates Stamped CSD 000106 – 000110; CSD 000111; CSD 001636 – 001639; Claim Investigation Interviews of Deputies Allison, Banks, Bushnell & Brumfield
   f. Depositions of Jeremy Banks (Banks); Shane Allison (Allison); Andrew Brumfield (Brumfield); Mickail Myles (Myles); Ronald Bushnell (Bushnell); Yancey Mayordeleon (Mayordeleon); Elisic Sauls (E. Sauls); Carlton Sauls (C. Sauls); Michael Dorsett (Dorsett); Robert Christopher Cross (Cross); Jacob Pavlenko (Pavlenko)
   g. California Commission on Peace Officer Standards and Training (POST) Basic Academy Workbook Series, Learning Domains 6, Property Crimes; 7, Crimes Against Persons; 15, Laws of Arrest; 16, Search & Seizure; 20,

5

Exhibit D

Use of Force; 21, Patrol Techniques; 22, Vehicle Pull-Overs; 23, Crimes in Progress; 33, Arrest Methods – Defensive Tactics

h. POST Field Training Officer Training (FTO); Advanced Officer Training (ATO); Continuing Professional Training (CPT) Perishable Skills Training (CPT)

i. United States Department of Justice Office of Justice Programs Bureau of Justice Statistics Contacts Between Police and The Public, 1998 & 2008 (BJS)

j. Selected Sections of the California Penal Code

10) Based upon my careful review of the above 10 listed items and research materials contained therein, I am now prepared to offer competent expert testimony concerning the police practices and procedures apparent in the case, to wit:

a. This case stems from events that took place during the late hours of 9/05/2014 and the early morning hours of 9/06/2014 in the community of Fallbrook, CA. San Diego County Sheriff's Department (SDSD) communications center received 911 calls from citizens who report four male subjects being seen tampering with a vehicle, a Ford 250 truck, which was parked by 3362 Avocado Vista Lane in Fallbrook. The callers described one of the males crawling under the truck while the others remained close to the vehicle. One caller thought the individuals might be burglarizing the vehicle. Additional callers reported neighbors attempting to capture the subjects, two of whom ran on foot and the other two entered a possible white sedan. One subject was reported to be detained by neighbors while the other continued fleeing on foot. Information was provided to the responding deputies that neighbors could be heard arguing or fighting with the detained individual and the other was running into a backyard in the neighborhood. Uniformed SDSD deputies were dispatched to the call for service. Each deputy was on duty, each was wearing the official uniform of SDSD and they were operating marked SDSD patrol vehicles. The record reflects Banks responded to the scene code three. Upon arrival, the record reflects deputies began conducting an

6

investigation into the circumstances of the possible vehicle burglary. Law enforcement is trained that they should consider this type of call for service as a potential felony due to the possible automobile burglary[1] and a possible crime of violence due to the possible confrontation between the detained suspect and neighbors[2]. The record reflects as deputies were conducting their investigation they observed a white Mitsubishi, which contained two male subjects driving in the immediate area of the call for service. The record reflects deputies heard neighbors pointing towards and yelling, "That's the car. That's the car". **It is my opinion any reasonable deputy would consider the totality of the circumstances known to them at that moment and conclude that there was reasonable suspicion to stop the Mitsubishi and its occupants in order to determine if they were involved in the possible automobile burglary. Law enforcement is trained reasonable suspicion's definition is when a peace officer has enough facts and circumstances present to make it reasonable to suspect that criminal activity is occurring and the person detained is connected to that activity. Reasonable suspicion may be based on observations, personal training and experience, or information from eye witnesses, victims or other officers. Law enforcement is also trained that they may use reasonable force and/or physical restraints to compel a person to remain at the detention site.[3]**

b. The record reflects the Mitsubishi was being driven by Myles and his passenger was Sauls. The record reflects the side and rear windows of the Mitsubishi were tinted to an extent that deputies could not see into the vehicle. The record reflects Allison was the first deputy to drive after Myles and Sauls. Myles testified he and Sauls were returning home when they observed the emergency lights from the SDSD vehicles. Myles testified he drove into the area of the sheriff's investigation at a crawl speed,

---

[1] See POST Basic Academy Workbook Series, Learning Domain 6, Crimes Against Property, Chapter One
[2] Ibid, Learning Domain 7, Crimes Against Persons, Chapter One
[3] Ibid, Learning Domain 15, Chapter 3

Exhibit D

approximately 3 mph[4]. Myles testified he drove from the activity scene at approximately 5 mph[5] because he saw the street was blocked by sheriff's vehicles[6]. Myles testified after driving a short distance he saw police behind him but he did not know for sure that they wanted him to pull over. Eventually, he turned onto Dulin Road, where he pulled over[7] because he knew it was a cop behind him[8]. Myles testified he rolled down his window and heard yelling for him to get out of the car. He testified he heard "get out of the car with your hands up"[9] and that is what he did. He testified he asked Sauls to call his dad. He testified due to the yelling and dog barking it was unclear as to what deputies wanted him to do[10]. Myles also testified he did not believe deputies had any reason to identify his race until he got out of the vehicle[11]. Sauls testified he was with Myles when they drove up to see the police cars. He testified as they were making a right turn to start driving away from the police activity a lady came out of her house screaming and pointing at them[12]. Sauls estimated that they drove away at approximately 10 mph. Sauls testified as they drove away he saw a police officer start running towards his squad car[13] and he thought the officer was going to his car so he could contact them. Sauls testified Myles pulled over. Sauls testified he heard something over the loud speaker. He stated their windows were up and they had music playing so they turned down the music and rolled the window down so they could hear. Sauls testified he heard the following commands. "Turn off your engine, take your keys out of the ignition and put your hands out of the window. He noted two squad cars were behind them. He stated the second set of

---

[4] See Myles deposition, page 78
[5] Ibid, page 79
[6] Ibid, page 75
[7] Ibid, page 81
[8] Ibid, page 84
[9] Ibid, page 85
[10] Ibid, page 87
[11] Ibid, page 86
[12] See Saul's deposition, pages 47 & 48
[13] Ibid, page 52

