I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On January 13, 2017, I served the following documents: **Defendants County Of San Diego And Jeremy Banks' Motion To Seal Documents Submitted By Plaintiff In His Opposition To Defendants' Motion For Summary Judgment Or Alternatively Partial Summary Judgment** in the following manner:

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

| | |
|---|---|
| Joseph G. Dicks, Esq.<br>Linda G. Workman, Esq.<br>750 "B" Street, Suite 2720<br>San Diego, California 92101<br>(619) 685-6800; fax: (619) 557-2735<br>Email: jdicks@dicks-workmanlaw.com<br>Email: lworkman@dicks-workmanlaw.com<br>(Attorneys for Plaintiff Mickail Myles) | Holly N. Boyer, Esq.<br>Shea S. Murphy, Esq.<br>Esner, Chang & Boyer<br>234 East Colorado Blvd., #975<br>Pasadena, California 91101<br>(626) 535-9860; fax: (626) 535-9859<br>Email: hboyer@ecbappeal.com<br>Email: smurphy@ecbappeal.com<br>(Attorneys for Plaintiff Mickail Myles) |
| James F. Holtz, Esq.<br>Law Offices of James F. Holtz, APC<br>2488 Historic Decatur Road, # 200<br>San Diego, California 92106<br>(619) 881-1246; fax: (619) 924-5199<br>Email: james.holtz@holtzapc.com<br>(Attorneys for Defendants County of San Diego and Jeremy Banks) | Mildred K. O'linn, Esq.<br>Al M. De La Cruz, Esq.<br>Darin L. Wessel, Esq.<br>MANNING & KASS<br>ELLROD, RAMIREZ, TRESTER LLP<br>550 West C Street, Suite 1900<br>San Diego, California 92101<br>(619) 515-0269; Fax: (619) 515-0268<br>Email: mko@manningllp.com<br>Email: amd@manningllp.com<br>Email: dlw@manningllp.com<br>(Attorneys for Defendants County of San Diego and Jeremy Banks) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2017, at San Diego, California.

By: s/ GEORGE W. BREWSTER JR.
Email: george.brewster@sdcounty.ca.gov