# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual,<br><br>Defendants. | Case No. 15-cv-1985-BEN (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO SET SUPPLEMENTAL BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [Doc. No. 113]** |

Good cause appearing, IT IS HEREBY ORDERED the Joint Motion to Set a Supplemental Briefing Schedule Regarding Defendants' Motion for Summary Judgment is GRANTED. The Court shall comply with the following briefing schedule:

1. Plaintiff shall file a Supplemental Brief **on or before September 16, 2019**;

2. Defendants shall file a Supplemental Response Brief **on or before October 14, 2019**;

3. Plaintiff may file a Supplemental Reply Brief **on or before October 28, 2019**.

Dated: July 25, 2019

_____
JOHN A. HOUSTON
United States District Judge