UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et. al,<br><br>                Defendants. | Case No.: 15cv1985-JAH-BLM<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

      A telephonic pretrial conference was held before this Court on January 19, 2022. Joseph Gary Dicks, Browne Greene, Daniel Balaban and Linda Workman appeared on behalf of Plaintiff. Ronald Lenert, Mildred O'Linn and Steven Renick appeared on behalf of Defendants. In conjunction with the order issued on the record, IT IS HEREBY ORDERED:

      1.    The pretrial order is accepted as tentative. The parties shall submit an amended pretrial order after the Court hears argument and rules upon the motions *in limine*.

      2.    The parties shall meet and confer regarding motions *in limine* and jury instructions **no later than April 4, 2022**.

      3.    The parties shall appear before this Court for hearing motions *in limine* on **June 8, 2022 at 10:20 am**.

      4.    The parties shall file any motions *in limine* on or before **April 22, 2022**.

    5.    Responses to the motions shall be filed on or before **May 13, 2022**.

    6.    Any replies shall be filed on or before **May 20, 2022**.

    7.    The parties shall appear before this Court for a preliminary jury instruction conference on **June 22, 2022**.

    8.    Any motions regarding jury instructions shall be filed on or before **May 9, 2022**.

    9.    Responses to the motions shall be filed on or before **May 30, 2022**.

    10.    Any replies shall be filed on or before **June 9, 2022**.

    11.    Trial in this matter shall commence on **July 26, 2022**.

DATED: February 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE