Browne Greene, SBN 38441
GREENE BROILLET & WHEELER, LLP
222 N. Pacific Coast Highway, Suite 2100
P.O. Box 955
El Segundo, California 90245
Telephone: (310) 576-1200
Facsimile: (310) 576-1220
Email:  bgreene@gbw.law

Daniel K. Balaban, SBN 243652
BALABAN & SPIELBERGER, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, California 90049
Telephone:  (424) 832-7677
Facsimile:  (424) 832-7702
Email:  daniel@dbaslaw.com

Joseph G. Dicks, SBN 127362
Linda G. Workman, SBN 128621
DICKS & WORKMAN ATTORNEYS AT LAW, APC
7825 Fay Avenue, Suite 120
La Jolla, California 92037
Telephone: (619) 685-6800
Facsimile: (619) 557-2735
Email:  jdicks@dicks-workmanlaw.com; lworkman@dicks-workmanlaw.com

Holly N. Boyer (SBN 221788)
Shea S. Murphy (SBN 255554)
ESNER, CHANG & BOYER
234 East Colorado Boulevard, Suite 750
Pasadena, California   91101
Telephone: (626) 535-9860
Facsimile: (626) 535-9859
Email:  hboyer@ecbappeal.com; smurphy@ecbappeal.com

Attorneys for MICKAIL MYLES, Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF LODGMENT OF EXHIBITS

*Myles v. County of San Diego, et al.*
Case No. 15-cv-1985-JAH (BLM)

| | |
|---|---|
| MICKAIL MYLES, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual,<br><br>           Defendants. | Case No.  15-cv-1985-JAH (BLM)<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR DISCOVERY ABUSES AGAINST DEFENDANTS COUNTY OF SAN DIEGO AND JEREMY BANKS**<br><br>Date:       July 1, 2022<br>Time:      10:00 a.m.<br>Judge:    Hon. John A. Houston<br>Crtrm:    13B<br><br>Complaint Filed:  September 4, 2015 |

Plaintiff MICKAIL MYLES hereby submits the following Notice of Lodgment of Exhibits in Support of his Motion for Sanctions.

Exhibit A:   Email exchange between Defendants' counsel and Plaintiff's counsel dated June 3, 2022 through June 9, 2022.

Exhibit B:   Plaintiff Mickail Myles' First Set of Requests for Production of Documents Propounded to Defendant County of San Diego, dated October 22, 2015.

Exhibit C:   Plaintiff Mickail Myles' Notice of Videotaped Deposition of the Person Most Qualified of Defendant County of San Diego and Request for Production of Documents, dated March 24, 2016.

Exhibit D:   Deposition excerpts of the deposition of Trenton Stroh in the matter of *Michael A. Hartsell v. County of San Diego,* et al., USDC Case No. 16-cv-1094-LAB (JMA), dated March 23, 2018.

Exhibit E:   Intentionally left blank.

Exhibit F:   Deposition excerpts of the deposition of Jacob Pavlenko in this matter, dated April 26, 2016.

Exhibit G:   Excerpts of Memorandum of Points and Authorities in Support of Defendants' Motion for New Trial Pursuant to F.R.C.P. 59 (Doc.

NOTICE OF LODGMENT OF EXHIBITS          -1-          *Myles v. County of San Diego, et al.*<br>Case No. 15-cv-1985-JAH (BLM)

551-1) filed in the matter of *K.J.P., et al. v. County of San Diego, et al.*, USDC Case No. 15-cv-2692-H (MDD), dated April 14, 2022.

Exhibit H:    San Diego County Sheriff's Department Canine Deployment Activity Report, Mary 18, 2015 – July 3, 2015, regarding K9 police dog "Bubo."

Exhibit I:    Complaint for Damages in the matter of *Trent W. Stroh, et al. v. John H. Serocki, M.D.,* et al., San Diego Superior Court Case No. 37-2016-00037518-CU-MM-NC, filed October 25, 2016.

Exhibit J:    Judgment in a Criminal Case filed in the matter of *United States of America v. Morad Marco Garmo*, USDC Case No. 3:19-CR-04768-GPC, filed March 12, 2021.

Exhibit K:    Plaintiff's Motion to Reopen Discovery (Doc. 86) filed in the matter of *Michael A. Hartsell v. County of San Diego,* et al., USDC Case No. 16-cv-1094-LAB (JMA), on July 3, 2020.

Exhibit L:    Intentionally left blank.

Exhibit M:    Supplemental Declaration of Joseph G. Dicks in Support of Motion to Compel Production of Police Records Held by Defendant County of San Diego (Doc. 21) with Exhibits M (Doc. 21-2), N (Doc.21-3) and O (Doc. 21-4), filed in this matter on May 2, 2016.

Exhibit N:    Letter from Plaintiff's counsel to Defendants' counsel dated May 20, 2016.

Exhibit O:    Letter from Plaintiff's counsel to Defendants' counsel dated June 15, 2016.

Exhibit P:    Intentionally left blank.

Exhibit Q:    Order Granting Part and Denying in Part Plaintiff's Motion to Compel Production of Police Records Held by Defendant County of San Diego (Doc. 24) filed May 4, 2016.

Exhibit R:    Email exchange of September 8, 2016 with County Counsel.

Exhibit S:    Second Amended Privilege Log by County of San Diego.

NOTICE OF LODGMENT OF EXHIBITS            -2-            *Myles v. County of San Diego, et al.*
Case No. 15-cv-1985-JAH (BLM)

Exhibit T:    Order Denying Defendant's Application for Leave to File Motion to Consider Disputed Jury Instructions signed by Judge Houston on May 20, 2022 (Doc. 165).

Exhibit U:    Bubo's Canine Daily Training Report 5/1/2011 – 4/11/2016.


Dated: June 16, 2022                              DICKS & WORKMAN
                                                  ATTORNEYS AT LAW, APC


                                          By:  _____ */s/ Joseph G. Dicks* _____
                                                  Joseph G. Dicks
                                                  Attorneys for Mickail Myles, Plaintiff
                                                  Email: jdicks@dicks-workmanlaw.com

---

NOTICE OF LODGMENT OF EXHIBITS            -3-            *Myles v. County of San Diego, et al.*
                                                          Case No. 15-cv-1985-JAH (BLM)