1  Browne Greene, SBN 38441
   GREENE BROILLET & WHEELER, LLP
2  222 N. Pacific Coast Highway, Suite 2100
3  P.O. Box 955
   El Segundo, California 90245
4  Telephone: (310) 576-1200
5  Facsimile: (310) 576-1220
   Email: bgreene@gbw.law
6

7  Daniel K. Balaban, SBN 243652
   BALABAN & SPIELBERGER, LLP
8  11999 San Vicente Blvd., Suite 345
9  Los Angeles, California 90049
   Telephone: (424) 832-7677
10 Facsimile: (424) 832-7702
   Email: daniel@dbaslaw.com
11

12 Joseph G. Dicks, SBN 127362
13 Linda G. Workman, SBN 128621
   DICKS & WORKMAN ATTORNEYS AT LAW, APC
14 7825 Fay Avenue, Suite 120
15 La Jolla, California 92037
   Telephone: (619) 685-6800
16 Facsimile: (619) 557-2735
17 Email: jdicks@dicks-workmanlaw.com; lworkman@dicks-workmanlaw.com

18 Holly N. Boyer (SBN 221788)
19 Shea S. Murphy (SBN 255554)
   ESNER, CHANG & BOYER
20 234 East Colorado Boulevard, Suite 750
21 Pasadena, California   91101
   Telephone: (626) 535-9860
22 Facsimile: (626) 535-9859
23 Email: hboyer@ecbappeal.com; smurphy@ecbappeal.com

24 Attorneys for MICKAIL MYLES, Plaintiff

25
26                    **UNITED STATES DISTRICT COURT**
27                    **SOUTHERN DISTRICT OF CALIFORNIA**
28

---

[PROPOSED] PLAINTIFF'S PRELIMINARY                         *Myles v. County of San Diego, et al.*
SEPARATE STATEMENT                                          Case No. 15-cv-1985-JAH (BLM)

| | |
|---|---|
| MICKAIL MYLES, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual,<br><br>　　　　Defendants. | Case No.  15-cv-1985-JAH (BLM)<br><br>**[PROPOSED] PLAINTIFF'S PRELIMINARY SEPARATE STATEMENT**<br><br>Trial:　　　July 25, 2022<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. John A. Houston<br>Crtrm:　　　13B<br><br>Complaint Filed:  September 4, 2015 |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　By and through his counsel of record in this action, Plaintiff MICKAIL MYLES hereby submits the following Proposed Preliminary Separate Statement to be provided to the jury panel at the time of trial, pursuant to Federal Rules of Civil Procedure 16 and 51; United States District Court, southern District of California local Rules 16-1; and the Orders of the Court (as applicable).

　　The signatory party reserves the right to amend this Preliminary Separate Statement, subject to any objections, motions *in limine*, and pertinent Orders of the Court.

Dated: July 19, 2022　　　　　　　DICKS & WORKMAN
　　　　　　　　　　　　　　　　ATTORNEYS AT LAW, APC

　　　　　　　　　　　　　　By: ____*/s/ Joseph G. Dicks*____
　　　　　　　　　　　　　　　　Joseph G. Dicks
　　　　　　　　　　　　　　　　Attorneys for Mickail Myles, Plaintiff
　　　　　　　　　　　　　　　　Email: jdicks@dicks-workmanlaw.com

**PROPOSED PRELIMINARY SEPARATE STATEMENT**

This is a Civil Rights case. Plaintiff Mr. Myles contends that his civil rights were violated due to the County of San Diego Sheriff's use of excessive force against him. Mr. Myles also contends that the County had a policy not to investigate excessive force incidents which was also a cause of his injuries. Mr. Myles contends that he suffered PTSD, emotional distress and brain damage as a result of excessive force and the County's policy. The County denies it used excessive force or had a policy that led to Mr. Myles injuries. The County also disputes the nature and extent of Mr. Myles' injuries.

Dated: July 19, 2022

DICKS & WORKMAN
ATTORNEYS AT LAW, APC

By: /s/ Joseph G. Dicks
Joseph G. Dicks
Attorneys for Mickail Myles, Plaintiff
Email: jdicks@dicks-workmanlaw.com