UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES, an individual, | Case No. 3:15-cv-01985-JAH-BLM |
| Plaintiff, | **SPECIAL VERDICT FORM** |
| v. | |
| COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual, | |
| Defendants. | |

We, the jury, in the above-entitled case unanimously find as follows:

### Section I
### Excessive Force

A. Do you find by a preponderance of the evidence that Deputy Banks' use of the police canine on Mr. Myles was in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓      No: ____

*Proceed to question B.*

B. Do you find by a preponderance of the evidence that Deputy Banks' use of physical force on Mr. Myles was in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓   No: ____

*Proceed to question C.*

C. Do you find by a preponderance of the evidence that Deputy Banks' actions resulted in the false imprisonment of Mr. Myles in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓   No: ____

*If you answered "Yes" to question A, B, or C, proceed to Section II. If you answered "No" to questions A, B, and C, proceed to Section IV below.*

## Section II
## Liability of the County of San Diego

A. Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego that an unlawful official policy, practice or custom was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓   No: ____

B. Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego that a failure to train was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓   No: ____

C. Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego based on ratification and was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes: ✓   No: ____

*Proceed to Section III.*

## Section III
## Interference with Civil Rights (Bane Act)

Do you find by a preponderance of the evidence that Deputy Banks was in violation of California Civil Code 52.1 and caused Plaintiff's injury as defined in the Court's Instructions?

      Yes: ✓   No: ____

*Proceed to Section IV.*

## Section IV
## Negligence

A. Do you find by a preponderance of the evidence that Deputy Banks was negligent with regard to Mr. Myles?

      Yes: ✓   No: ____

*Proceed to Question B.*

B. Do you find by a preponderance of the evidence that the County of San Diego was negligent with regard to Deputy Banks?

      Yes: ✓   No: ____

*If you answered "Yes" as to either A and/or B, please answer question C. If you answered "No", proceed to Section V.*

C. Do you find by a preponderance of the evidence that the negligence of Deputy Banks and/or the County of San Diego was a cause of Plaintiff's injuries as defined in the Court's Instructions?

      Yes: ✓   No: ____

*If you answered "Yes" to Question C, please answer question D. If you answered "No", proceed to Section V.*

D. Do you find by a preponderance of the evidence that Mr. Myles was negligent?

| | | |
|---|---|---|
| 1 | Yes: \_\_\_\_ | No: ✓ |
| 2 | *Proceed to Question E.* | |

3    E. Was Mr. Myles negligent in causing his injury?

4               Yes: \_\_\_\_      No: ✓

5    *Proceed to Question F.*

6    F. If you find that Mr. Myles has some degree of negligence, what percentage of responsibility do you assign to each party?

         Mr. Myles: \_\_\_\_ %

         Deputy Banks: \_\_\_\_ %

         County of San Diego: \_\_\_\_ %

         TOTAL:    100%

*Proceed to Section V.*

### Section V

If you responded "Yes" to any question in Section I, II, III, or IV(C), proceed to the damages question. If you answered "No" to all of the questions, sign and return the verdict form.

What are Mickail Myles' damages:

       Past non-economic loss     $ 800,000 —

       Future non-economic loss    $ 4.2 Million

Dated: October 11, 2022        By ████████
                                         Foreperson