# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES, an individual, | Case No. 3:15-cv-01985-JAH-BLM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual, | |
| Defendants. | |

**Decision by Jury**.  This action came to trial or hearing by a jury duly selected and empaneled before this Court.  The issues have been tried and heard and a unanimous verdict having been rendered by said jury on October 11, 2022,

**IT IS HEREBY ORDERED AND ADJUDGED**:

Judgment is entered in favor of Plaintiff as follows:

## Section I
## Excessive Force

A.   Do you find by a preponderance of the evidence that Deputy Banks' use of the police canine on Mr. Myles was in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X      No:_____

B.  Do you find by a preponderance of the evidence that Deputy Banks' use of physical force on Mr. Myles was in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X     No:_____

C.  Do you find by a preponderance of the evidence that Deputy Banks' actions resulted in the false imprisonment of Mr. Myles in violation of the Fourth Amendment and a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X     No:_____

## Section II
## Liability of the County of San Diego

D.  Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego that an unlawful official policy, practice or custom was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X     No:_____

E.  Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego that a failure to train was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X     No:_____

F.  Do you find by a preponderance of the evidence that Plaintiff Myles proved his 1983 Claim against the County of San Diego based on ratification and was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X     No:_____

## Section III

## Interference with Civil Rights (Bane Act)

Do you find by a preponderance of the evidence that Deputy Banks was in Violation of California Civil Code 52.1 and caused Plaintiff's injury as defined in the Court's Instructions?

Yes:  X       No:_____

## Section IV

## Negligence

G.   Do you find by a preponderance of the evidence that Deputy Banks was negligent with regard to Mr. Myles?

Yes:  X       No:_____

H.   Do you find by a preponderance of the evidence that the County of San Diego was negligent with regard to Deputy Banks?

Yes:  X       No:_____

I.   Do you find by a preponderance of the evidence that the negligence of Deputy Banks and/or the County of San Diego was a cause of Plaintiff's injuries as defined in the Court's Instructions?

Yes:  X       No:_____

J.   Do you find by a preponderance of the evidence that Mr. Myles was negligent?

Yes:____     No:  X

K.   Was Mr. Myles was negligent in causing his injury?

Yes:____     No:  X

Damages

    Past non-economic loss:    $ 800,000.00

    Future non-economic loss:    $4,200,000.00

DATED: October 11, 2022

_____
THE HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE