## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

MAY 23 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICKAIL MYLES, an individual, | No. 23-55487 |
| Plaintiff - Appellee, | |
| v. | D.C. No. 3:15-cv-01985-JAH-BLM<br>U.S. District Court for Southern California, San Diego |
| COUNTY OF SAN DIEGO, by and through the San Diego Sheriff's Department, a public entity and J. BANKS, Deputy, an individual, | **ORDER** |
| Defendants - Appellants. | |

The answering brief submitted on May 15, 2024 is filed.

Within 7 days of this order, appellee is ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted on May 6, 2024 are filed. Volume 28 provisionally UNDER SEAL. Volumes 29-44 are filed UNDER SEAL. Within 7 days of this order, appellee is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

      FOR THE COURT:

      MOLLY C. DWYER
      CLERK OF COURT