FILED

JUL 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICKAIL MYLES, an individual, | No. 23-55487 |
| Plaintiff-Appellee, | D.C. No. 3:15-cv-01985-JAH-BLM |
| v. | Southern District of California, San Diego |
| COUNTY OF SAN DIEGO, by and through the San Diego Sheriff's Department, a public entity; J. BANKS, Deputy, an individual, | ORDER |
| Defendants-Appellants. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants' unopposed motion (Docket Entry No. 54) to file under seal Volume 28 of the supplemental excerpts of record is granted.

The Clerk will file publicly the motion to seal (Docket Entry No. 54). The Clerk will maintain Volume 28 of the supplemental excerpts of record under seal at Docket Entry No. 47.

Appellants' motion (Docket Entry No. 58) for a second extension of time to respond to the motion for sanctions is granted. The response is due August 2, 2024. Appellee's optional reply is due within 7 days after service of the response.

Appellants' motion (Docket Entry No. 57) for an extension of time to file the reply brief is granted. The reply brief is due August 2, 2024.