| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 7 2026 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MICKAIL MYLES, an individual,<br><br>          Plaintiff-Appellee,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, by and through the San Diego Sheriff's Department, a public entity; J. BANKS, Deputy, an individual,<br><br>          Defendants-Appellants. | No.   23-55487<br><br>D.C. No.<br>3:15-cv-01985-JAH-BLM<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: GOULD, FRIEDLAND, and BENNETT, Circuit Judges.

Appellee's motion for an extension of time within which to file a reply to Appellants' response to Appellee's motion for attorneys' fees, Dkt. No. 141, is GRANTED. Any reply must be filed no later than January 29, 2026.