| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 23 2026 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

MICKAIL MYLES, an individual,

    Plaintiff-Appellee,

 v.

COUNTY OF SAN DIEGO, by and through the San Diego Sheriff's Department, a public entity; J. BANKS, Deputy, an individual,

    Defendants-Appellants.

No. 23-55487

D.C. No. 3:15-cv-01985-JAH-BLM
Southern District of California, San Diego

ORDER

Before: GOULD, FRIEDLAND, and BENNETT, Circuit Judges.

    Appellee's motion for an extension of time within which to file a reply to Appellants' response to Appellee's motion for attorneys' fees, Dkt. No. 143, is GRANTED. Any reply must be filed no later than February 19, 2026.