Browne Greene, SBN 38441
GREENE BROILLET & WHEELER, LLP
222 N. Pacific Coast Highway, Suite 2100 / P.O. Box 955
El Segundo, California 90245
Telephone: (310) 576-1200 / Facsimile: (310) 576-1220
Email:  bgreene@gbw.law

Daniel K. Balaban, SBN 243652
BALABAN & SPIELBERGER, LLP
11999 San Vicente Blvd., Suite 345
Los Angeles, California 90049
Telephone:  (424) 832-7677 / Facsimile:  (424) 832-7702
Email:  daniel@dbaslaw.com

Joseph G. Dicks, SBN 127362
Linda G. Workman, SBN 128621
DICKS & WORKMAN ATTORNEYS AT LAW, APC
7825 Fay Avenue, Suite 120
La Jolla, California 92037
Telephone: (619) 685-6800 / Facsimile: (619) 557-2735
Email:  jdicks@dicks-workmanlaw.com; lworkman@dicks-workmanlaw.com

Holly N. Boyer (SBN 221788)
Shea S. Murphy (SBN 255554)
ESNER, CHANG, BOYER & MURPHY
600 S. Lake Avenue, Suite 408
Pasadena, California   91106
Telephone: (626) 535-9860 / Facsimile: (626) 535-9859
Email:  hboyer@ecbappeal.com; smurphy@ecbappeal.com

Attorneys for MICKAIL MYLES, Plaintiff

DAMON M. BROWN, County Counsel (SBN 242265)
DAVID BRODIE, Senior Deputy (SBN 156855)
RONALD LENERT, Senior Deputy (SBN 277434)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5805;  Fax: (619) 531-6005
Email: ronald.lenert@sdcounty.ca.gov; david.brodie@sdcounty.ca.gov

Attorneys for Defendants COUNTY OF SAN DIEGO and DEPUTY J. BANKS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICKAIL MYLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, by and through the SAN DIEGO COUNTY SHERIFF'S DEPARTMENT, a public entity; and DEPUTY J. BANKS, an individual,<br><br>Defendants. | Case No. 15-cv-1985-JAH (BLM)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge: Hon. John A. Houston<br>Magistrate Judge: Hon. Barbara Lynn Major |

**NOTICE IS HEREBY GIVEN THAT THE PARTIES HERETO HAVE STIPULATED AND AGREED THAT** in resolution of all outstanding issues, rights, claims and controversies between the parties regarding the Judgment, including any and all interest, attorney's fees, and costs owed, the parties agree as follows:

**WHEREAS**, Judgment was entered after a jury trial in this matter in favor of Plaintiff Mickail Myles and against Defendants County of San Diego and Jeremy Banks on October 11, 2022;

**WHEREAS,** on September 29, 2023, after considering Plaintiff's Motion for Attorney's Fees and Costs, an order was thereafter entered on said motion adding attorney's fees and costs to said Judgment;

**WHEREAS**, Defendants' County of San Diego and Jeremy Banks' appeal of the above-referenced judgment resulted in: 1) an affirmation of liability as to all claims and causes of action in favor of Plaintiff Mickail Myles and against Defendants County of San Diego and Jeremy Banks; 2) a remittitur as to the amount of damages; and, 3) the

vacation of the trial court's September 29, 2023, Order Granting in Part and Denying in Part Plaintiff's Motion for Attorney's Fees and Costs;

**WHEREAS**, there is now pending before United States District Court Judge, The Honorable John A. Houston, Plaintiff Mickail Myles' Motion re Remittitur After Appeal;

**WHEREAS,** there is now pending before the United States Ninth Circuit Court of Appeals, Mickail Myles' Motion for Attorneys' Fees on Appeal; and,

**WHEREAS**, Plaintiff Mickail Myles, in due course, would otherwise be required to re-file his Motion for Attorney's Fees and Costs before Judge John A. Houston for further consideration of Plaintiff's claim for attorney's fees and costs,

THE PARTIES AGREE AS FOLLOWS:

1. Defendant County of San Diego shall pay, in full satisfaction of all claims for damages, fees, costs and interest thereon the amount of ***Six Million Five Hundred Thousand Dollars ($6,500,000)*** as follows:
   a. ***Three Million Dollars ($3,000,000)*** to be paid on or before March 2, 2026; and,
   b. ***Three Million Five Hundred Thousand Dollars ($3,500,000)*** to be paid on or before July 15, 2026.
2. Plaintiff Mickail Myles and Defendants County of San Diego and Jeremy Banks shall release and waive any and all claims and rights, including all appellate rights, known or unknown, vested or unvested, as against each other, their attorneys, representatives, heirs and assigns in this matter, including any and all relief sought in the motions pending in the District Court and Court of Appeals described above, except as described herein; and,
3. Payment of said amounts as set forth above shall be paid to "Dicks & Workman Attorneys at Law, APC Client Trust Account." Payment of the above amounts shall result in a full satisfaction of judgment as to all Defendants in this action and the withdrawal of Plaintiff's pending Motion

re Remittitur After Appeal, and pending Motion for Attorneys' Fees on appeal.

DATED: February 2, 2026

DAMON M. BROWN, County Counsel

By *Ronald Lenert*
Damon M. Brown, Head County Counsel
David Brodie, Sr. Deputy County Counsel
Ronald Lenert, Sr. Deputy County Counsel
Attorneys for Defendants County of
San Diego and Deputy J. Banks

DATED: February 2, 2026

DICKS & WORKMAN ATTORNEYS AT LAW, APC

By *J. Dicks*
Joseph G. Dicks
Linda G. Workman
Attorneys for Plaintiff Mickail Myles