Exhibit D

commands were not over the loud speaker[14]. Sauls testified Myles told him to call his dad and that commands were then given for Myles to get out of the car. Sauls testified he heard commands, put your hands on top of your head, turn around and walk backwards[15]. Sauls testified he heard multiple commands from multiple people, the canine barking so it was very hard to figure out what was going on[16]. Sauls testified the dog went hysterical when Myles started moving backwards. He said when Myles backed up he lost contact with him[17]. Myles testified when he was told to get out of the car he heard multiple commands including, "get on the ground", "put your hands up"[18]. Myles testified, "Because it wasn't uniformed commands he didn't know what they wanted me to do". He testified that he looked over his shoulder to let them know he could not hear. He stated deputies told him to turn back around and walk backwards and he did that[19]. Myles testified he only looked over his shoulder one time. Myles testified once he got to the patrol car, "They pretty much took my hands, handcuffed me and read me my rights"[20]. He continued, handcuffing only took a matter of seconds. He testified he asked what he had done twice while he looked over his shoulder, which is when he got hit and bit[21]. Myles testified he never heard any officer say there was a dog or something about the possibility of getting bit. Myles testified he thought he was hit in the head with a baton and then bitten by the dog on his left side. Myles testified he saw Sauls taken out of the car while he was standing outside of the patrol car. He said later an ambulance came and asked if he needed medical attention to which he said no[22]. Myles testified he was placed into the back seat of a patrol vehicle for a period of time. He indicated Sauls was eventually released and that his parents were allowed

[14] Ibid, pages 54 & 55
[15] Ibid, pages 56 & 57
[16] Ibid, page 59
[17] Ibid, page 61
[18] See Myles deposition, page 96
[19] Ibid
[20] Ibid, page 101
[21] Ibid, page 105
[22] Ibid, pages 116 & 117

Exhibit D

to approach the patrol vehicle and speak with him[23]. Myles continued indicating his dad shared that he was going to go to the hospital. He continued once he was at the hospital he was given treatment and he was interviewed by a police supervisor. He testified he was eventually released. Sauls testified he never looked back to see what Myles was doing[24]. Sauls testified he was asked to get out of the vehicle. He testified he got out on the driver's side. He testified he followed the deputy's commands, put your hands up, turn around and put your hands on top of your head and backup. Sauls testified he never looked back at deputies. Sauls continued that when he got back to the police car his hands were taken down and he was placed in handcuffs. He continued that he was searched and placed into the back of a car, where they asked him questions[25]. Sauls testified he never saw any evidence of any racism during the event[26]. Sauls testified he experienced the deputies conducting a drive-by with a victim while he was seated on the curb. He testified that once that was completed deputies explained everything to him and he was released[27]. Sauls testified after a minute or two he used a cell phone to video 3 seconds of the event. He indicated it contained some images of Myles walking backwards and audio of a deputy giving commands[28]. Sauls testified he never heard Myles say he could he could not hear after Myles got out of the car[29]. **It is my opinion any reasonable deputy would have concluded that there was reasonable suspicion to stop Myles and Sauls in order to conduct an investigation related to the possible vehicle burglary. It is also my opinion, based upon the testimony of Myles and Sauls, the enforcement stop made on them had nothing to do with their race. It is also my opinion any reasonable person would have complied with the deputy's**

---

[23] Ibid, pages 120 & 121
[24] See Sauls deposition, page 67
[25] Ibid, pages 67 - 69
[26] Ibid, page 78
[27] Ibid, pages 82 - 84
[28] Ibid, pages 90 - 93
[29] Ibid, page 101

Exhibit D

**commands throughout the contact with them. U.S. DOJ studies demonstrate though 84 million police contacts with the public that 98% or better of the people contacted comply with law enforcement's orders. These studies also reflect that law enforcement does not resort to any type of force application in 98 % or more of the contacts[30]. It is apparent that Sauls followed the commands of the deputy's and he was taken into custody without incident. It is my opinion, had Myles complied with the commands of deputy's he would have also been taken into custody without incident.**

c. The record reflects Banks has been a deputy since joining SDSD in 2007. The record reflects he successfully completed the POST required Basic Academy and passed probation. After assignments in the courts he was transferred to Patrol in April of 2009. While assigned to patrol Banks successfully completed the Department's field training requirement prior to being released to patrol on his own. The record reflects Banks was assigned as a canine handler in March of 2012 and continued that assignment through January of 2015. The record reflects Banks went through the canine handler academy during the early part of 2012. The record also reflects Banks and his canine partner participated in 16 hours of training required by the Department per month. The record also reflects Banks and his canine participated in annual POST certification testing in order to work as a canine team. The record reflects Allison joined SDSD in August of 2011 when he entered into the POST Basic Academy. Allison was initially assigned to the court services bureau. He was assigned to Patrol in August of 2013. Allison successfully completed the Department's field training requirements prior to being released to patrol on his own. The record reflects Brumfield joined SDSD in July of 2007 when he entered into the POST Basic Academy. Brumfield was initially assigned to court services bureau until November of 2008. He was then assigned to Patrol and worked in that assignment until being assigned to detectives in March

---

[30] See item 9 I

Exhibit D

of 2015. Bushnell joined SDSD in October 2012 and completed the POST Basic Academy in April of 2013. He was then assigned to court services bureau. He was assigned to patrol in August of 2014. The record reflects Bushnell was participating in the Field Training Program with Brumfield at the time of this event. **It is my opinion the SDSD personnel involved in this event meet or exceed the POST and Department training requirements.**

d.  Allison testified he conducted an investigative stop which turned into a high risk stop[31] on Myles and Sauls by activating his patrol vehicles emergency lights. Allison testified he could not see into or identify who was in the vehicle even though he had his high beams on, his light bar with the emergency and take-down lights activated and spotlights directed at the vehicle[32]. Allison testified he did not approach the vehicle because of the inability to see inside. He waited until Brumfield and Bushnell arrived so they could take up cover officer positions on the passenger side of his patrol vehicle. Allison testified he attempted to use his public address system to call Myles and Sauls back to them however it malfunctioned.  Allison indicated he gave Myles some initial commands. Allison testified when Myles got out of the vehicle he was facing towards the deputies. Allison testified he ordered Myles to face away from them, to which Myles complied. However, without being ordered to do so, Myles turned and faced deputies'[33]. At some point Banks arrived with his canine partner. Allison also testified at one point he heard Banks order Myles to kneel; however Myles did not comply with that order[34]. Allison also testified once Myles failed to comply with Banks order he also ordered Myles to get on his knees[35]. Allison testified that they are taught that once a canine unit arrives at the scene that they take over giving commands[36].

---

[31] See Allison deposition, page 100
[32] Ibid, page 103
[33] Ibid, page 132
[34] Ibid, page 133
[35] Ibid, page 139
[36] Ibid, page 86

Exhibit D

Banks testified he took over giving commands[37]. Bushnell was the driver officer and had Brumfield as his partner/FTO in their patrol vehicle. He testified when he arrived he parked behind Allison's patrol unit. Bushnell testified he could see the vehicle that had been stopped however he could not see the occupants[38]. He testified he went to the passenger side of his patrol vehicle where he joined Brumfield[39]. He testified he heard Allison give some commands as he and Brumfield walked up to the passenger side of Allison's patrol vehicle. Bushnell testified Brumfield opened the passenger door of Allison's patrol vehicle and told him to stand there[40]. Bushnell testified he and Brumfield drew their pistols. Bushnell testified he heard Banks giving commands to the driver, Myles. He testified he heard commands of "Keep your hands out where I can see them", "Walk back towards me" and "Stop turning around"[41]. He testified he heard no one else giving any commands once Banks started issuing them[42]. Bushnell also testified he also heard Banks telling Myles to follow his instructions or he might be bit. He also said Banks was yelling quite loudly[43]. Bushnell testified he saw Myles turn around to his left at least twice as he was moving back towards Allison's patrol vehicle[44]. Bushnell testified it seemed to him that every time Myles responded he turned to talk. He also testified he heard Myles asking, "Why" several times. Bushnell testified he did not hear Myles say that he could not hear the commands[45]. Bushnell testified he heard Banks command Myles to, "Get down on your knees"[46]. Bushnell testified he heard Sauls asking if he could get out of the vehicle and he told him to stay where he was at[47]. Bushnell testified he heard

---

[37] See Banks deposition page 195
[38] See Bushnell deposition, page 42
[39] Ibid, page 50
[40] Ibid, page 57
[41] Ibid, page 66
[42] Ibid, page 65
[43] Ibid, page 67
[44] Ibid, pages 70 & 71
[45] Ibid, page 71
[46] Ibid, page 111
[47] Ibid, page 78

13

Exhibit D

Banks giving commands to Sauls to get out of the car[48]. Bushnell testified after Sauls was taken into custody Banks conducted a phantom call-out on the car[49]. Once that was completed he and Brumfield advanced and cleared Myles' vehicle. Bushnell then conducted interviews of neighbors to ascertain if any had witnesses the car stop. **It is my opinion Allison and Bushnell's actions in this event comport with POST and the Department training guidelines for a contact or cover officer during the high risk stop and detention and their actions were reasonable for the circumstances.**

e.   Brumfield testified he was Bushnell's training officer at the time of this event. He testified he heard Allison giving commands but did not recall exactly what they were. He testified at some point during the event he heard Myles say he could not hear what was being said to him[50]. He testified at some point he also concluded Myles was not complying with Allison's commands and that he saw Myles doing not what deputies expect somebody to do during a stop like the one they were on[51]. Brumfield testified he recalled Myles walking backwards and then turning around and walking forward towards the deputies[52]. Brumfield testified after Myles got back to where Allison was he holstered his firearm and went to assist him[53]. Brumfield testified Myles had been placed near the rear bumper, and he could see Allison struggling to get Myles' left hand to control it. It was during the struggle that Banks landed his two striking blows to Myles. He continued stating Myles' right hand was on the trunk propping himself up[54] as he struggled with Allison. He testified shortly after Banks landed blows that they got control of Myles[55] when Brumfield took control of Myles' right arm and used his body weight to control him against

---

[48] Ibid, page 80
[49] Ibid, page 82
[50] See Brumfield deposition, page 57
[51] Ibid, page 58
[52] Ibid, page 77
[53] Ibid, page 88
[54] Ibid, pages 90 - 92
[55] Ibid, page 92

Exhibit D

the car and handcuffs were applied. **It is my opinion Brumfield's actions in this event comport with POST and Department training for a cover officer/FTO. It is also my opinion any reasonable deputy seeing a subject not complying with commands during a high risk traffic stop would consider the noncompliance as threatening. It is also my opinion the actions taken by Brumfield to assist in controlling Myles were appropriate for the circumstances. It is further my opinion the use of force utilized by Brumfield and Allison was reasonable for the circumstances and comports with Department policy.**

f.  Banks testified upon arriving at the enforcement stop location he got out of his patrol vehicle and removed his canine partner. He testified he heard Allison ordering Myles out of the vehicle and for him to place his hands in the air. He testified Myles did not initially comply but did after being ordered a second time[56]. Banks testified he then took over giving commands to Myles[57]. Banks testified when Myles was facing away from them he gave a canine announcement[58]. Banks testified Myles did not verbally respond to that announcement. Banks testified Myles walked backwards towards them. He testified Myles was ordered to stop but Myles failed to comply[59]. Banks testified he ordered Myles to get onto his knees two or three times but Myles did not comply and continued walking backwards towards them[60]. Banks testified he placed his hand onto Myles in the area of the back of his neck[61] and tried to push him onto his knees. He testified Myles ducked his head out of his grasp and began walking behind him. Banks testified at that point he gave his canine a command to apprehend Myles[62]. Banks testified his canine bit Myles once on his left

---

[56] See Banks deposition, page 211
[57] Ibid, page 215
[58] Ibid, page 216
[59] Ibid, page 232
[60] Ibid, page 233
[61] Ibid, page 236
[62] Ibid, page 237

Exhibit D

torso and two more time biting Myles clothing[63]. Banks testified Myles continued resisting Allison's and Brumfield's attempts to handcuff him. Banks testified he also struck Myles twice[64] on the left side of his face with his closed fist[65] in his attempt to control Myles resistance. Banks also testified that while Myles was walking back towards deputies, he turned around to face them and also lowered his hands once or twice[66]. The record reflects Myles was grabbed by Allison and Brumfield, placed against the back of a patrol vehicle where he was then handcuffed. Myles was placed into the back seat of a patrol vehicle. The record reflects after Sauls was removed from the vehicle and detained, deputies conducted a canvass of the area to locate witnesses to the event that had taken place. The record reflects paramedics were summoned to the scene to provide Myles with treatment and he was later transported to a hospital for additional medical treatment. The record reflects supervision was notified and responded to the event. POST training reflects peace officers may use personal weapons to strike available targets during an arrest/detention to control a combative and/or resistive subject[67]. It further teaches applications of force must be objectively reasonable for the circumstances. **It is my opinion Banks actions in this event comport with POST and Department training and were reasonable for the circumstances. Law enforcement is trained placing a suspect in an unbalanced position provides officers with better abilities to control that person[68]. It is my opinion any reasonable deputy would have considered Myles noncompliant actions as threatening and dangerous. It is my opinion the applications of force used by Banks, including fist strikes and application of the canine, to control and take Myles into custody were reasonable for the circumstances. It is**

---

[63] Ibid, pages 241 & 242
[64] Ibid, page 243
[65] Ibid, page 258
[66] Ibid, page 285
[67] See POST Basic Academy Workbook Series, Learning Domain 33, Arrest Methods, Chapter 1
[68] Ibid

Exhibit D

**also my opinion the application of force used by Brumfield was reasonable for the circumstances.**

g. The record reflects some witnesses living in the area were clearly able to hear deputy's yelling "get down", "open the door slowly and put your hands up", "walk backwards" and "get on your knees". Some of the witnesses were able to hear commands while they were inside of their homes while two others were standing in their yard watching the car stop[69]. **These witness statements demonstrate to me that the deputy's voices were loud and easily understood in spite of the canine barking.**

h. POST training reflects in 1989, the United States Supreme Court applied an objective standard to a force situation and further established how reasonable force must be judged objectively (Graham v Connor, 490 U. S. 386, 109 S.CT. 1865) (1989). The Court noted that determining the objective reasonableness for the use of force must be fact specific, and established the following four components for determining reasonableness: 1) It must be judged from the perspective of a reasonable officer. 2) It must be examined through the eyes of an officer on the scene at the time the force was applied, not the 20/20 vision of hindsight. 3) It must be based on the facts and circumstances confronting the officer without regard to the officer's underlying intent or motivation. 4) It must be based on the knowledge that the officer acted properly under established law at the time. The training also reflects officers should rely on the totality of the circumstances known to them at the time of the force application. The court noted the following facts should also be considered, but not limited to, when gauging reasonableness: 1) The severity of the crime 2) The nature and extent of the threat posed by the subject 3) The degree to which the subject resists arrest of detention 4) Any attempts by the subject to evade arrest by flight. The training also provides officers, "Any officer who has reasonable cause to believe that the person to be arrested has

---

[69] See Audio recordings bates stamped CSD 000109 & 000110 and SDSD reports

Exhibit D

committed a public offense may use reasonable force to effect an arrest, to prevent escape or to overcome resistance. A peace officer who makes or attempts to make an arrest need not retreat or desist from his efforts by reason of the resistance or threatened resistance of the person being arrested; nor shall such officer be deemed an aggressor or lose his right to self-defense by the use of reasonable force to effect the arrest or to prevent escape or to overcome resistance"[70].

i.  I have found nothing in the record that would reflect SDSD failed to test, screen, examine or evaluate deputies during their hiring process. I have found nothing in the record that reflects any of the department's personnel were dangerous, racist, bigoted, abusive or violent predators. I have found nothing in the record that would indicate SDSD has failed to train, monitor, control, report, discipline or supervise its personnel. I have found nothing in the record that indicates SDSD personnel cover-up, conspire, encourage or ratify any policy, procedure or practice to violate any Citizen's Civil Rights. I have found nothing in the record that reflects the Department or its personnel are racist. I have found nothing in the record that reflects SDSD has a "Code of Silence". I have found the policies and training regimen of SDSD comport with modern policing practices and POST Standards.

## Expert Witness Affirmation

I, Curtis J. Cope, do state and affirm under penalty of perjury that the above expressed expert opinions are well considered and clearly based on recognized standards and that I will so testify under oath in a Court of Law, if so called.

---

[70] Ibid, Learning Domain 20, Use of Force, Chapter 1

Exhibit D



SIGNED_____

AT Orange County, CA on May 31, 2016

**CV**

**PRESENT POSITION**
Consultant / Expert Witness / Instructor
Use of Force, Police Practices and Procedures, Supervision and Training 1985 to Present

**EXPERIENCE**
1968   Santa Ana Police Department
Santa Ana, California
Police Officer - Patrol and Traffic

04-01-69 - 10-30-97- Huntington Beach Police Department, Huntington Beach California

Patrol Officer; Traffic Motor Officer; S.W.A.T. Team Member and Team Leader; Field Training Officer; Department Arrest & Control Instructor

Patrol Supervisor (appointed 2/77); Motor Supervisor; A.I. Supervisor, FTO Supervisor, S.W.A.T. Team Leader; Adjutant to the Uniform Division Commander; Special Enforcement/Gang Unit Supervisor; Department Arrest & Control Instructor

Patrol Watch Commander (appointed Lieutenant 6/30/90); Area Commander (appointed 1-16-92); General Investigation Bureau Commander (appointed 12-24-94); Department Arrest & Control Instructor [Medical Retirement 10-30-97]

**PROFESSIONAL CERTIFICATES**
California Commission on Peace Officer Standards and Training (POST)

| | |
|---|---|
| Basic | 1970 |
| Intermediate | 1975 |
| Advanced | 1977 |
| Supervisory | 1983 |
| Management | 1992 |
| Master Instructor | 1994 |

Exhibit D

California Board of Education
Community College Limited Services Credential
Police Science Subject Matter - Valid for Life (1976)

**EDUCATION**

Associate in Arts Degree (AA)
Golden West College, Police Science 1975
Huntington Beach, California

Baccalaureate Degree (BA)
University Of Redlands, Public Administration 1977
Redlands, California

Graduate
Orange County Peace Officers Academy 1968
Orange Coast College, Costa Mesa, California

Graduate
P.O.S.T. Master Instructor Development Program
State of California - 1993

**MILITARY EXPERIENCE**

Army of the United States of America 1965 - 1967
Honorable Discharge Rank/Assignment E-5 Sergeant/Squad
Leader, Infantry, Republic of South Vietnam

**PROFESSIONAL ACTIVITIES**

Instructor - Criminal Justice
Training Center at Golden West College
Past Instructor - Saddleback Community College
Instructor / Presenter of law enforcement training to in-
service officers or departments
Instructor / Presenter for ASLET National Conference
Member of ILEETA
Specific area of expertise - arrest and control tactics and
baton techniques, use of force, police procedures &
practices, DUI, SWAT Operations, Report Writing,
Supervision and Training
Instructor - Huntington Beach Police Department
Instructor - Commission on Peace Officer Standards and
Training, Institute of Criminal Investigation Instructor
Workshops & Master Instructor
Certified TASER Instructor
Consultant - Commission on Peace Officer Standards
and Training, State of California
Declared Police Tactics / Use of Force Expert Municipal,
Superior and Federal Courts within the State of California,
Arizona, Oklahoma, Utah and New Mexico

20

Exhibit D

**PUBLICATIONS**    Cope, Jeff, Goddard, Ken.  **WEAPONLESS CONTROL FOR POLICE AND SECURITY PERSONNEL**, Charles Thomas Publisher, Springfield, Illinois, August 1979.

Cope, Jeff, **Arrest and Control Techniques Student Syllabus for Instructors**, California POST (Master Instructor Thesis), 1993

Cope, Jeff, DOCUMENTING **THE USE OF FORCE**, Journal of California Law Enforcement, Volume 30, Number 1, March 1996, California Peace Officers' Association Publisher, and The ASLET Journal, March/April Issue, 1996.

Cope, Jeff, Five**-Step Method to Regional Crime Analysis**, The Police Chief Magazine, May 1998.

Cope, Jeff, **California Investigator Training**, The Law Enforcement Trainer, The Journal of the American Society for Law Enforcement Trainers, January / February 1999.

Cope, Jeff & Fraser, Jim, **A Trainer's Perspective**, The Follow-up, A Training Newsletter for California Law Enforcement Investigators, Robert Presley Institute of Criminal Investigation, Commission on Peace Officers Standards and Training, Volume 4, Number 2, October, 1999.

Cope, Curtis J., **Report Writing Review A Supervisor's Mandate**, The Law Enforcement Trainer, The Journal of the American Society for Law Enforcement Trainers, Volume 17, Number 8 May/June, 2002.

Cope, Curtis J., **Building Training from Lessons Learned – A Checklist to Successful Training**, The Journal of California Law Enforcement, California Peace Officer's Association, Volume 37, Number 1, 2003

Cope, Jeff & Less, Karen, **Course Development: How Long Should It Take**, The Law Enforcement Trainer, The Journal of the American Society for Law Enforcement Trainers, Volume 18, Number 6 November/December 2003

Exhibit D

Cope, Curtis J & Swobodzinski, Kimberle, A, **Using Forensic Equipment to Enhance Use of Force Investigations**, Journal of California Law Enforcement, Volume 39, Number 3, 2005

Cope, Curtis J., **Enhancing Use of Force Training**, Illinois Law Enforcement Training & Standards Board Executive Institute FORUM, Volume 7, Number 3, March / 2007 and Law Officer Magazine, Volume 3, Issue 6, June 2007

Cope, Curtis J., **A Guide To Life After Law Enforcement,** LawOfficer.com, May 30, 2008.

Cope, Curtis J. & Joseph Callanan, **What Is The Standard On Use Of Force**, LawOfficer.com, July 29, 2008.

Cope, Curtis J. & Joseph Callanan, **Understanding the Objectively Reasonable Standard,** LawOfficer.com, September 30, 2008

Cope, Curtis J. & Joseph Callanan, **Applying the Objectively Reasonable Standard**, LawOfficer.com, October 30, 2008

Cope, Curtis J. & Joseph Callanan, **Understanding the Objectively Reasonable Standard: Self Defense**, Law Officer.com, December 29, 2008.

Cope, Curtis J. & Joseph Callanan, **Understanding the Objectively Reasonable Standard: Defense of Others**, LawOfficer.com, January 2, 2009

Cope, Curtis J. & Joseph Callanan, **Understanding the Objectively Reasonable Standard: Effectuating An Arrest**, LawOfficer.com, January 29, 2009

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard: Prevent an Escape**, LawOfficer.com, March 30, 2009
Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part One**, LawOfficer.com, June 17, 2009

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part Two**, LawOfficer.com, September 2, 2009

Exhibit D

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard: Overcome Resistance – Part Three**, LawOfficer.com, September 23, 2009

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Taser: Objectively Reasonable Force**, LawOfficer.com, November 4, 2009

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part One**, LawOfficer.com, May 24, 2010

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part Two**, Law Officer.com, August 27, 2010

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision – Part Three**, LawOfficer.com, December 21, 2010

Cope, Curtis J. and Joseph Callanan, **Understanding the Objectively Reasonable Standard – Elements of Supervision –Part Four**, LawOfficer.com, July 8, 2011

Cope, Curtis J. and Gray, Michael, **Meeting Your Training Needs Simply and Effectively**, California Peace Officers' Association Training Magazine, July 2015

**AWARDS**

In excess of 125 awards or commendations during active law enforcement career
California POST Institute of Criminal Investigation Instructional Excellence Award for the years of 2000 / 2001
California POST Institute of Criminal Investigation Founders Award for Leadership in Instructional Excellence 2006
Mentoring Excellence Award, California POST Instructor Symposium, 2009
Excellence in Redesigning the Institute of Criminal Investigation Instructor Course, 2010 & 2011
Mentoring Excellence for Instructor Development Institute Mentor Program, 2013

**ASSOCIATIONS**

Member International Association of Chiefs of Police
Member of California Peace Officers Association

23

Exhibit D

Member International Law Enforcement Educators and Trainers Association
Member of Master Instructor Development Program Association
Member of Retired Peace Officers Association of California

## P.O.S.T. CONSULTING

1. **Peace Officer Killing Study**          1986, 1987
   Study reasons for California Officers being assaulted &
   killed in the line of duty. Made recommendations to
   P.O.S.T. to change training at basic academy level - Adopted

2. **Basic Course Waiver Skills Test**          1985, 1986
   Developed 3-week mini academy for officers to be
   re-certified for police officer powers, waiving need
   to attend basic academy

3. **Carotid Restraint Performance**          01/87
   Objectives 12.6.6
   Reviewed current teachings & made recommendations for
   changing P.O.S.T. teaching guidelines - Adopted by POST

4. **Basic Academy Patrol Procedures**          03/85
   Reviewed current teachings & made recommendations for
   changing P.O.S.T. teaching guidelines - Adopted by POST

5. **Instructed Instructors re Carotid Restraint**          03/87
   P.O.S.T. Seminar at Orange County Sheriff's Academy
   Taught & updated academy instructors in new P.O.S.T.
   guidelines for carotid restraint instruction

6. **Arrest & Control Performance Objectives**          1981, 1983
                                                        1985, 1987
   Reviewed current teachings & made recommendations for
   changing P.O.S.T. teaching guidelines - Adopted

7. **Institute of Criminal Investigation**          1993 to present
   Instructors Up-date Course,
   Developed Course / Instruct new methodology of
   classroom presentation to potential new instructors

8. **Use of Force / Arrest & Control**          1993, 2003
   Reviewed current teaching & made recommendations for
   changing P.O.S.T. teaching guidelines - Adopted

Exhibit D

9.   **P.O.S.T. Strategic Planning Steering Committee** 1995
     Facilitated committee's study of future direction P.O.S.T.
     will take during next ten years

10.  **P.O.S.T. <u>Controlling Violent Subjects</u>**          05/96
     2-Hour Tele-course, Part One
     Participated in preparing material aired

11.  **P.O.S.T. <u>Controlling Violent Subjects</u>**    11/96
     2-Hour Tele-course, Part Two
     Participated in preparing material aired

12.  **P.O.S.T. Institute of Criminal Investigation**    1996, 1997
     Homicide Investigators Course Development @ LAPD/LASD
     Facilitated development of course material, presentation methods,
     lesson plans, goals & objectives

13.  **P.O.S.T. Supervisory Course Instructor Update**    08/97
     Workshop - Develop Curricula for pilot program that will enhance
     Instructors abilities to teach new 120 hour Supervisor Course (2 days
     developing)

14.  **Appointed to position of Program Administrator** 11/97
     P.O.S.T Institute of Criminal Investigation Instructor Development
     Workshops. Coordinate Instructor Base, Develop Training and
     Annual Workshops P.O.S.T Institute of Criminal Investigation
     Instructor Development Division. Coordinate Instructor Base, Develop
     Training and Annual Workshops

15.  **P.O.S.T. Skills Test for Basic Course (LD#33)** 01/98
     Develop and design a testing method, which will satisfy 832PC
     requirements and will be used as a midterm test in the basic police
     academy Develop and design a testing method, which will satisfy
     832PC requirements and will be used as a midterm test in the basic
     police academy

16.  **P.O.S.T. Workbook Development - Basic Course** 01/98
     (LD#33) - Develop Student Self Paced Workbook for
     Learning Domain #33 which deals with Weaponless
     Defense and Impact Weapons

17.  **P.O.S.T. Supervisor Course Instructor Up-date**    1998/1999
     Instruct instructors in new methodology of classroom presentation
     skills (3 Pilot Programs)

25

Exhibit D

18. **P.O.S.T. Investigating the Use of Force Course**        09/99
    Facilitated the pilot course put on by Inyo County Sheriff's
    Department Lieutenant Steve Rogers presenter, fulfilling
    requirements for his Master Instructor Development Program - 32
    Hours

19. **Institute of Criminal Investigation (POST) AIM**        02/00
    Focus Group - Project to explore and develop software that will assist
    instructors or administrators in the development and/or management
    of training material.

20. **Master Instructor Development Program (POST)** 09/01
    Curriculum review process for presentation of instruction for future
    classes.

21. **Safety Guidelines for POST Students (POST)** 06/03
    Review of Safety Guidelines for all Peace Officer Training conducted
    by POST. Recommend changes for adoption by the Commission.

22. **Master Instructor Development Program (POST)** 2003
    Planning committee for conference of instructors. Selection of
    Curriculum

23. **POST Workbook Development - Basic Course** March/April 2004
    Reviewed current teachings & made recommendations for
    changing P.O.S.T. teaching guidelines. LD 20 & 33

24. **Academy Instructor Facilitation Skills Course – Pilot** May 2005
    Present model to change method of instruction from an instructor
    centered lecture to adult model active student centered

25. **POST Instructor Symposium Planning Sessions – 2005 – 2012**
    Assist in planning annual Symposium curriculum for Statewide
    Instructor Skills conference

26. **POST "Investigation Supervisor Case Management Course" – 2009**
    Sit on committee to design a new course for Investigation
    Supervisors and mentor MICC student through all stages of
    development of this course.

27. **POST Institute of Criminal Investigation Instructor Course Redesign 2010 & 2011**

28. **POST Tactical Leadership Institute Planning Session @ San Diego Regional Training Center 2014**

26

Exhibit D

## S.W.A.T. EXPERIENCE

During my career at the Huntington Beach Police Department I have been assigned to the Special Weapons and Tactics Team on three different occasions. The first assignment was between the dates of September, 1974 to February, 1977. The second assignment was between March, 1978 to June, 1980 and my third assignment was between the dates of May, 1987 to June, 1990.

During my assignments to the S.W.A.T. Team I held the positions of gas man, sniper, entry team member, scout and team leader. I have qualified with several types of handguns, shotguns, rifles, gas guns and machine guns. In addition to firearms, I also qualified in the use of distraction devices and gas deployment. I was also the team instructor in arrest / defense tactics.

Training for the S.W.A.T. Team consisted of at least one day per month (10 hours) in which the training would be broken up into weapons qualification and practical skill drills. These training days represent almost 1,000 hours of practice. In addition to those training days I have received in excess of 450 hours of specialized training from United States Marine Corps, F.B.I., Department of Justice, Secret Service, California State Police etc. I have attended the basic S.W.A.T. course hosted by the Criminal Justice Training Center at Golden West College in Huntington Beach and the S.W.A.T. Commanders Course hosted by San Joaquin Delta College in Stockton, CA. I have taught in the S.W.A.T. basic course at Golden West College.

I have participated in numerous call outs in which the S.W.A.T. Team was deployed. In addition to call outs, I have been in charge of planning for the security of the Vice President of the United States, the Governor of California, other United States & State officials, military V.I.P.s and government officials from other countries, when those persons visited the City of Huntington Beach.

In April - 1993, I assumed temporary command of the S.W.A.T. team. I took over the team as its acting commander during the absence of the existing commander. I held that position for approximately six months. I relinquished command upon the return to duty by the unit leader.

## LAW ENFORCEMENT TRAINING

| | |
|---|---|
| Basic Academy-Orange County @ Orange Coast College | 1968 |
| Driver Training-L.A.S.O. | 1969 |
| Tear Gas | 1970 |
| Basic Weaponless Defense-Instructors CSC L.A. (84 hours) | 1970 |
| S.W.A.T.-Camp Pendleton | 1971 |
| Advanced First Aid | 1972 |
| Emergency Vehicle Operation | 1972 |
| Mutual Aid/ Civil Disorder Training -O.C.S.D. | 1972 |

Exhibit D

| | |
|---|---|
| Police Motorcycle Operation | 1972 |
| Traffic Program Management Institute -Kellogg West | 1973 |
| Advanced Officers Course | 1974 |
| Advanced Drivers Training | 1974 |
| Hazardous Devices - O.C.S.D. | 1974 |
| Advanced Officer Training | 1975 |
| Legal Education Update -CSU Long Beach | 1975 |
| Officer Survival - C.S.T.I. | 1975 |
| C.P.R. | 1976 |
| Doppler Radar Operation | 1976 |
| Motorcycle Training -C.H.P. | 1976 |
| Techniques of Teaching - U.C.L.A. extension | 1976 |
| PR 24 Baton Training | 1976 |
| Traffic Accident Investigation - C.H.P. | 1976 |
| C.P.R. / First Aid Update | 1977 |
| Legal Education Update - CSU Long Beach | 1977 |
| P.O.S.T. Supervisor Course - Golden West College | 1977 |
| Internal Affairs -CSU Long Beach | 1978 |
| Report Writing | 1978 |
| Civil Emergency Management - C.S.T.I. | 1978 |
| Advanced Officer Training - F.B.I.-L. A. | 1978 |
| Hostage Negotiation - Rio Hondo College | 1978 |
| Chemical Agents - F.B.I. | 1978 |
| Protection of Public Officials - CSU Long Beach | 1978 |
| Urban Terrorist Activity - D.O.J. | 1978 |
| Legal Education Update - CSU Long Beach | 1979 |
| Advance Officer Training | 1979 |
| Investigation of Violent Crimes - C.S.T.I. | 1980 |
| Outlaw Motorcycle Gangs | 1981 |
| Assertive Supervision | 1981 |
| Alcohol & Drug Recognition - D.A.R.T. | 1982 |
| Hazardous Materials | 1982 |
| Interview and Interrogation | 1983 |
| Skid mark Analysis - C.H.P. Redwood College | 1983 |
| Supervisor Update - Chapman College | 1984 |
| Traffic Collision Reconstruction & Investigation | 1985 |
| Basic Academy Patrol Procedures - P.O.S.T. | 1985 |
| Practical Teaching Methods | 1985 |
| Nova Stun Gun | 1985 |
| Advanced Officer Training | 1985 |
| Management Training | 1986 |
| Progressive Discipline | 1986 |
| Weaponless Defense/ Carotid Restraint | 1987 |
| Protective Operations - Secret Service | 1987 |
| P.O.S.T. Killing Study | 1987 |
| P.O.S.T. Officer Survival | 1987 |

Exhibit D

| | |
|---|---|
| Incident Command System | 1987 |
| S.W.A.T. Academy - Golden West College | 1988 |
| Advanced Officer Training | 1988 |
| Supervisor Update Seminar – 24 Hours | 1988 |
| S.W.A.T. Commanders Course -San Joaquin College | 1988 |
| White Hate Groups - D.O.J. | 1989 |
| Gang Seminar - D.O.J. | 1990 |
| Gang Awareness - San Bernardino S.D. | 1990 |
| Patrol Manpower | 1990 |
| Management Course - P.O.S.T. 80 hours | 1990 |
| Tactical Baton Instructors - ASP Santa Monica 16 hours | 1991 |
| Master Instructors - P.O.S.T.-Sacramento 80 hours | 1991 |
| Master Instructors - P.O.S.T.- San Diego 16 hours | 1992 |
| Master Instructors - P.O.S.T.- San Diego 16 hours | 1993 |
| Master Instructors - P.O.S.T.- San Diego 16 hours | 1993 |
| Use of Force - P.O.S.T. - Costa Mesa 24 hours | 1993 |
| Master Instructors - P.O.S.T. - San Diego 40 hours | 1993 |
| Master Instructors - P.O.S.T. - San Diego  8 hours | 1994 |
| Manufacture Rock Cocaine - D.O.J. | 1994 |
| Civil Disorder - L.A.P.D. Lt. Hillman 4 hours | 1995 |
| Lessons of Rodney King -Mike Stone 4 hours OC Homicide | 1995 |
| Oklahoma Bombing Incident - C.P.O.A.  4 hours | 1995 |
| Tactical Driving - H.B.P.D.          4 hours | 1996 |
| Use of Force/Arrest & Control - L.A.P.D. 8 hours | 1996 |
| Police Liability - C.P.O.A. 4 hours Capt. Jim Nunn | 1996 |
| Police Managers Liability - C.P.O.A. 4 hours M. Mayer   1996 | |
| Leadership - P.O.S.T. - 2 hours | 1997 |
| Vehicle Pursuit Training - P.O.S.T. - 1 hour | 1997 |
| Master Instructor Update - P.O.S.T. - 20 hours | 1997 |
| Use of Force Seminar - A.S.L.E.T. - 24 hours | 1997 |
| Tactical Scenarios - HBPD - 4 hours | 1998 |
| MP-5 Familiarization - I.T.R. (Long Beach Range) 3 hours | 1999 |
| Master Instructor Update - P.O.S.T. - 24 hours | 1999 |
| Investigating Use of Force - Inyo County - 32 hours | 1999 |
| Instructor Development - Institute of Criminal Investigation | 2000 |
| O.C. Gas Training - Criminal Justice Training Center GWC | 2000 |
| ICI Administrators Course - P.O.S.T. 24 hours | 2000 |
| Master Instructor Conference - P.O.S.T. 24 hours | 2001 |
| Institute of Criminal Investigation - P.O.S.T. 32 hours | 2001 |
| Golden West College/HBPD - F.A.T.S. Training 1 hour | 2001 |
| Less Lethal Instructors Course - I.T.R. Anaheim PD 16 hours | 2002 |
| Use of Less Lethal Force: Legal Issues - ASLET 2 Hours | 2003 |
| Canadian National Use of Force Framework - ASLET 2 Hours | 2003 |
| Trainer's Role in Force Investigations - ASLET 4 Hours | 2003 |
| Questionable Police Shootings - ASLET 4 Hours          2003 | |
| Training Managers Open Forum - ASLET 4 Hours | 2003 |

Exhibit D

| | |
|---|---|
| Positional Asphyxia & Sudden Death - ASLET 2 Hours | 2003 |
| Use of Force Investigations – Covina PD – 24 Hours | 2003 |
| Master Instructor Conference – P.O.S.T. – 28 Hours | 2004 |
| When the Batter is a Police Officer – ASLET 2 Hours | 2005 |
| Current Issues Physical Force – ASLET 4 Hours | 2005 |
| Force Science Research Center Data – Dr. Lewinski 4 Hours | 2005 |
| Terrorism Liaison Officers Role in School – 24 Hours OCSD | 2005 |
| Law Enforcement Liability – ASLET 4 Hours | 2006 |
| Shoot/Don't Shoot – ASLET 2 Hours | 2006 |
| Force Science Research Center Data – Dr. Lewinski 2 Hours | 2006 |
| Less Lethal Issues – ASLET 4 Hours | 2006 |
| Tactics for Dealing with Celebratory Disturbances 2 Hours | 2006 |
| Pre-Incident Indicators of Terrorism – ASLET 2 Hours | 2006 |
| Weapons of Mass Destruction & First Responders – 4 Hours | 2006 |
| Sudden In-Custody Deaths – ASLET 4 Hours | 2006 |
| Fourth Amendment Use of Force Model – ASLET 4 Hours | 2006 |
| Master Instructor Conference – P.O.S.T. – 28 Hours | 2006 |
| Long Beach PD Abe/Wade O.I.S. – CPOA 4 Hours | 2007 |
| Taser Instructor's Course – Taser International | 2008 |
| Instructor Symposium – P.O.S.T. – 28 Hours | 2009 |
| Mentor Training – POST – 8 Hours | 2010 |
| A.E.L.E. Lethal & Less Lethal Force Workshop – 22 Hours | 2010 |
| Instructor Symposium – P.O.S.T. – 28 Hours | 2010 |
| Instructor Symposium – P.O.S.T. – 28 Hours | 2011 |
| Instructor Symposium – P.O.S.T. – 28 Hours | 2012 |

## TESTIMONY

| | |
|---|---|
| Wilson v City of Long Beach<br>CV 09-03544 PJW | 02-2012 Trial |
| Lugo v City of Los Angeles<br>BC 449672 | 03-2012 Deposition |
| Koziel v City of Norco<br>RIC 522773 | 03-2012 Deposition |
| Barnes v City of San Bernardino<br>CIVSS 807102 | 03-2012 Trial |
| Colson v City of Bakersfield<br>1:10-CV-01776 OWW | 05-2012 Deposition |
| Guillory v Orange County Sheriff's Department<br>30-2008-00212410-CU-CR-CXC | 05-2012 Trial |
| Simpson v County of Los Angeles | 05-2012 Deposition |

30

Exhibit D

TC 025257

| | |
|---|---|
| Demarest v AMTRAK<br>BC 437078 | 06-2012 Trial |
| Sanchez v County of San Bernardino<br>CV 10-9384 MMM | 06-2012 Trial |
| K.X.T. v City of Orange<br>30-2011-00460392 | 07-2012 Deposition |
| Miranda v County of Los Angeles<br>BC 397873 | 08-2012 Deposition |
| Harb v City of Bakersfield<br>56-2011-00405522-CV-PO-VTA | 08-2012 Deposition |
| Carrillo v County of Los Angeles<br>CV 11-10310 SVW | 09-2012 Deposition |
| Harb v City of Bakersfield<br>56-2011-00405522-CV-PO-VTA | 12-2012 Trial |
| BJ v Secor<br>CV 11-10797 RGK | 12-2012 Deposition |
| Sanchez v County of San Bernardino<br>CV 10-9384 MMM | 01-2013 Trial (2nd) |
| Ortega v Hopley<br>EDCV 12-1315 GAF | 01-2013 Deposition |
| Olivas v United States of America<br>11 CV-2026 WQH | 01-2013 Deposition |
| BJ v Secor<br>CV 11-10797 RGK | 02-2013 Trial<br>Hung Jury |
| BJ v Secor<br>CV 11-10797 RGK | 02-2013 2nd Trial |
| Mam v City of Fullerton<br>SACV 11-1242 JST | 03-2013 Deposition |
| Mam v City of Fullerton<br>SACV 11-1242 JST | 04-2013 Trial |

Exhibit D

| | |
|---|---|
| Isaiah Williams v D. Williams<br>4:07-CV-04464 CW | 04-2013 Deposition |
| Simpson v County of Los Angeles<br>TC 025257 | 04-2013 Deposition (2nd) |
| Moses v City of Huntington Beach<br>30-2012-00540509 | 05-2013 Deposition |
| Pierce v County of Sierra<br>2:11-CV-02006 AWI | 05-2013 Deposition |
| Moses v City of Huntington Beach<br>30-2012-00540509 | 05-2013 Trial |
| Simpson v County of Los Angeles<br>TC 025257 | 05-2013 Trial |
| Mohoff v City of Huntington Beach<br>30-2012-00541748 | 06-2013 Deposition |
| Isaiah Williams v D. Williams<br>4:07-CV-04464 CW | 07-2013 Trial |
| Slama v City of Madera<br>1:08-CV-0810 AWI | 08-2013 Trial |
| Moore v City of Atwater<br>1:11-CV-01620 SMS | 10-2013 Trial |
| Feiman v City of Santa Monica<br>CV 12-3549 JGB | 11-2013 Trial |
| Martin v City of Brea<br>SACV 12-1846 JVS | 12-2013 Deposition |
| Sarmiento v County of Orange<br>SACV-06-0586 DOC | 01/2014 Trial |
| Rogoff v County of San Bernardino<br>CV-12-04218 DSF | 01/2014 Trial |
| Slaughter v City of Bakersfield<br>S-1500-CV-271472 LHB | 01/2014 Deposition |

32

Exhibit D

Cota v County of Kern                                    03/2014 Deposition
1:12-CV-01618 JLT

Barmore v City of Rockford, IL                          07/2014 Deposition
USDC (Northern District of Illinois Western Division 09-C-50236 PGR xPMM

Munoz v County of Riverside                             07/2014 Deposition
RIC 1207941

Gonzalez-Chavez v City of Bakersfield                   07/2014 Deposition
1:12-CV-02053JLT

Garcia v City of Huntington Beach                       08/2014 Trial
SACV-12-01779 DOC

Sharpless v County of Orange Probation08/2014 Trail
SACV-12-2132 DOC

Munoz v County of Riverside                             08/2014 Trial
RIC 1207941

Prudhomme v City of Orange                              08/2014 Deposition
30-2013-00654570

Lozano v City of Rialto                                 09/2014 Deposition
EDCV-13-01636 GHK

Martin v City of Brea                                   10/2014 Trial
SACV-12-1846 FMO

Orr v California Highway Patrol                          11/2014 Deposition
2:14-CV-585 WBS

Gonzalez-Chavez v City of Bakersfield                   02/2015 Trial
1:12-CV-02053 AWI-JLT

Engert v County of Stanislaus                           02/2015 Deposition
1:13-CV-001126-LIO-BAM

Godoy v California Highway Patrol                        04/2015 Trial
13-CV-00194 GPC

Carson v Milward                                         06/2015 Deposition
30-2014-00710080-CU-PO-CJC

Ramirez v City of Oxnard                                06/2015 Trial

33

Exhibit D

CV-13-01615 MWF

| | |
|---|---|
| DeWitt v General Security Service, Inc.<br>BC 470993 | 08/2015 Deposition |
| Lopez v City of Long Beach<br>CV 14-05781 FMO | 08/2015 Deposition |
| Mielke v City of Huntington Beach<br>30-2014-00729395-CU-PO-CJC | 08/2015 Trial |
| Thomas v City of Fullerton<br>30-2012-00581299 | 08/2015 Deposition |
| C.E.W. v City of Hayward<br>CV-13-4576 (LB) | 08/2015 Deposition |
| Garlick v County of Kern<br>1:13-CV-01051 LJO | 10/2015 Deposition |
| Colbert v County of Kern<br>1:13-CV-015589 JLT | 10/2015 Deposition |
| Nguyen v City of Los Angeles<br>BC 513892 | 10/2015 Deposition |
| Duarte-Garcia v City of Santa Maria<br>1456748 (Santa Barbara County Superior Court) | 10/2015 Deposition |
| Gibson-Roc v City of Culver City<br>BC 531502 | 12/2015 Deposition |
| Collender v City of Brea<br>8:11-CV-00530 AG | 12/2015 Deposition |
| Fernandez v California Highway Patrol<br>SACV-15-00021 JLS | 02/2016 Deposition |
| Dewitt v General Security Service, Inc.<br>BC 470993 | 03/02/2016 Trial |
| Collender v City of Brea<br>8:11-CV-00530 AG | 03/2016 Trial |
| City of Blythe v Officer Scott Adams<br>CSMCS # RC-14-0380 | 04/2016 Administrative |

Exhibit D

Marquez v County of Riverside                05/2016 Deposition
ED CV 14-01201 GHK

Anderson v County of San Bernardino          05/2016 Deposition
CIVDS1311642

People v Buller                              05/2016 Trial Hearing
F 15557970 (Santa Clara County Superior)

Exhibit D